UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, *Plaintiff*, v. STMICROELECTRONICS, INC., *Defendant*. | Civil Action No. 7:25-cv-00505-DC-DTG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MOOTNESS

Plaintiff Chip Packaging Technologies, LLC ("Chip Packaging" or "Plaintiff") files this Notice of Mootness. On January 9, 2026, STMicroelectronics, Inc.'s, ("ST" or "Defendant") responded to Plaintiff's original Complaint (ECF No. 1) by filing a motion to dismiss Plaintiff's claims of patent infringement. ECF No. 13. On January 22, 2026, Plaintiff filed an Amended Complaint that provided additional allegations supporting its claims of patent infringement. ECF No. 27.

Accordingly, Defendant's motion to dismiss (ECF No. 13) is moot because it does not address the operative pleading. *See, e.g.*, *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 8, 2019) ("[T]he filing of an amended complaint moots a motion to dismiss the original complaint.").

| | |
|---|---|
| Dated: February 2, 2026 | Respectfully Submitted, <br> */s/ Ameet Modi* <br> Garland Stephens (Texas Bar No. 24053910) <br> garland@bluepeak.law <br> Robert Magee (*pro hac vice*) <br> robert@bluepeak.law <br> Justin Constant (*pro hac vice*) <br> justin@bluepeak.law |

1

Richard Koehl (Texas Bar No. 24115754)
richard@bluepeak.law
Kate Falkenstien (*pro hac vice*)
kate@bluepeak.law
Heng Gong (New York Bar No. 4930509)
heng@bluepeak.law
Natalie Lieber (*pro hac vice*)
Lieber@bluepeak.law
Ameet Modi (*pro hac vice*)
modi@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

*Of Counsel:*
Mark D. Siegmund (Texas Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Fax: (866) 627-3509

William D. Ellerman (Texas Bar No. 24007151)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PC**
One Glenn Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Fax: (866) 627-3509

ATTORNEYS FOR PLAINTIFF CHIP PACKAGING TECHNOLOGIES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document, *NOTICE OF MOOTNESS*, has been served on all counsel of record by CM/ECF on February 2, 2026.

*/s/ Ameet Modi*