# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | § § § § § § |
| vs. | NO: MO:25-CV-00505-DC-DTG |
| STMICROELECTRONICS, INC.<br>*Defendant* | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on February 25, 2026 at 2:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **18th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE