UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>*Defendant*. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF CHIP PACKAGING TECHNOLOGIES, LLC'S ANSWER TO DEFENDANT STMICROELECTRONICS, INC.'S COUNTERCLAIMS TO FIRST AMENDED COMPLAINT

On October 30, 2025, Plaintiff Chip Packaging Technologies, LLC ("Chip Packaging" or "Plaintiff") filed its original complaint in this action for patent infringement against Defendant STMicroelectronics, Inc. ("ST" or "Defendant"). (Dkt. No. 1.) On January 9, 2026, ST filed its Answer and Counterclaims. (Dkt. No. 14.) On January 22, 2026, Chip Packaging filed its First Amended Complaint (Dkt. No. 27), rendering ST's Answer (including paragraphs 1-142) legally inoperative and moot. On February 5, 2026, ST filed its Answer and Counterclaims to Chip Packaging's First Amended Complaint. (Dkt. No. 30.) For the avoidance of doubt, to the extent any response is required, Chip Packaging denies that ST is entitled to any relief whatsoever in this action, including with respect to ST's answer and "Prayer For Relief" (Dkt. No. 30, paragraphs 1-133), "ST's Defenses" (*id*., paragraphs 134-142); and "ST's Counterclaims" (*id*., paragraphs 143-200).

Chip Packaging hereby responds to the Counterclaims (paragraphs 143-200) asserted in ST's February 5, 2026 Answer and Counterclaims (Dkt. No. 30).

1

1. (Answer to Counterclaims Paragraph 143): To the extent a response is required, Chip Packaging admits that ST purports to plead certain counterclaims, but Chip Packaging denies that ST is entitled to any relief whatsoever in this action.

## THE PARTIES[1]

2. (Answer to Counterclaims Paragraph 144): Chip Packaging admits that it is a Texas limited liability company with its principal place of business located at 5830 Granite Parkway, Suite #100-216, Plano, TX 75024.

3. (Answer to Counterclaims Paragraph 145): Upon information and belief, based upon public information and ST's representations in this action, Chip Packaging admits that ST is a corporation organized and existing under the laws of Delaware with its principal place of business at 750 Canyon Drive, Suite 300, Coppell, Texas 75019.

## JURISDICTION AND VENUE

4. (Answer to Counterclaims Paragraph 146): Chip Packaging admits that ST purports to state claims for declaratory judgment. The remaining allegations contain legal conclusions to which no answer is required. To the extent paragraph 146 contains any different factual allegations, Chip Packaging denies them.

5. (Answer to Counterclaims Paragraph 147): Chip Packaging admits that ST purports to state claims for declaratory judgment, and that Chip Packaging alleges infringement of the '299, '646, '189, '351, and '658 patents by ST in this action. The remaining allegations contain legal conclusions to which no answer is required. To the extent paragraph 147 contains any different factual allegations, Chip Packaging denies them.

---

[1] Section headers used herein are repeated from ST's Answer and Counterclaims to First Amended Complaint for ease of reference only.

6. (Answer to Counterclaims Paragraph 148): Chip Packaging admits that venue is proper in this action for Chip Packaging's claims of patent infringement and for any compulsory counterclaims properly pled by ST in this action.

7. (Answer to Counterclaims Paragraph 149): To the extent an answer is required, Chip Packaging denies that any basis exists for this action to be transferred to another venue under 28 U.S.C. § 1404.

8. (Answer to Counterclaims Paragraph 150): To the extent an answer is required, Chip Packaging admits that ST purports to plead certain counterclaims, but Chip Packaging denies that ST is entitled to any relief whatsoever in this action.

## COUNT 1
### (Declaration of Non-Infringement of U.S. Patent 9,263,299)

9. (Answer to Counterclaims Paragraph 151): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-8 of this Answer as though fully set forth herein.

10. (Answer to Counterclaims Paragraph 152): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

11. (Answer to Counterclaims Paragraph 153): Chip Packaging denies the allegations of Paragraph 153 of ST's Counterclaims.

12. (Answer to Counterclaims Paragraph 154): Chip Packaging admits that it alleges infringement of the '299 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

13. (Answer to Counterclaims Paragraph 155): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 2
### (Declaration of Non-Infringement of U.S. Patent 9,299,646)

14. (Answer to Counterclaims Paragraph 156): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-13 of this Answer as though fully set forth herein.

15. (Answer to Counterclaims Paragraph 157): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

16. (Answer to Counterclaims Paragraph 158): Chip Packaging denies the allegations of Paragraph 158 of ST's Counterclaims.

17. (Answer to Counterclaims Paragraph 159): Chip Packaging admits that it alleges infringement of the '646 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

18. (Answer to Counterclaims Paragraph 160): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 3
### (Declaration of Non-Infringement of U.S. Patent 8,643,189)

19. (Answer to Counterclaims Paragraph 161): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-18 of this Answer as though fully set forth herein.

20. (Answer to Counterclaims Paragraph 162): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

21. (Answer to Counterclaims Paragraph 163): Chip Packaging denies the allegations of Paragraph 163 of ST's Counterclaims.

22. (Answer to Counterclaims Paragraph 164): Chip Packaging admits that it alleges infringement of the '189 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

23. (Answer to Counterclaims Paragraph 165): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 4
### (Declaration of Non-Infringement of U.S. Patent 9,685,351)

24. (Answer to Counterclaims Paragraph 166): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-23 of this Answer as though fully set forth herein.

25. (Answer to Counterclaims Paragraph 167): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

26. (Answer to Counterclaims Paragraph 168): Chip Packaging denies the allegations of Paragraph 168 of ST's Counterclaims.

