**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00505-DC-DTG |
| v. | |
| STMICROELECTRONICS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF APPEARANCE**

Spencer Nayar of the law firm of Baker Botts L.L.P. enters his appearance as counsel in the above-referenced action on behalf of Defendant STMicroelectronics, Inc. and request that he receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Spender Nayar*
Spencer Nayar
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201-2980
Telephone: 214.953.6653
Facsimile: 214.953.6503
Email:  spencer.nayar@bakerbotts.com

*Attorney for STMicroelectronics, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of February 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Spender Nayar*
Spencer Nayar