UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, <br><br>*Plaintiff*, <br><br>v. <br><br>STMICROELECTRONICS, INC., <br><br>*Defendant*. | Civil Action No. 7:25-cv-00505-DC-DTG <br><br><br>**JURY TRIAL DEMANDED** |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Event |
|---|---|
| February 12, 2026 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e., the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| February 13, 2026 | The Parties shall file a motion to enter an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |

| | |
|---|---|
| April 16, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| April 23, 2026 | Parties exchange claim terms for construction. |
| May 7, 2026 | Parties exchange proposed claim constructions. |
| May 14, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| May 21, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 28, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| June 18, 2026 | Plaintiff files Responsive claim construction brief. |
| July 2, 2026 | Defendant files Reply claim construction brief. |
| July 16, 2026 | Plaintiff files a Sur-Reply claim construction brief. |
| July 21, 2026 | Parties submit Joint Claim Construction Statement. |

| | |
|---|---|
| July 23, 2026 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| July 30, 2026 | *Markman* Hearing at 2 p.m. |
| July 31, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| October 22, 2026 | Deadline to add parties. |
| November 5, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to amend if new information is identified after initial contentions. |
| December 31, 2026 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| March 11, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| April 8, 2027 | Close of Fact Discovery. |
| April 15, 2027 | Opening Expert Reports. |
| May 13, 2027 | Rebuttal Expert Reports. |
| June 3, 2027 | Close of Expert Discovery. |
| June 10, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

| | |
|---|---|
| June 17, 2027 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and reference-civil-action-magistrate-judge |
| July 1, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| July 15, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| July 15, 2027 | Parties to contact Court to confirm their pretrial conference and trial dates. |
| July 22, 2027 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| July 29, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*. |
| August 5, 2027 | Deadline to file replies to motions *in limine*. |

| | |
|---|---|
| August 9, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| August 11, 2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| August 12, 2027 | Final Pretrial Conference at 10 a.m. |
| September 7, 2027 | Jury Selection at 8 a.m. Trial to follow. |

**SIGNED** this 4th day of March, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

5