# EXHIBIT 1



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2025

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………..…………………………………………… 16022
    a. By patent owner          4039    25.2%
    b. by other member of the public          11808    73.7%
    c. By order of Commissioner          175    1.1%

2. Number of Filings by discipline
    a. Chemical Operation          4101    25.6%
    b. Electrical Operation          6220    38.8%
    c. Mechanical Operation          5175    32.3%
    d. Design Patents          526    3.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 288 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 417 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | 2025 | 491 |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation……………………………………………………………………………… 6495    40.5%

5. Decisions on requests [2] …………………………………………………………………………………… 15998
    a. No. granted          14833    92.7%
        (1) By examiner          14644
        (2) By Director (on petition)          189
    b. No. denied          1294    8.1%
        (1) By examiner          1165
        (2) Reexam vacated          129

6. Total examiner denials (includes denials reversed by Director)……………….………………… 1138
    a. Patent owner requester          531    46.7%
    b. Third party requester          607    53.3%

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency           25.2 (mos.)
      b. Median pendency           18.9 (mos.)

8. Reexam certificate claim analysis [3]:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 16% | 0% | 22.2% | 2919 |
| b. Certificates with all claims canceled | 3% | 11% | 0% | 14.5% | 1898 |
| c. Certificates with claims changes | 21% | 41% | 1% | 63.3% | 8309 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………  13126

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER      4025
           a. All claims confirmed      859   21.3%
           b. All claims canceled      413   10.3%
           c. Claims changed      2753   68.4%
      b. Certificates – 3rd PARTY REQUESTER      8927
           a. All claims confirmed      2043   22.9%
           b. All claims canceled      1439   16.1%
           c. Claims changed      5445   61.0%
      c. Certificates – COMMISSIONER INITIATED REEXAM      174
           a. All claims confirmed      17   9.8%
           b. All claims canceled      46   26.4%
           c. Claims changed      111   63.8%

1 Total decisions on requests does not include requests that did not receive a filing date or have been vacated or are pending
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Claims analysis is only of requested claims and certificates of merged reexams are only counted once. Reexaminations merged with reissues are not include in analysis



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2024

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ………….….....................................  15541
        a. By patent owner                                                4066    26.2%
        b. by other member of the public                                 11300    72.7%
        c. By order of Commissioner                                        175     1.1%


2. Number of Filings by discipline
        a. Chemical Operation                                             4032    25.9%
        b. Electrical Operation                                           5978    38.5%
        c. Mechanical Operation                                           5095    32.8%
        d. Design Patents                                                  436     2.8%


3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 337 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 290 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | 2024 | 425 |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation…………….…..................................................  6099    39.2%


5. Decisions on requests [2] ……………….…....................................................................  15536
        a. No. granted                                                   14386    92.6%
                (1)  By examiner                                         14197
                (2)  By Director (on petition)                            189
        b. No. denied                                                    1244     8.0%
                (1)  By examiner                                         1150
                (2)  Reexam vacated                                        94


6. Total examiner denials (includes denials reversed by Director)…………..…...............  1138
        a. Patent owner requester                                         533    46.8%
        b. Third party requester                                          605    53.2%


1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................
        a. Average pendency                                                               25.1 (mos.)
        b. Median pendency                         18.7 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 13% | 9% | 0% | 21.9% | 2809 |
| b. Certificates with all claims canceled | 6% | 8% | 0% | 14.1% | 1807 |
| c. Certificates with claims changes | 35% | 28% | 1% | 64.0% | 8205 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12821

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
        a. Certificates – PATENT OWNER REQUESTER                    6853
                a. All claims confirmed               1620   23.6%
                b. All claims canceled                 781   11.4%
                c. Claims changed                   4452   65.0%
        b. Certificates – 3rd PARTY REQUESTER                        5794
                a. All claims confirmed               1172   20.2%
                b. All claims canceled                 980   16.9%
                c. Claims changed                   3642   62.9%
        c. Certificates – COMMISSIONER INITIATED REEXAM           174
                a. All claims confirmed                 17   9.8%
                b. All claims canceled                 46   26.4%
                c. Claims changed                   111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2023

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]................................................................. 15114
    a. By patent owner       4027   26.6%
    b. by other member of the public       10912   72.2%
    c. By order of Commissioner       175   1.2%

