**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00505-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., | |
| Defendant. | |

**DECLARATION OF NOLAN MCQUEEN IN SUPPORT
OF DEFENDANT STMICROELECTRONICS, INC.'S
MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

I, Nolan McQueen, declare:

1.    I am an attorney at Baker Botts L.L.P. and counsel of record for Defendant STMicroelectronics, Inc. ("ST") in the above-captioned action. I respectfully submit this declaration in support of ST's Motion to Stay Pending Ex Parte Reexamination. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to them.

2.    Attached as Exhibit 1 is a true and correct copy of the U.S. Patent and Trademark Office's Ex Parte Reexamination Filing Data report dated September 30, 2025.

3.    Attached as Exhibit 2 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 9,685,351, filed with the USPTO on January 5, 2026 by Advanced Semiconductor Engineering, Inc.

1

4. Attached as Exhibit 3 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 9,685,351, filed with the USPTO on January 23, 2026 by Infineon Technologies AG.

5. Attached as Exhibit 4 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 9,263,299, filed with the USPTO on February 25, 2026 by Infineon Technologies AG.

6. Attached as Exhibit 5 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 9,299,646, filed with the USPTO on March 18, 2026 by Infineon Technologies AG.

7. Attached as Exhibit 6 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 8,643,189, filed with the USPTO on May 27, 2026 by ST.

8. Attached as Exhibit 7 is a true and correct copy of the Request for Ex Parte Reexamination Transmittal Form for U.S. Patent No. 10,151,658, filed with the USPTO on May 28, 2026 by ST.

9. Attached as Exhibit 8 is a true and correct copy of the USPTO's Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 9,685,351 (Control No. 90/015,860), mailed March 2, 2026.

10. Attached as Exhibit 9 is a true and correct copy of the USPTO's Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 9,685,351 (Control No. 90/015,902), mailed March 2, 2026.

11. Attached as Exhibit 10 is a true and correct copy of the USPTO's Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 9,263,299 (Control No. 90/015,993), mailed May 4, 2026.

12. Attached as Exhibit 11 is a true and correct copy of the USPTO's Order Granting Request for Ex Parte Reexamination of U.S. Patent No. 9,299,646 (Control No. 90/016,057), mailed May 4, 2026.

13. Attached as Exhibit 12 is a true and correct copy of ST's Request for Ex Parte Reexamination of U.S. Patent No. 8,643,189, filed with the USPTO on May 27, 2026.

14. Attached as Exhibit 13 is a true and correct copy of ST's Request for Ex Parte Reexamination of U.S. Patent No. 10,151,658, filed with the USPTO on May 28, 2026.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 4, 2026 in Dallas, Texas.

Respectfully submitted,

*/s/Nolan McQueen*
Nolan McQueen

3