**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00505-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT STMICROELECTRONICS, INC.'S**
**MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Before the Court is Defendant STMicroelectronics, Inc.'s ("ST") Motion to Stay Pending *Ex Parte* Reexamination. Having considered the papers and the arguments of counsel, the Court is of the opinion that ST's Motion should be **GRANTED**.

It is therefore **ORDERED** that ST's Motion to Stay is **GRANTED** and the case is stayed pending the final resolution of all *ex parte* reexamination proceedings concerning U.S. Patent Nos. 9,685,351; 9,263,299; 9,299,646; 8,643,189; and 10,151,658.

SIGNED this __ day of _____, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE