**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>*Defendant*. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ROBERT MAGEE IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANT STMICROELECTRONICS, INC.'S
MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

I, Robert Magee, hereby declare as follows:

1.      My name is Robert Magee. I am a partner at Blue Peak Law Group, LLP, counsel for plaintiff Chip Packaging Technologies, LLC. I have personal knowledge of and am competent to testify as to the facts herein.

2.      I have reviewed the online materials for all of the *ex parte* reexamination (EPR) requests filed on the Asserted Patents, and as of June 11, 2026, there have been no office actions in any of the proceedings.

3.      In the EPR proceedings for US Patent Nos. 8,643,189 and 10,151,658 Chip Packaging Technologies intends to file the optional response authorized under the USPTO's pre-order procedure.     Details  regarding  the  pre-order  procedure  are  available  at

https://www.uspto.gov/web/offices/com/sol/og/2026/week17/TOC.htm#ref9  (last  checked  June 11, 2026).

I, Robert Magee, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 11, 2026                                  Respectfully submitted,

                                                      /s/ Robert Magee
                                                      Robert Magee