**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00505-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., | |
| Defendant. | |

**DECLARATION OF NOLAN MCQUEEN IN SUPPORT OF DEFENDANT
STMICROELECTRONICS, INC.'S REPLY IN SUPPORT OF ITS
MOTION TO STAY PENDING _EX PARTE_ REEXAMINATION**

I, Nolan McQueen, declare:

1.      I am an attorney at Baker Botts L.L.P. and counsel of record for Defendant STMicroelectronics, Inc. ("ST") in the above-captioned action. I respectfully submit this declaration in support of ST's Reply in support of its Motion to Stay Pending Ex Parte Reexamination. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to them.

2.      Attached as Exhibit 14 is a true and correct copy of the U.S. Patent and Trademark Office's Non-final Office Action dated June 8, 2026 in Reexamination 90/015,860 and 90/015,902.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 18, 2026, in Dallas, Texas.

Respectfully submitted,

_/s/ Nolan McQueen_
Nolan McQueen

1