# EXHIBIT D

US008643189B1

(12) **United States Patent**
Low et al.

(10) Patent No.: **US 8,643,189 B1**
(45) **Date of Patent:** **Feb. 4, 2014**

(54) **PACKAGED SEMICONDUCTOR DIE WITH POWER RAIL PADS**

(75) Inventors: **Boon Yew Low**, Petaling Jaya (MY); **Navas Khan Oratti Kalandar**, Subang Jaya (MY); **Lan Chu Tan**, Singapore (SG)

(73) Assignee: **Freescale Semiconductor, Inc.**, Austin, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/550,627**

(22) Filed: **Jul. 17, 2012**

(51) **Int. Cl.**
*H01L 23/12* (2006.01)
*H01L 23/58* (2006.01)
*H01L 23/50* (2006.01)
*H01L 23/34* (2006.01)

(52) **U.S. Cl.**
USPC ............ **257/773**; 257/E31.111; 257/E23.142; 257/774; 257/784; 257/786; 257/690; 257/691; 257/692; 257/693; 257/696; 257/698; 257/203; 257/204; 257/782; 257/776

(58) **Field of Classification Search**
USPC ......... 257/773, 774, 784, 786, 690–693, 696, 257/698, 666, 676, 202–24, 208, 211, 776, 257/782, 790–793, E31.111, E23.142
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,049,979 A * | 9/1991 | Hashemi et al. .............. 257/723 |
| 5,286,656 A * | 2/1994 | Keown et al. ................... 438/18 |
| 5,508,556 A | 4/1996 | Lin |
| 5,528,083 A * | 6/1996 | Malladi et al. ................ 257/786 |
| 5,641,978 A * | 6/1997 | Jassowski ...................... 257/203 |
| 5,789,797 A | 8/1998 | Ikuta |
| 5,903,050 A * | 5/1999 | Thurairajaratnam et al. 257/695 |
| 6,420,785 B2 | 7/2002 | Song |
| 6,858,945 B2 * | 2/2005 | Rakshani ...................... 257/786 |
| 6,912,171 B2 | 6/2005 | Theel |
| 7,190,062 B1 | 3/2007 | Sheridan |
| 7,528,484 B2 * | 5/2009 | Rakshani ...................... 257/724 |
| 7,872,335 B2 | 1/2011 | Khan |
| 7,880,310 B2 * | 2/2011 | Mathew ........................ 257/777 |
| 7,898,080 B2 * | 3/2011 | Otremba ....................... 257/732 |
| 8,168,970 B2 * | 5/2012 | Whetsel et al. ................ 257/48 |
| 2002/0063251 A1* | 5/2002 | Sugiura et al. .................. 257/48 |
| 2004/0268281 A1* | 12/2004 | Dotson et al. ................... 716/10 |
| 2005/0024800 A1* | 2/2005 | Zecri et al. ...................... 361/56 |
| 2006/0001146 A1* | 1/2006 | Passe et al. ................. 257/690 |
| 2009/0085201 A1* | 4/2009 | Mathew ....................... 257/734 |
| 2010/0171543 A1* | 7/2010 | Korec et al. ................... 327/436 |
| 2010/0270663 A1 | 10/2010 | Johnston |
| 2012/0286409 A1* | 11/2012 | Shah et al. ................... 257/676 |

* cited by examiner

*Primary Examiner* — A O Williams

(74) *Attorney, Agent, or Firm* — Charles Bergere

(57) **ABSTRACT**

A packaged semiconductor die has a die support mounting surface mounted to a die support having external connectors. A die connection pad surface opposite to die supporting mount surface has associated die connection pads that are circuit nodes of the semiconductor die. The die connection pad surface also has a power rail pad. The power rail pad has a surface area larger than surface areas of the die connection pads. Bond wires electrically couple the power rail pad to two or more of the die connection pads.