27. (Answer to Counterclaims Paragraph 169): Chip Packaging admits that it alleges infringement of the '351 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

28. (Answer to Counterclaims Paragraph 170): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 5
### (Declaration of Non-Infringement of U.S. Patent 10,151,658)

29. (Answer to Counterclaims Paragraph 171): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-28 of this Answer as though fully set forth herein.

30. (Answer to Counterclaims Paragraph 172): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

31. (Answer to Counterclaims Paragraph 173): Chip Packaging denies the allegations of Paragraph 173 of ST's Counterclaims.

32. (Answer to Counterclaims Paragraph 174): Chip Packaging admits that it alleges infringement of the '658 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

33. (Answer to Counterclaims Paragraph 175): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 6
### (Declaration of Invalidity of U.S. Patent 9,263,299)

34. (Answer to Counterclaims Paragraph 176): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-33 of this Answer as though fully set forth herein.

35. (Answer to Counterclaims Paragraph 177): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

36. (Answer to Counterclaims Paragraph 178): Chip Packaging denies the allegations of Paragraph 178 of ST's Counterclaims.

37. (Answer to Counterclaims Paragraph 179): Chip Packaging admits that it alleges infringement of the '299 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

38. (Answer to Counterclaims Paragraph 180): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 7
### (Declaration of Invalidity of U.S. Patent 9,299,646)

39. (Answer to Counterclaims Paragraph 181): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-38 of this Answer as though fully set forth herein.

40. (Answer to Counterclaims Paragraph 182): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

41. (Answer to Counterclaims Paragraph 183): Chip Packaging denies the allegations of Paragraph 183 of ST's Counterclaims.

42. (Answer to Counterclaims Paragraph 184): Chip Packaging admits that it alleges infringement of the '646 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

43. (Answer to Counterclaims Paragraph 185): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 8
### (Declaration of Invalidity of U.S. Patent 8,643,189)

44. (Answer to Counterclaims Paragraph 186): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-43 of this Answer as though fully set forth herein.

45. (Answer to Counterclaims Paragraph 187): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

46. (Answer to Counterclaims Paragraph 188): Chip Packaging denies the allegations of Paragraph 188 of ST's Counterclaims.

47. (Answer to Counterclaims Paragraph 189): Chip Packaging admits that it alleges infringement of the '189 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

48. (Answer to Counterclaims Paragraph 190): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 9
### (Declaration of Invalidity of U.S. Patent 9,685,351)

49. (Answer to Counterclaims Paragraph 191): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-48 of this Answer as though fully set forth herein.

50. (Answer to Counterclaims Paragraph 192): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

51. (Answer to Counterclaims Paragraph 193): Chip Packaging denies the allegations of Paragraph 193 of ST's Counterclaims.

52. (Answer to Counterclaims Paragraph 194): Chip Packaging admits that it alleges infringement of the '351 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

53. (Answer to Counterclaims Paragraph 195): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

## COUNT 10
## (Declaration of Invalidity of U.S. Patent 10,151,658)

54. (Answer to Counterclaims Paragraph 196): Chip Packaging incorporates by reference the allegations set forth in Paragraphs 1-53 of this Answer as though fully set forth herein.

55. (Answer to Counterclaims Paragraph 197): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

56. (Answer to Counterclaims Paragraph 198): Chip Packaging denies the allegations of Paragraph 198 of ST's Counterclaims.

57. (Answer to Counterclaims Paragraph 199): Chip Packaging admits that it alleges infringement of the '658 Patent by ST. The remaining allegations contain legal conclusions to which no answer is required.

58. (Answer to Counterclaims Paragraph 200): Chip Packaging admits that ST purports to state a claim for declaratory judgment, but Chip Packaging denies that ST is entitled to any relief in this action whatsoever.

**PRAYER FOR RELIEF**

To the extent a response is required, Chip Packaging denies the allegations contained in the "Prayer For Relief" section in ST's Counterclaims, and further denies that ST is entitled to any relief in this action whatsoever, including the relief articulated in paragraphs (A) - (F) of ST's Prayer For Relief.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury in this action for all issues triable by a jury.

Dated: February 19, 2026

Respectfully Submitted,

*/s/ Ameet Modi*
Garland Stephens (Texas Bar No. 24053910)
garland@bluepeak.law
Robert Magee (*pro hac vice*)
robert@bluepeak.law
Justin Constant (*pro hac vice*)
justin@bluepeak.law
Richard Koehl (Texas Bar No. 24115754)
richard@bluepeak.law
Kate Falkenstien (*pro hac vice*)
kate@bluepeak.law
Heng Gong (New York Bar No. 4930509)
heng@bluepeak.law
Natalie Lieber (*pro hac vice*)
lieber@bluepeak.law
Ameet Modi (*pro hac vice*)
modi@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

*Of Counsel:*
Mark D. Siegmund (Texas Bar No. 24117055)
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PC
7901 Fish Pond Road, 2nd Floor

Waco, TX 76710
Telephone: (254) 732-2242
Fax: (866) 627-3509

William D. Ellerman (Texas Bar No. 24007151)
wellerman@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PC
One Glenn Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231
Telephone: (254) 732-2242
Fax: (866) 627-3509

ATTORNEYS FOR PLAINTIFF CHIP
PACKAGING TECHNOLOGIES, LLC

## **CERTIFICATE OF SERVICE**

A true and correct copy of Plaintiff Chip Packaging Technologies, LLC's Answer to Defendant STMicroelectronics, Inc.'s Counterclaims to First Amended Complaint was served via CM/ECF to all counsel of record on February 19, 2026.

*/s/ Ameet Modi*
Ameet Modi