2. Number of Filings by discipline
    a. Chemical Operation       3977   26.3%
    b. Electrical Operation       5796   38.3%
    c. Mechanical Operation       4989   33.0%
    d. Design Patents       352   2.3%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | 2023 | 287 |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation........................................................................... 5593   37.0%

5. Decisions on requests [2] ............................................................................ 14485
    a. No. granted       13376   92.3%
        (1) By examiner       13187
        (2) By Director (on petition)       189
    b. No. denied       1198   8.3%
        (1) By examiner       1109
        (2) Reexam vacated       89

6. Total examiner denials (includes denials reversed by Director)……………..……............. 1110
    a. Patent owner requester       526   47.4%
    b. Third party requester       584   52.6%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

| | |
|---|---|
| a. Average pendency | 25.2 (mos.) |
| b. Median pendency | 18.9 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 15% | 0% | 21.6% | 2675 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.7% | 1696 |
| c. Certificates with claims changes | 22% | 42% | 1% | 64.7% | 8012 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………….…   12383

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3983 |
|     a. All claims confirmed | 854 | 21.4% |
|     b. All claims canceled | 400 | 10.0% |
|     c. Claims changed | 2729 | 68.5% |
| b. Certificates – 3rd PARTY REQUESTER | | 8226 |
|     a. All claims confirmed | 1804 | 21.9% |
|     b. All claims canceled | 1250 | 15.2% |
|     c. Claims changed | 5172 | 62.9% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 17 | 9.8% |
|     b. All claims canceled | 46 | 26.4% |
|     c. Claims changed | 111 | 63.8% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2022

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]…………….…………………………………… | | 14827 |
| a. By patent owner | 4001 | 27.0% |
| b. by other member of the public | 10651 | 71.8% |
| c. By order of Commissioner | 175 | 1.2% |

2. Number of Filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 3937 | 26.6% |
| b. Electrical Operation | 5644 | 38.1% |
| c. Mechanical Operation | 4917 | 33.2% |
| d. Design Patents | 329 | 2.2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | 2022 | 338 |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation………………………………………………………………………… | 5592 | 37.7% |

| | | |
|---|---|---|
| 5. Decisions on requests [2] ………………………………………………………………………… | | 14485 |
| a. No. granted | 13376 | 92.3% |
| (1) By examiner | 13187 | |
| (2) By Director (on petition) | 189 | |
| b. No. denied | 1198 | 8.3% |
| (1) By examiner | 1109 | |
| (2) Reexam vacated | 89 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)………………..……………… | | 1110 |
| a. Patent owner requester | 526 | 47.4% |
| b. Third party requester | 584 | 52.6% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency                                         25.0 (mos.)

    b. Median pendency                                         19.1 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | | 21.3% | 2592 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | | 13.3% | 1623 |
| c. Certificates with claims changes | 22% | 42% | 1% | | 65.3% | 7947 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    12162

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER                      3980

        a. All claims confirmed                851    21.4%

        b. All claims canceled                 395    9.9%

        c. Claims changed                    2734    68.7%

    b. Certificates – 3rd PARTY REQUESTER                          8008

        a. All claims confirmed               1724    21.5%

        b. All claims canceled              1182    14.8%

        c. Claims changed                5102    63.7%

    c. Certificates – COMMISSIONER INITIATED REEXAM          174

        a. All claims confirmed                 17    9.8%

        b. All claims canceled                46    26.4%

        c. Claims changed                 111    63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2021

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ……………....……………………………………… 14489