**20 Claims, 7 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

500



FIG. 6

500



FIG. 7



FIG. 8



FIG. 9



1000

FIG. 10



FIG. 11



FIG. 12

US 8,643,189 B1

# PACKAGED SEMICONDUCTOR DIE WITH POWER RAIL PADS

## BACKGROUND OF THE INVENTION

The present invention relates to semiconductor integrated circuits and packaging of semiconductor integrated circuits and, more particularly, to a packaged semiconductor die that has many wire bonded connections with a large proportion being power rail wire bonds for supplying a positive supply rail and a ground supply rail to the die.

Semiconductor die packages are typically formed with a semiconductor die mounted on a semiconductor die support such a die pad or flag of a lead frame, or a substrate. External connectors on either the substrate or leads of the lead-frame are wire bonded to die connection pads on the die to provide a means of easily electrically connecting the die to circuit boards and the like. After the connectors and pads are wire bonded, the semiconductor die and bond wires are encapsulated (packaged) in a compound such as a plastics material leaving external pads of the substrate or sections of the leads exposed. The external connectors or exposed leads allow for external electrical connection of the die to a circuit board.

There is always a desire for more or additional external connections to the die and thus the number of external connectors (pin count) is often increased to accommodate increased functionality and power supply rail requirements of the semiconductor die. The external connectors are needed to connect to power rail pads, ground rail pads and data input and output pads of the die. An increase in the number of external connectors typically results in an increased size of the semiconductor die package (footprint), and the requirement of additional wire bonds. The number of power rail wire bonds required for the power supply rail (the positive supply rail and ground rail) to the power rail pads may account for a large proportion of the wire bonds. These power rail wire bonds, which can be as high as 50% of all the wire bonds, may cause stray capacitances with data wire bonds that couple the data input and output pads to the external connectors. Also, the additional lengths of the bond wires may add to stray capacitance effects and also increase the possibility of noise induction. Therefore, it would be desirable to be able to accommodate additional external connections without increasing the chance of noise inductance, cross-coupling, etc.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention, together with objects and advantages thereof, may best be understood by reference to the following description of preferred embodiments together with the accompanying drawings in which:

FIG. **1** is a plan view of a semiconductor die support in accordance with a preferred embodiment of the present invention;

FIG. **2** is a cross-sectional view through **2-2'** of the semiconductor die support of FIG. **1**;

FIG. **3** is a plan view of partially assembled semiconductor die package including the semiconductor die support of FIG. **1** in accordance with a preferred embodiment of the present invention;

FIG. **4** is a cross-sectional view through **4-4'** of the partially assembled semiconductor die package of FIG. **3**;

FIG. **5** is a plan view of a wire bonded, partially assembled semiconductor die package including the partially assembled semiconductor die package of FIG. **3** in accordance with a preferred embodiment of the present invention;

FIG. **6** is a cross-sectional view through **6-6'** of the wire bonded, partially assembled semiconductor die package of FIG. **5**;

FIG. **7** is a side view of a semiconductor die package formed from the partially assembled semiconductor die package of FIG. **5** in accordance with a preferred embodiment of the present invention;

FIG. **8** is a plan view of a semiconductor die that can be used as part of the semiconductor die package of FIG. **7** in accordance with a preferred embodiment of the present invention;

FIG. **9** is a plan view of a partially assembled semiconductor die package in accordance with another preferred embodiment of the present invention;

FIG. **10** is a plan view of a singulated, partially assembled semiconductor die package in accordance with a preferred embodiment of the present invention;

FIG. **11** is a side view of a semiconductor die package formed from the partially assembled semiconductor die packages of FIG. **10** in accordance with a preferred embodiment of the present invention; and

FIG. **12** is a flow chart of a method for assembling a semiconductor die package in accordance with a preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

The detailed description set forth below in connection with the appended drawings is intended as a description of presently preferred embodiments of the invention, and is not intended to represent the only forms in which the present invention may be practiced. It is to be understood that the same or equivalent functions may be accomplished by different embodiments that are intended to be encompassed within the spirit and scope of the invention. In the drawings, like numerals are used to indicate like elements throughout. Furthermore, terms "comprises," "comprising," or any other variation thereof, are intended to cover a non-exclusive inclusion, such that system, circuit, device components and method steps that comprises a list of elements or steps does not include only those elements but may include other elements or steps not expressly listed or inherent to such system, circuit, device components or steps. An element or step proceeded by "comprises . . . a" does not, without more constraints, preclude the existence of additional identical elements or steps that comprises the element or step.