    a. By patent owner — 3979 — 27.5%

    b. by other member of the public — 10335 — 71.3%

    c. By order of Commissioner — 175 — 1.2%

2. Number of Filings by discipline

    a. Chemical Operation — 3889 — 26.8%

    b. Electrical Operation — 5452 — 37.6%

    c. Mechanical Operation — 4844 — 33.4%

    d. Design Patents — 304 — 2.1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1991 | 309 | 2001 | 295 | 2011 | 734 | 2021 | 304 |
| 1982 | 187 | 1992 | 390 | 2002 | 272 | 2012 | 780 | | |
| 1983 | 186 | 1993 | 359 | 2003 | 394 | 2013 | 305 | | |
| 1984 | 189 | 1994 | 379 | 2004 | 436 | 2014 | 355 | | |
| 1985 | 230 | 1995 | 395 | 2005 | 520 | 2015 | 244 | | |
| 1986 | 232 | 1996 | 413 | 2006 | 473 | 2016 | 222 | | |
| 1987 | 240 | 1997 | 380 | 2007 | 600 | 2017 | 191 | | |
| 1988 | 269 | 1998 | 348 | 2008 | 690 | 2018 | 187 | | |
| 1989 | 242 | 1999 | 391 | 2009 | 603 | 2019 | 163 | | |
| 1990 | 297 | 2000 | 312 | 2010 | 697 | 2020 | 198 | | |

4. Number known to be in litigation……………………………………………………………………………… 5593 — 38.6%

5. Decisions on requests [2] ……………………………………………………………………………… 14491

    a. No. granted — 13386 — 92.4%

        (1) By examiner — 13197

        (2) By Director (on petition) — 189

    b. No. denied — 1185 — 8.2%

        (1) By examiner — 1105

        (2) Reexam vacated — 80

6. Total examiner denials (includes denials reversed by Director)……………….………………… 1105

    a. Patent owner requester — 526 — 47.6%

    b. Third party requester — 579 — 52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

     a. Average pendency                                       26.0 (mos.)

     b. Median pendency                                         19.9 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 7% | 14% | 0% | 21.2% | 2530 |
| b. Certificates with all claims canceled | 3% | 9% | 0% | 13.1% | 1559 |
| c. Certificates with claims changes | 23% | 42% | 1% | 65.8% | 7854 |

9. Total ex parte reexamination certificates issued (1981 – present) …………………………………    11943

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER                3957

        a. All claims confirmed                846    21.4%

        b. All claims canceled               386     9.8%

        c. Claims changed                 2725   68.9%

    b. Certificates – 3rd PARTY REQUESTER                  7812

        a. All claims confirmed            1667   21.3%

        b. All claims canceled         1127   14.4%

        c. Claims changed               5018   64.2%

    c. Certificates – COMMISSIONER INITIATED REEXAM      174

        a. All claims confirmed               17     9.8%

        b. All claims canceled              46   26.4%

        c. Claims changed               111   63.8%

NEEDS FOOTNOTE!

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]............................................................ 14185
   a. By patent owner                                        3954    27.9%
   b. by other member of the public                         10056    70.9%
   c. By order of Commissioner                                175     1.2%

2. Number of Filings by discipline
   a. Chemical Operation                                     3843    27.1%
   b. Electrical Operation                                   5279    37.2%
   c. Mechanical Operation                                   4790    33.8%
   d. Design Patents                                          273     1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation..................................................................................... 5428    38.3%

5. Decisions on requests [2] .......................................................................................... 14185
   a. No. granted                                           13082    92.2%
       (1) By examiner                                      12888
       (2) By Director (on petition)                          194
   b. No. denied                                             1183     8.3%
       (1) By examiner                                       1103
       (2) Reexam vacated                                      80

6. Total examiner denials (includes denials reversed by Director)...................................  1103
   a. Patent owner requester                                 525    47.6%
   b. Third party requester                                  578    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency                                                                            25.7 (mos.)
    b. Median pendency                                                                             19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………………    12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER                 3960
        a. All claims confirmed                         809    20.4%
        b. All claims canceled                        396    10.0%
        c. Claims changed                            2755   69.6%
    b. Certificates – 3rd PARTY REQUESTER                    8630
        a. All claims confirmed                      1846   21.4%
        b. All claims canceled                     1226   14.2%
        c. Claims changed                          5558   64.4%
    c. Certificates – COMMISSIONER INITIATED REEXAM         174
        a. All claims confirmed                        17    9.8%
        b. All claims canceled                      46   26.4%
        c. Claims changed                         111   63.8%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1]……………..………………………………………….    13987
  a. By patent owner                  3919   28%
  b. by other member of the public         9893   71%
  c. By order of Commissioner          175   1%

2. Number of Filings by discipline
  a. Chemical Operation           3791   27%
  b. Electrical Operation          5214   37%
  c. Mechanical Operation         4732   34%
  d. Design Patents            250   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation…………..……………………………………………………………    1938   14%