In one embodiment of the present invention, a semiconductor die package comprises a semiconductor die support having external connectors. A semiconductor die is mounted to the die support, the semiconductor die having a die support mounting surface attached to the die support and an opposite die connection pad surface with associated die connection pads. The die connection pads are circuit nodes of the semiconductor die. At least one power rail pad is located on the die connection pad surface. The power rail pad has a surface area larger than surface areas of the die connection pads. Bond wires electrically couple the power rail pad to at least two of the die connection pads.

In another embodiment of the present invention, a semiconductor die comprises a die support mounting surface and an opposite die connection pad surface with associated die connection pads. The die connection pads are circuit nodes of the semiconductor die. At least one power rail pad is located on the die connection pad surface. The power rail pad has a surface area larger than surface areas of the die connection

US 8,643,189 B1

**3**

pads. The die connection pads are integral with the semiconductor die and the power rail pad is a non-circuit node of the semiconductor die.

In yet another embodiment of the present invention there, a method for assembling a semiconductor die package is provided. The method includes providing a semiconductor die support with external connectors and providing a semiconductor die with a die support mounting surface and an opposite die connection pad surface with associated die connection pads. The connection pads are circuit nodes of the semiconductor die. At least one power rail pad is located on the die connection pad surface and the power rail pad has a surface area larger than surface areas of the die connection pads. The method includes mounting the semiconductor die to the die support at the die support mounting surface and electrically coupling the power rail pad to at least two of the die connection pads with bond wires. The power rail pad also is electrically coupled to at least one of the external connectors by power rail wire bonds. There is further performed electrically coupling of some of the die connection pads to the external connectors by data wire bonds. The method then performs encapsulating the semiconductor die, power rail wire bonds, die wire bonds and data wire bonds.

Referring to FIG. **1**, a plan view of a semiconductor die support **100** in accordance with a preferred embodiment of the present invention is shown. The semiconductor die support **100** is a non-conductive substrate, typically made from the same materials as a printed circuit board. The semiconductor die support **100** has external connectors **101** and at a central region of the semiconductor die support **100** there is a die mount area for attaching a die with an epoxy or other form of adhesive **102**.

FIG. **2** is a cross-sectional view of the semiconductor die support **100**. As shown, the external connectors **101** include electrically conductive vias **202** with external conductive surfaces **203** for electrical coupling to circuit board pads or the like. As will be apparent to a person skilled in the art, if required, the electrically conductive vias **202** may be coupled to balls of a ball grid array and thus the balls would form the external conductive surfaces **203**.

FIG. **3** is a plan view of a partially assembled semiconductor die package **300** including the semiconductor die support **100** in accordance with a preferred embodiment of the present invention. The partially assembled semiconductor die package **300** includes a semiconductor die **301** mounted to the die support **100**. More specifically, the semiconductor die **301** is mounted to the die mount area by the adhesive **102**.

The semiconductor die **301** has a die support mounting surface **302** attached to the die support **100**, by the adhesive **102**, and an opposite die connection pad surface **303** with associated die connection pads **304**. The die connection pads **304** are circuit nodes of the semiconductor die **301** and as shown the die connection pads **304** are adjacent respective edges **305** of the semiconductor die **301**.

The die connection pads **304** include data input and output pads **306** for the semiconductor die **301**. The die connection pads **304** also include positive voltage supply rail die connection pads **307** and ground supply rail die connection pads **308** for supplying a power to the semiconductor die **301**.