5. Decisions on requests [2] …………..……………………………………………………………………..    14130
  a. No. granted             12905   91%
    (1) By examiner           12718
    (2) By Director (on petition)       187
  b. No. denied              1277   9%
    (1) By examiner           1225
    (2) Reexam vacated          52

6. Total examiner denials (includes denials reversed by Director)……………..………………    1226
  a. Patent owner requester         524   43%
  b. Third party requester          702   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date)........................

| | |
|---|---|
| a. Average pendency | 25.8 (mos.) |
| b. Median pendency | 19.4 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………    11980

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3325 |
|     a. All claims confirmed | 693 | 21% |
|     b. All claims canceled | 300 | 9% |
|     c. Claims changed | 2332 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 8481 |
|     a. All claims confirmed | 1769 | 21% |
|     b. All claims canceled | 1170 | 14% |
|     c. Claims changed | 5542 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 174 |
|     a. All claims confirmed | 18 | 10% |
|     b. All claims canceled | 47 | 27% |
|     c. Claims changed | 109 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81. [1] …………………………………………………… 13824

|  |  |  |
|---|---|---|
| a. By patent owner | 3910 | 28% |
| b. by other member of the public | 9739 | 70% |
| c. By order of Commissioner | 175 | 1% |

2. Number of Filings by discipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3741 | 27% |
| b. Electrical Operation | 5160 | 37% |
| c. Mechanical Operation | 4681 | 34% |
| d. Design Patents | 242 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 |  |  |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 |  |  |

4. Number known to be in litigation……………………………………………………………………………… 1854    13%

5. Decisions on requests [2] …………………………………………………………………………………… 13966

|  |  |  |
|---|---|---|
| a. No. granted | 12745 | 91% |
| (1) By examiner | 12561 |  |
| (2) By Director (on petition) | 184 |  |
| b. No. denied | 1272 | 9% |
| (1) By examiner | 1221 |  |
| (2) Reexam vacated | 51 |  |

6. Total examiner denials (includes denials reversed by Director)……………………………… 1222

|  |  |  |
|---|---|---|
| a. Patent owner requester | 524 | 43% |
| b. Third party requester | 698 | 57% |

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

1/2

7. Overall reexamination pendency (Filing date to certificate issue date)........................
      a. Average pendency                                               25.8 (mos.)
      b. Median pendency                                              19.4 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% | 2473 |
| b. All claims canceled | 3% | 10% | 0% | | 13% | 1504 |
| c. Claims changed | 20% | 46% | 1% | | 67% | 7962 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………     11939

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER                   3323
            a. All claims confirmed                       693      21%
            b. All claims canceled                       299        9%
            c. Claims changed                         2331     70%
      b. Certificates – 3rd PARTY REQUESTER                      8442
            a. All claims confirmed                   1762     21%
            b. All claims canceled                    1158     14%
            c. Claims changed                     5522     65%
      c. Certificates – COMMISSIONER INITIATED REEXAM        174
            a. All claims confirmed                         18     10%
            b. All claims canceled                         47     27%
            c. Claims changed                         109     63%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81...............................................................    13641

|  |  |  |
|---|---|---|
| a. By patent owner | 3912 | 29% |
| b. by other member of the public | 9686 | 71% |
| c. By order of Commissioner | 43 | 0% |

2. Number of Filings by dicipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3670 | 27% |
| b. Electrical Operation | 5148 | 38% |
| c. Mechanical Operation | 4596 | 34% |
| d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 |  |  |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 |  |  |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 |  |  |

4. Number known to be in litigation...........................................................................    4648    34%

5. Decisions on requests............................................................................    13147

|  |  |  |
|---|---|---|
| a. No. granted | 12047 | 92% |
| (1) By examiner | 11913 |  |
| (2) By Director (on petition) | 134 |  |
| b. No. denied | 1100 | 8% |
| (1) By examiner | 1054 |  |
| (2) Reexam vacated | 46 |  |

6. Total examiner denials (includes denials reversed by Director)...................................    1056

|  |  |  |
|---|---|---|
| a. Patent owner requester | 494 | 47% |
| b. Third party requester | 562 | 53% |

7. Overall reexamination pendency (Filing date to certificate issue date).........................

|  |  |
|---|---|
| a. Average pendency | 26.4 (mos.) |
| b. Median pendency | 19.4 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.