There are power rail pads on the die connection pad surface **303**, the power rail pads are a first power rail pad **309** and a second power rail pad **310**. As shown, the first power rail pad **309** and second power rail pad **310** have surface areas larger than the surface areas of the die connection pads **304**. More specifically, each of the power rail pads **309**, **310** have a surface area of at least two and preferably at least four times that of an average surface area of the die connection pads **304**.

**4**

In most embodiments, the power rail pads **309**, **310** have a surface area much greater than four times that of an average surface area of the die connection pads **104**. Furthermore, one or both of the power rail pads **309**, **310** can have a surface area of at least ten that of the average surface area of the die connection pads **304**. However, in the embodiment illustrated, both of the power rail pads have a surface area of at least twenty times the average surface area of the die connection pads **304**.

The power rail pads **309**, **310** may be of numerous shapes and sizes and, as illustrated, in one embodiment the first power rail pad **309** is a frame that encloses the second power rail pad **310**. The power rail pads **309**, **310** may be thin sheets of metal (or metal alloy) such as copper, cut to shape and size and mounted on the die connection pad surface **303** by an epoxy or other form of adhesive.

FIG. **4** is a cross-sectional view of the partially assembled semiconductor die package **300**. As shown, the power rail pads **309**, **310** protrude higher above the die connection pad surface **303** than the die connection pads **303**. However, this may not always be the case and depends on the thickness of the sheet metal or duration (and type) of depositing process used to form the power rail pads **309**, **310**. Furthermore, although desirable, the thickness of the power rail pads **309**, **310** does not necessarily have to be the same.

From the above it will be apparent to a person skilled in the art that, unlike the die connection pads **303**, the power rail pads **309**, **310** are non-circuit nodes of the semiconductor die **301**. In other words, the power rail pads **309**, **310** are not integrated nodes of the circuitry within the semiconductor die **301**.

Referring to FIG. **5** there is illustrated a plan view of a wire bonded partially assembled semiconductor die package **500** comprising the partially assembled semiconductor die package **300** in accordance with a preferred embodiment of the present invention. The wire bonded partially assembled semiconductor die package **500** includes die wire bonds **501** electrically coupling each of the power rail pads **309**, **310** to at least two of the die connection pads **304**. Furthermore, the power rail pads **309**, **310** are each individually coupled by the die wire bonds **501** to two or more of the die connection pads **304**. More specifically, the die wire bonds **501** also electrically couple the first power rail pad **309** to the positive voltage supply rail die connection pads **307**. In one embodiment the die wire bonds **501** electrically couple the first power rail pad **309** to all of the positive voltage supply rail die connection pads **307**. There are also power rail wire bonds **502** that directly electrically couple the first power rail pad **309** to one or more of the external connectors **101**.

The die wire bonds **501** also electrically couple the second power rail pad **310** to the ground supply rail die connection pads **308**. In one embodiment the die wire bonds **501** electrically couple the second power rail **310** to all the ground supply rail die connection pads **308**. In addition, the power rail wire bonds **502** directly electrically couple the second power rail pad **310** to one or more of the external connectors **101**.

As shown, the data input and output pads **306** are electrically connected by data wire bonds **503** to the external connectors **101**. As will be apparent to a person skilled in the art, since the power rail wire bonds **502** can supply current to many die connection pads **304**, via the power rail pads **309**, **310**, their diameter is typically at least twice the diameter of the die wire bonds **501** and data wire bonds **503** or multiple wires of same size connected to the power rail pads **309**,**310** and external connectors **101**. For instance, in this embodiment the die wire bonds **501** and data wire bonds **503** have a

US 8,643,189 B1

**5**

diameter of 25 microns, whereas the power rail wire bonds **502** have a diameter of 50 microns.

FIG. **6** is a cross sectional view of the wire bonded partially assembled semiconductor die package **500**. For simplification, not all the wire bonds, **501**, **503**, **503** are shown and in this embodiment the power rail wire bonds **501** have a higher profile and greater span than the die wire bonds **501** and data wire bonds **503**.

FIG. **7** is side view of a semiconductor die package **700** formed from the partially assembled semiconductor die package **500** in accordance with a preferred embodiment of the present invention. The semiconductor die package **700** is the wire bonded partially assembled semiconductor die package **500** with an encapsulating material **701** covering the semiconductor die **301**, wire bonds **501**, **502**, **503** and the external connectors. The encapsulating material **701** in this embodiment is a molded plastics material and provides mechanical protection to the semiconductor die **301** and wire bonds **501**, **502**, **503** and also provides a seal against moisture and dust.

Referring to FIG. **8**, a plan view of a semiconductor die **801** that can be used as part of the semiconductor die package **700** in accordance with a preferred embodiment of the present invention is shown. The semiconductor die **801** has a die connection pad surface **803** with associated die connection pads **804**. The die connection pads **804** are circuit nodes of the semiconductor die **801** and as shown the die connection pads **804** are typically adjacent respective edges of the semiconductor die **801**. The semiconductor die **801** is essentially identical to the semiconductor die **301** with the exception of there being there are two power rail pads **809** and two power rail pads **810**. These power rail pads **809**, **810** are all rectangular and are formed by thin sheets of metal (or metal alloy) cut to shape and size and mounted on the die connection pad surface **803** by an epoxy or other form of adhesive.

From the above, it will be apparent to a person skilled in the art that the power rail pads **809**, **810** can be of numerous shapes and it may also be possible just to have a single power rail pad on the die connection pad surface **803**. Such a single power rail pad, would be used for either wire bonding to the positive voltage supply die connection pads or alternatively for the ground supply die connection pads.

Referring to FIG. **9**, there is illustrated a plan view of a partially assembled semiconductor die package **900** in accordance with another preferred embodiment of the present invention. The partially assembled semiconductor die package **900** includes a semiconductor die support in the form of a lead-frame **901**. The lead-frame **901** includes a lead-frame flag **902** with tie bars **903** coupling the lead-frame flag **902** to an outer boundary **904** of the lead-frame **901**. More specifically, the lead-frame flag **902** is typically substantially rectangular and the tie bars **903** extend from corner areas of the lead-frame flag **902**. Also, the lead-frame **901** has leads **905** extending from the outer boundary **904** towards the lead-frame flag **902**.

The semiconductor die **301**, as described above, is mounted to the lead-frame flag **902** by an adhesive. Since the semiconductor die **301** has already been described above and to avoid repetition it is not be described again in this section. The die wire bonds **501** electrically couple each of the power rail pads **309**, **310** to at least two of the die connection pads **304**. Furthermore, the power rail pads **309**, **310** are each individually coupled by the die wire bonds **501** to two or more of the die connection pads **304**.

The die wire bonds **501** also electrically couple the first power rail pad **309** to the positive voltage supply rail die connection pads **307**. In one embodiment the die wire bonds **501** electrically couple the first power rail pad **309** to all of the

**6**

positive voltage supply rail die connection pads **307**. As shown, the power rail wire bonds **502** directly electrically couple the first power rail pad **309** to free ends of one or more of the leads **905**. Also, the die wire bonds **501** electrically couple the second power rail pad **310** to the ground supply rail die connection pads **308**.

In one embodiment the die wire bonds **501** electrically couple the second power rail **310** to all the ground supply rail die connection pads **308**. Again, as shown, the power rail wire bonds **502** directly electrically couple the second power rail pad **310** to free ends of one or more of the leads **905**. The data wire bonds **503** and the data input and output pads **306** are electrically connected by data wire bonds **503** to the free ends of one or more of the leads **905**.

Referring to FIG. **10**, there is illustrated a plan view of a singulated partially assembled semiconductor die package **1000** in accordance with a preferred embodiment of the present invention. The singulated partially assembled semiconductor die package **1000** includes the lead-frame **901** that has been singulated (cut away) from a surrounding integral metal sheet (typically copper) that provides the outer boundary **904**. Hence, the outer boundary **904** is now an outer boundary of the singulated partially assembled semiconductor die package **1000** which is simply the outermost ends of the leads **905** which are electrically separated from each other.

Referring to FIG. **11**, there is illustrated a side view of a semiconductor die package **1100** formed from the partially assembled semiconductor die package **1000** in accordance with a preferred embodiment of the present invention. For simplification, not all the wire bonds, **501**, **503**, **503** are not included in the illustration. As shown, the outermost ends of the leads **905** are bent to provide contact pads (feet) **1101** that form a seating plane. There is an encapsulating material **1102** covering the semiconductor die **301** and wire bonds **501**, **502**, **503** and the encapsulating material **1102** provides mechanical protection and a seal against moisture and dust.

Referring to FIG. **12**, there is illustrated a flow chart of a method **1200** for assembling a semiconductor die package in accordance with a preferred embodiment of the present invention. By way of example, the method **1200** will be described with reference to the semiconductor die package **700**. The method **1200**, at a providing block **1210**, provides the semiconductor die support **100** with the external connectors **101** and at a providing block **1220** the semiconductor die **301** is provided. As shown, the first power rail pad **309** and a second power rail pad **310** have surface areas larger than the surface areas of the die connection pads **304**. As previously mentioned, the semiconductor die **301** includes the die support mounting surface **302** and the opposite die connection pad surface **303** has associated die connection pads **304** and power rail pads **309**, **310** having a surface area of at least four times that of an average surface area of the die connection pads **304**.

The method **1200**, at a mounting block **1230**, performs mounting the semiconductor die **301** to the die support at the die support mounting surface **302**. At an electrically coupling block **1240** there is performed electrically coupling of the power rail pads **309**, **310** to at least two of the die connection pads **304** by die wire bonds **501**. Also, at an electrically coupling block **1250** there is performed a process of electrically coupling the power rail pads **309**, **310** to at least one of the external connectors **101** by the power rail wire bonds **502**. Further, at an electrically coupling block **1260** there is performed a process of electrically coupling some of the die connection pads **304** to the external connectors **101** by the data wire bonds **503**. The method **1200**, at an encapsulating

US 8,643,189 B1

**7**

block **1270**, then performs a process of encapsulating the semiconductor die **310**, power rail wire bonds **502**, die wire bonds **501** and data wire bonds **503**.

Advantageously, the present invention provides for the reduction of power rail wire bonds **502** by the use of the first and second power rail pads **309**, **310**. More specifically, the wire bond connections from the die connection pads to the power rail pads **309**, **310** reduce the number of connections to the substrate or lead-frame and therefore potentially shorten the data wire bond connection lengths therebetween. Accordingly, the footprint, number of external connectors, potential stray capacitances and the possibility of noise induction can be reduced or at least alleviated.

The description of the preferred embodiments of the present invention has been presented for purposes of illustration and description, but is not intended to be exhaustive or to limit the invention to the forms disclosed. It will be appreciated by those skilled in the art that changes could be made to the embodiments described above without departing from the broad inventive concept thereof. For instance, although the external connectors are shown as aligned in single rows, they can be aligned in multi rows or in any form or desirable array or configuration. It is understood, therefore, that this invention is not limited to the particular embodiment disclosed, but covers modifications within the spirit and scope of the present invention as defined by the appended claims.

The invention claimed is:

1. A semiconductor die package, comprising:

a semiconductor die support having external connectors;

a semiconductor die mounted to the die support, the semiconductor die having a die support mounting surface attached to the die support and an opposite die connection pad surface with associated die connection pads, wherein the connection die pads are circuit nodes of the semiconductor die;

at least one power rail pad on the die connection pad surface, the power rail pad having a larger surface area than surface areas of the die connection pads; and

die wire bonds electrically coupling the power rail pad to at least two of the die connection pads.

2. The semiconductor die package of claim **1**, wherein the at least one power rail pad includes a first power rail pad and a second power rail pad each individually coupled by the die wire bonds to at least two of the die connection pads.

3. The semiconductor die package of claim **2**, wherein the die connection pads include positive voltage supply rail die connection pads, and wherein the die wire bonds electrically couple the first power rail pad to at least two of the positive voltage supply rail die connection pads.

4. The semiconductor die package of claim **3**, wherein power rail wire bonds directly electrically couple the first power rail pad to at least one of the external connectors.

5. The semiconductor die package of claim **4**, wherein the die connection pads include ground supply rail die connection pads and wherein the die wire bonds electrically couple the second power rail pad to at least two of the ground supply rail die connection pads.

6. The semiconductor die package of claim **5**, wherein power rail wire bonds electrically couple the second power rail pad to at least one of the external connectors.

7. The semiconductor die package of claim **4**, wherein the die connection pads include ground supply rail die connection pads and wherein the die wire bonds electrically couple the second power rail pad to at least two of the ground supply rail die connection pads, and wherein the power rail wire bonds electrically couple the second power rail pad to at least one of the external connectors.

**8**

8. The semiconductor die package of claim **7**, wherein the die connection pads are adjacent respective edges of the semiconductor die and include data input and output pads for the semiconductor die, the data input and output pads being electrically connected by data wire bonds to the external connectors.

9. The semiconductor die package of claim **8**, wherein the power rail wire bonds are least twice the diameter of data wire bonds.

10. The semiconductor die package of claim **2**, wherein the first power rail pad is a frame that encloses the second power rail pad.

11. The semiconductor die package of claim **1**, wherein the die connection pads are integral with the semiconductor die and wherein the power rail pad is a non-circuit node of the semiconductor die.

12. The semiconductor die package of claim **1**, wherein the semiconductor die support is a non-conductive substrate.

13. The semiconductor die package of claim **1**, wherein the semiconductor die support is a lead frame.

14. The semiconductor die package of claim **1**, further including an encapsulating material covering the semiconductor die and die wire bonds.

15. A semiconductor die, comprising:

a die support mounting surface and an opposite die connection pad surface with associated die connection pads, wherein the die connection pads are circuit nodes of the semiconductor die; and

at least one power rail pad on the die connection pad surface, the power rail pad having a surface area larger than surface areas of the die connection pads,

wherein the die connection pads are integral with the semiconductor die and wherein the power rail pad is a non-circuit node of the semiconductor die.

16. The semiconductor die of claim **15**, wherein the least one power rail pad includes a first power rail pad and a second power rail pad, wherein the first power rail pad is a frame that encloses the second power rail pad.

17. The semiconductor die of claim **15**, further comprising die wire bonds electrically coupling the power rail pad to at least two of the die connection pads.

18. The semiconductor die of claim **17**, wherein the least one power rail pad includes a first power rail pad and a second power rail pad, each individually coupled by the die wire bonds to at least two of the die connection pads.

19. A method for assembling a semiconductor die package, the method including:

providing a semiconductor die support with external connectors;

providing a semiconductor die with a die support mounting surface and an opposite die connection pad surface with associated die connection pads, the connection pads being circuit nodes of the semiconductor die, wherein there is at least one power rail pad on the die connection pad surface, the power rail pad having a surface area larger than surface areas of the die connection pads;

mounting the semiconductor die to the die support at the die support mounting surface;

electrically coupling the power rail pad to at least two of the die connection pads by die wire bonds;

electrically coupling the power rail pad to at least one of the external connectors by power rail wire bonds;

electrically coupling some of the die connection pads to the external connectors by data wire bonds; and

encapsulating the semiconductor die, power rail wire bonds, die wire bonds and data wire bonds.

US 8,643,189 B1

9

10

**20**. The method for assembling a semiconductor die package of claim **19**, wherein the die connection pads are integral with the semiconductor die, and wherein the power rail pad is a non-circuit node of the semiconductor die.

*   *   *   *   *