# EXHIBIT F

Docket No.
**81626917US01**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: **Leonardus A. E. van Gemer et al.** Group Art Unit: **Not Yet Known**

Application No.: **Not Yet Known**    Examiner: **Not Yet Known**

Filed: **Concurrently herewith**

For: **EXPOSED DIE CLIP BOND POWER PACKAGE**

Date: **01 JUL 2014**

## INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In compliance with the duty of disclosure under 37 C.F.R. § 1.56 and in accordance with the practice under 37 C.F.R. §§ 1.97 and 1.98, the Examiner's attention is directed to the documents listed on the enclosed Information Disclosure Statement by Applicant form (PTO/SB/08A and/or B, PTO-1449, or equivalent).

The following checked sections apply to this Information Disclosure Statement:

[X] In accordance with 37 C.F.R. § 1.98(a)(2)(ii) as revised at 69 Fed. Reg. 56481 (September 21, 2004), copies of the cited U.S. patent application publication(s) and/or U.S. patent(s) have not been submitted.

[ ] The cited reference(s) were called to Applicant'(s) attention in a counterpart foreign patent application. A copy of the official communication in that counterpart foreign patent application citing the reference(s) is submitted herewith, and the Examiner is respectfully directed thereto for a concise explanation of the relevance of the cited art.

[ ] At least some of the cited references are not (or the cited reference is not) in English, and so English abstracts of those references (that reference) are provided, if available.

[ ] At least some of the cited references are not (or the cited reference is not) in English, and so machine English translations of those references (that reference) are provided, where available.

[X] This Information Disclosure Statement is being filed (1) within three months of the filing date of a national application other than a continued prosecution application under Sec. 1.53(d), (2) within three months of the date of entry of the national stage as set forth in Sec. 1.491 in an international application, (3) before the mailing of a first Office action on the merits, or (4) before the mailing of a first Office action after the filing of a Request for Continued Examination under 37 C.F.R. § 1.114. Accordingly, neither a fee nor Statement under 37 C.F.R. § 1.97(e) is due.

**U.S. Patent Appln. No.  Not Yet Known**
**Information Disclosure Statement**
**Filed  01 JUL 2014**



☐ This Information Disclosure Statement is being filed before the mailing date of any of a final action under 37 C.F.R. § 1.113, a Notice of Allowance under 37 C.F.R. § 1.311, or an action that otherwise closes prosecution in the application, and so is accompanied by one of:

(1) A Statement under 37 C.F.R. § 1.97(e), which follows; **or**

(2) The fee set forth in 37 C.F.R. § 1.17(p), authorization for which follows.

☐ This Information Disclosure Statement is being filed either (1) on or after the mailing date of a final action under 37 C.F.R. § 1.113, or (2) on or before payment of the issue fee, and is accompanied by:

(1) A Statement under 37 C.F.R. § 1.97(e), which follows; **and**

(2) The fee set forth in 37 C.F.R. § 1.17(p), authorization for which follows.

☐ Fee Under 37 C.F.R. § 1.17(p)

The Commissioner is authorized to charge the fee under 37 C.F.R. § 1.17(p) ($180) to Deposit Account No. 50-4019.

☐ Statement Under 37 C.F.R. § 1.97(e)

Each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the Information Disclosure Statement; or

No item of information contained in the Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in Sec. 1.56(c) more than three months prior to the filing of the Information Disclosure Statement.

☐ Additional Comments

Applicant(s) have the following additional comments:

Page **2** of **3**

**U.S. Patent Appln. No.  Not Yet Known**
**Information Disclosure Statement**
**Filed  01 JUL 2014**

☐    <u>Statement Under 37 C.F.R. § 1.704(d)</u>

Each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in § 1.56(c) more than thirty days prior to the filing of this Information Disclosure Statement.

It is respectfully requested that the above information be considered by the Examiner and that an initialed copy of the accompanying Information Disclosure Statement by Applicant form (PTO/SB/08A and/or B, PTO-1449, or equivalent) be returned to the undersigned indicating that such information has been considered.

Other than any fees mentioned above, no fees are believed to be due in connection with this Information Disclosure Statement.  Nevertheless, the Commissioner is authorized to charge any fees which are deemed to be now or hereafter due in connection with this paper to Deposit Account No. 50-4019.

Favorable consideration and prompt allowance of this application is respectfully requested.  In the event that there are any questions, or should additional information be required, please contact Applicant'(s) attorney at the number listed below.

Respectfully submitted,

By:  */Peter Zawilski/*

Peter Zawilski
Reg. No.  43,305
Tel.:   408-518-5540

Correspondence Address:

Intellectual Property & Licensing
**NXP B.V.**
411 E. Plumeria Drive, MS41
San Jose, CA 95134 USA

**CUSTOMER NO. 65913**

| FORM PTO 1449 (*modified*) | | ATTY DOCKET NO.<br>**81626981US01** | | APPLICATION NO.<br>**Not Yet Known** |
|---|---|---|---|---|
| U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | | APPLICANT<br>**Emil Casey Israel et al.** | | |
| LIST OF REFERENCES CITED BY APPLICANT(S)<br>(Use several sheets if necessary) | | FILING DATE<br>**Concurrently herewith** | | GROUP<br>**Not Yet Known** |

U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | **8,643,158 B2** | **02-04-2014** | **Liu et al.** | | | |
| | | **2012/0028397 A1** | **02-02-2012** | **Goh et al.** | | | |
| | | **6,646,339 B1** | **11-11-2003** | **Ku et al.** | | | |
| | | **6,294,100 B1** | **09-25-2001** | **Fan et al.** | | | |
| | | **2011/0198738 A1** | **08-18-2011** | **Van De Water et al.** | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES/NO/ OR ABSTRACT |
|---|---|---|---|---|---|---|---|
| | | **2008/114094 A1** | **09-25-2008** | **WO** | | | **English Original** |
| | | | | | | | |

OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | NXP B.V. "Application Note AN10365, Surface Mount Reflow Soldering, Rev. 6, 31 pgs. (7-2012) |
| | | Lim, F. et al. "Process Characterization of Aluminum Ribbon bond", Intl. Conf. on Electronic Materials and Packaging, pgs. 1-5 (11- 2007) |
| | | Chia, J. et al. "Redesigns of HSOP Package for High Power Consumption Based on the Numerical Thermal Simulation Analysis", Proceedings of IPACK2005 ASME, pgs. 1-6 (7-2005) |
| | | Carsem Application Note.  Comprehensive User's Guide, MLP Micro Leadframe Package, 20 pgs. (4-2002) |
| | | Walsin Technology Corporation "SMT Notes for CHIP-R and MLCC", pgs. 1-21 (2002) |
| | | NATEL Engineering Co., Inc. "Quick Reference Guide:  Ribbon Bond vs. Wire Bond", 2 pgs. |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Sheet__1__ of __1__

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
25 September   2008 (25.09.2008)

PCT



(10) International Publication Number
**WO 2008/114094 A1**

(51) **International Patent Classification:**
   *H01L 23/495* (2006.01)    *H01L 21/48* (2006.01)

(21) **International Application Number:**
   PCT/IB2007/050979

(22) **International Filing Date:**   20 March 2007 (20.03.2007)

(25) **Filing Language:**   English

(26) **Publication Language:**   English

(71) **Applicant** *(for all designated States except US):* **NXP B.V.**
   [NL/NL]; High Tech Campus 60, NL-5656 AG Eindhoven
   (NL).

(72) **Inventors; and**

(75) **Inventors/Applicants** *(for US only):* **DIJKSTRA, Paul**
   [NL/NL]; c/o NXP Semiconductors, IP Department, 1109
   McKay Drive, M/S-41, San Jose, California 95131 (US).
   **GROENHUIS, Roelf** [NL/NL]; c/o NXP Semiconductors,
   IP Department, 1109 McKay Drive, M/S-41, San Jose,
   California 95131 (US). **VAN KEMPEN, Jan** [NL/NL];
   c/o NXP SEMICONDUCTORS, IP DEPARTMENT, 1109
   McKay Drive, MS-41, San Jose, California 95131 (US).

(74) **Agent: URE, Mike;** c/o Philips Intellectual Property &
   Standards, 1109 McKay Drive, M/S-41SJ, San Jose, CA
   95131-1706 (US).

(81) **Designated States** *(unless otherwise indicated, for every
   kind of national protection available):* AE, AG, AL, AM,
   AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH,
   CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES,
   FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN,
   IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR,
   LS, LT, LU, LY, MA, MD, MG, MK, MN, MW, MX, MY,
   MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS,
   RU, SC, SD, SE, SG, SK, SL, SM, SV, SY, TJ, TM, TN,
   TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW

(84) **Designated States** *(unless otherwise indicated, for every
   kind of regional protection available):* ARIPO (BW, GH,
   GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM,
   ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM),
   European (AT, BE, BG, CH, CY, CZ, DE, **DK,** EE, ES, FI,
   FR, GB, GR, HU, IE, **IS, IT,** LT, LU, LV, MC, MT, NL, PL,
   PT, **RO,** SE, **SI,** SK, TR), OAPI (BF, **BJ,** CF, CG, CI, CM,
   GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Declarations under Rule** 4.17:
— *as to applicant's entitlement to apply for and be granted a
   patent (Rule 4.17(U))*
— *as to the applicant's entitlement to claim the priority of the
   earlier application (Rule 4.17(Hi))*

**Published:**
— *with international search report*

(54) **Title:** THIN PROFILE PACKAGING WITH EXPOSED DIE ATTACH ADHESIVE



(57) **Abstract:** In an example embodiment, a semiconductor device comprises an underside layer having openings. A carrier has a first side opposite a second side; the first side includes a first conductive layer having a predetermined pattern that defines a number of mutually isolated connection conductors; the second side is in contact with the underside layer and includes contact surfaces corresponding to the connection conductors for placement over a substrate. The openings in the underside layer permit access to the connection conductors. The carrier includes a cavity defined between the first and second sides and exposing a region of the underside layer. An integrated circuit (IC) device including a die area is located in the cavity and is attached to the exposed region of the underside layer, and further includes bonding pads that are wire bonded to the connection conductors. A passivating envelope encapsulates the IC device and extends as far as the carrier; the passivating envelope is mechanically anchored into side faces in the connection conductors.

WO 2008/114094                                                      PCT/IB2007/050979

1

THIN PROFILE PACKAGING WITH EXPOSED DIE ATTACH ADHESIVE

The invention relates to integrated circuit (IC) packaging.  More particularly this invention relates to the achieving a thinner packaging profile by mounting an IC device die directly upon exposed die attach adhesive.

The electronics industry continues to rely upon advances in semiconductor technology to realize higher-function devices in more compact areas.  For many applications realizing higher-functioning devices requires integrating a large number of electronic devices into a single silicon wafer.  As the number of electronic devices per given area of the silicon wafer increases, the manufacturing process becomes more difficult.

Many varieties of semiconductor devices have been manufactured with various applications in numerous disciplines.  Such silicon-based semiconductor devices often include metal-oxide-semiconductor field-effect transistors (MOSFET), such as p-channel MOS (PMOS), n-channel MOS (NMOS) and complementary MOS (CMOS) transistors, bipolar transistors, BiCMOS transistors.  Such MOSFET devices include an insulating material between a conductive gate and silicon-like substrate; therefore, these devices are generally referred to as IGFETs (insulated-gate FET).

Each of these semiconductor devices generally includes a semiconductor substrate on which a number of active devices are formed.  The particular structure of a given active device can vary between device types.  For example, in MOS transistors, an active device generally includes source and drain regions and a gate electrode that modulates current between the source and drain regions.

Furthermore, such devices may be digital or analog devices produced in a number of wafer fabrication processes, for example, CMOS, BiCMOS, Bipolar, *etc.*  The

2

substrates may be silicon, gallium arsenide (GaAs) or other substrate suitable for building microelectronic circuits thereon.

After undergoing the process of fabrication, the silicon wafer has a predetermined number of devices. These devices are tested. Good devices are mapped on the wafer. Good devices are then packaged. However, in some applications, the thickness of the wafer substrate may be a challenge as electronic devices become thinner in such devices as wireless phones, laptop computers, watches, etc. Excess dimensions of length, width, and thickness have to be minimized. Thus in meeting the challenge of excessive thickness, prior to separating out individual IC devices, the wafer substrate is often ground and polished on its backside to reduce the die thickness and to provide a surface to which it may be die attached. However, the resulting thin substrate may pose challenges in later processing become too brittle to handle with modern automated equipment. As wafer substrates approach 30 cm and larger, substrate thickness further increases (owing to strength requirements in the wafer fabrication and handling). The challenge of packaging the more complex and thicker device die becomes more demanding. Although the complex requirements of the devices, such as RF, pin outs, functionality, etc. have been addressed by modern packaging, there continues the balancing of application requirements with the physical dimensional limitations of electronic packaging.

One example package platform that is suitable for high performance devices, may be found in International Application published under the Patent Cooperation Treaty (PCT) titled, "Semiconductor Device and Method of Manufacturing Same," of *KIoen et al.* (International Publication Number, WO 03/085731, Publication Date: 16-October-2003) and in US Patent Application 10/510,591 filed on October 8, 2004 titled, "Semiconductor Device and Method of Manufacturing Same," of the same inventors. This package is a known as a Thin Universal Leadless Industrial Package (i.e., TULIP). Another example package may be found in International Application published under the PCT titled, "Carrier, Method of Manufacturing a Carrier and an Electronic Device," of *Groenhuis et al.* (International Publication Number, WO 03/085728, Publication Date: 16-October-2003) and in US Patent Application 10/510,588 filed on

WO 2008/114094                                                                PCT/IB2007/050979

3

October 8, 2004 titled, "Carrier, Method of Manufacturing a Carrier and an Electronic Device," of the same inventors.  These references are incorporated by reference in their entirety.  Packages encompassing this platform include, but are not limited to, DQFN (Depopulated very-thin Quad Flat-pack No-leads), HVQFN (Heatsink Very-thin Quad Flat-pack No-leads) and BGA (Ball Grid Array), SSON (Shrink Small Outline; No leads), XSON (eXtremely thin Small Outline; No leads) and TFBGA (Thin Fine-pitch Ball Grid Array) packages.

Refer to FIG. IA.  In an example QFN package 10, an IC device 5 has been placed therein.  In this particular example, there are two sets of pad landings 30, 35.  Refer to FIG. IB.  The QFN package 10 uses a lead frame 75.  Lead frame 75 includes three layers.  The first layer 15 and third layer 25 may be copper or a copper-rich alloy.  In one example package, the second layer 20 may be nickel (Ni), molybdenum (Mo), or titanium (Ti).  In another example package, the second layer 20 may be aluminum or an aluminum-rich alloy.  IC device 5 is attached with a suitable die-attach material 50 (e.g., laminating compound, or glue) to a die pad 60.  Bond wires 40 and 45 connect the IC device to pad landings 30, 35.  The pad landings connect to the lead frame 75.  Pads (not illustrated) are defined in the first layer 10 of the lead frame provide electrical connection of the IC device to a chosen application.  Recesses 55 provide a mechanical anchor (by forming plugs) substantially enhancing the adhesion of molding compound that is used to encapsulate the IC device 5.

The technology embraced by the TULIP package platform addresses a need for a robust encapsulation and reduced package thickness. However, in some demanding applications, the device packaging thickness significantly decreases the desirability of the finished product.  There is exists a need for a package and method that may achieve a thinner device die thickness and avoid the issues inherent in the reducing of wafer substrate thickness prior to packaging and sealing.

The present invention has been found to be useful in reducing the thickness of packages used in integrated circuit assembly.  The invention eliminates the die paddle upon which the IC device is mounted without exposing the die to the outside

4

environment. Eliminating the die paddle reduces the package thickness about 20% for an example package.

In an example embodiment, there is a semiconductor device that comprises an underside layer having openings. A carrier has a first side opposite a second side, wherein the first side includes a first conductive layer having a predetermined pattern that defines a number of mutually isolated connection conductors, and wherein the second side is in contact with the underside layer and includes contact surfaces corresponding to the connection conductors for placement over a substrate, wherein the openings in the underside layer permit access to the connection conductor. The carrier includes a cavity defined between the first and second sides and exposing a region of the underside layer. An integrated circuit (IC) device includes a die area located in the cavity and is attached to the exposed region of the underside layer, and further includes bonding pads that are wire bonded to the connection conductors. The IC device is encapsulated in a passivating envelope; the passivating envelope extends as far as the carrier, wherein the passivating envelope is mechanically anchored into side faces in the connection conductors.

In another example embodiment, there is a semiconductor device. The semiconductor device comprises an underside layer having openings. A carrier has a first side opposite a second side, wherein the first side includes a conductive layer that has a predetermined pattern that defines a number of mutually isolated connection conductors, and wherein the second side is in contact with the underside layer and includes contact surfaces corresponding to the connection conductors for placement over a substrate, wherein the openings in the underside layer permit access to the connection conductors, and wherein the underside layer is an adhesive material. The carrier includes a cavity defined between the first and second sides; a region of the underside layer is exposed. An integrated circuit (IC) device includes a die area located in the cavity and is attached to the exposed region of the underside layer; the IC further includes bonding pads that are wire bonded to the connection conductors. A passivating envelope encapsulates the IC device and extends as far as the carrier, wherein the passivating envelope is mechanically anchored into side faces in the connection conductors, wherein the side faces have

WO 2008/114094                                                                     PCT/IB2007/050979

5

recesses providing attachment to the passivating envelope. A feature of this embodiment includes that the adhesive material may be selected from wafer backside laminate (WBL), glue, or QFN tape.

In another embodiment according to the present invention, a semiconductor package comprises a lead frame with a first and a second side situated opposite to each other; the lead frame has a first conductive layer on the first side, the first conductive layer is patterned in a predetermined pattern, thereby defining a number of mutually isolated connection conductors, wherein on the second side, contact surfaces are defined in the connection conductors for placement on a substrate. There is an underside layer in contact with the second side, the underside layer has openings defined therein, the openings permit access to the connection conductors. Defined in the lead frame there is a cavity, the cavity has an area and depth sufficient to accommodate an IC device, the depth of the cavity is a distance between the first side and second side of the carrier; and the cavity exposes a region of the underside layer. The IC device is attached to the exposed region of the underside layer; the connection conductors have pad lands for electrically coupling the lead frame to bond pads on the IC device. A molding compound encapsulates the IC device; the molding compound extends as far as the lead frame, wherein the molding compound is mechanically anchored into side faces in the connection conductors, the side faces having recesses therein and wherein the exposed region of the underside layer is not covered with molding compound, and the exposed region of the underside layer provides a seal between the molding compound and the IC device.

In yet another embodiment, there is a method for packaging an IC device. The method comprises attaching the IC device to a die attach region in a lead frame, the die attach region having adhesive deposited thereon and curing the adhesive. The IC device is wire bonded to the lead frame. The IC Device and lead frame are encapsulated in a passivating envelope. The encapsulated IC device is etched. Underneath the IC device, adhesive at the die attach region is exposed.

6

The above summary of the present invention is not intended to represent each disclosed embodiment, or every aspect, of the present invention. Other aspects and example embodiments are provided in the figures and the detailed description that follows.

The invention may be more completely understood in consideration of the following detailed description of various embodiments of the invention in connection with the accompanying drawings, in which:

FIG. IA (Prior Art) depicts in top view a device die mounted on an example TULIP platform;

FIG. IB (Prior Art) depicts a side view of the device die of FIG. IA;

FIGS. 2A - 2B depicts a QFN package in a side view and underside view, respectively, with the die pad;

FIGS. 2C - 2D depicts a QFN package in a side view and underside view respectively, with the die pad replaced with an underside layer according to an embodiment of the present invention;

FIGS. 3A - 3G depicts in cross-section a series of steps in packaging a device die in accordance with an embodiment of the present invention;

FIG. 4 is a flowchart of a process for assembling an IC device in a TULIP platform package according to an embodiment of the present invention; and

FIG. 5 is an example array of packages before separation having undergonebackside etch according to an embodiment of the present invention.

While the invention is amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiments described. On the contrary, the intention is to

WO 2008/114094                                                                PCT/IB2007/050979

7

cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims

The present invention has been found to be useful in reducing the thickness of packages used to package integrated circuit devices. The invention eliminates the die paddle upon which the IC device is mounted without exposing the die to the outside environment. For example, in the TULIP package platform, the three-layer lead frame is configured to remove the two top layers of the lead frame and provide a mounting surface in lieu of the die paddle. The IC device is attached to the mounting surface with WBL (Wafer Back Laminate) or glue.

For example, a 0.5mm thick XSON package thickness is reduced 20% to a 0.4mm maximum SSON package, yet the attributes of the TULIP platform are preserved. SSON Packages may range from 2 input/output pins to about 200 input/output pins. In another example package, the body height thickness of a DHVQFN product before application of the present invention is about 0.85mm for a 0.5mm lead pitch. In applying the present invention, the die pad being eliminated, the QFN tape is used as the WBL material. The body height is reduced from 0.85mm to about 0.4mm.

Refer to FIGS. 2A - 2B. In an example package, a DHVQFN package 200 has been assembled. IC device 220 has been attached onto die pad 225 of lead frame 210. Wire bonds 230 connect the IC device 220 to pad landings 215. The IC device 220 and lead frame 210 are encapsulated with a passivating envelope 205. The passivating envelope is usually an encapsulating molding compound (EMC) suitable for a given package and manufacturing process. The EMC 205 is mechanically anchored to the lead frame 210 via recesses 240 defined in the lead frame 210. The die pad 225 acts a built-in heat sink 225 to aid in dissipating heat generated by the energized IC device 220. Pad landings 215 provide electrical connection of the packaged device to a printed circuit board substrate when soldered thereto. The height of the assembled package is about 0.85mm. FIG. 2A is a side view of FIG. 2B as indicated by dashed-line X.

Refer to FIGS. 2C - 2D. In an example, embodiment according to the present invention, a QFN package 300 uses QFN tape as a die attach adhesive in lieu of a

WO 2008/114094

PCT/IB2007/050979

8

die pad 225. IC device 320 is mounted on the tape 325 to the lead frame 310 and encapsulated with a passivating envelope 305 of EMC. Wire bonds 330 connect the IC device 320 to pad landings 315. Pad landings 315 provide electrical connection of the packaged device 300 to a printed circuit board substrate when soldered thereto. The EMC 305 is mechanically anchored to the lead frame 315 via recesses 340 defined in the lead frame 310. FIG. 2C is a side view of FIG. 2D as indicated by dashed-line Y.

After an under side etch of the QFN package 300, EMC 305 may be removed. The die attach adhesive 325 is exposed. The remaining adhesive 325 serves to seal the IC device 320 within the package 300. The height of the assembled package is about 0.4mm.

In another example embodiment according to the present invention, the QFN tape may be replaced with wafer back laminate (WBL) material or glue. In yet another example embodiment, the lead frame 315 may be of multiple metal layers (e.g., three layers as in the TULIP platform). The overall thickness of this lead frame may be sufficiently thin to yield the about 0.4mm finished height. The lead frame may be prepared so that a thin bottom layer of lead frame serves as a die pad in addition to die attach adhesive. The advantages of a metal underside along with the thin profile of the die attach adhesive provides for a thinner device with a heat sink in the vicinity of the IC device underside.

In another example embodiment according to the present invention, the underside of the IC device 320 may be exposed and can provide cooling in lieu of the die pad 225 (that provides a heat sink) of the package of FIGS. 2A - 2B. In the afore-mentioned example, the heat sink component 225 has been eliminated as well as the die pad in the lead frame 215.

Refer to FIGS. 3A - 3G. In an example embodiment according to the present invention, a lead frame 100 having three layers 105, 110, and 115 may be used, as depicted in FIG. 3A. The first layer 105 and third layer 115 may be copper or a copper-rich alloy. In one example package, the second layer 110 may be nickel (Ni),

9

molybdenum (Mo), or titanium (Ti). In another example package, the second layer 110 may be aluminum or an aluminum-rich alloy.

In FIG. 3B, the process of *Kloen et al.* may be used to define a die cavity 110a and the configuration of the lead frame 100 and the location of lead frame recesses 135 which will provide additional anchoring strength to the molding compound used to encapsulate the lead frame 100. The configuration of the lead frame 100 includes the mapping out of the number of pads, location of power/ground, *etc.* to form mutually isolated connection conductors 145. Design techniques known in the art are used. The die pad 60 (as depicted in FIG. IB) is, however, is omitted. Two layers 105 and 110 may be etched to leave the third copper layer 115. The copper layer 115 remains to provide a die attach location 115a. Areas 135 that are ultimate location of recesses are defined, as well. As shown in FIG. 3C, with a selective etch, the recesses 135 are formed such that the aluminum second layer 110 forms an indentation with respect to the copper first layer 105 and third layer 115. In FIG. 3D, IC device 125 is attached with an adhesive layer 120 is applied to the die attach location 115a. In FIG. 3E, wire bonds 130 connect the IC device 125 (at bond pads 125a) to defined locations on the lead frame 100. The wire bonded IC device is encapsulated in a molding compound 140 as shown in FIG. 3F. The molding compound 140 has sealed the IC device 125 to the lead frame 100. In addition to the molding compound's adhesive strength, the molding compound 140 has additional anchoring at the recesses 135. Refer to 3G. The third copper layer 115 is etched away, exposing the WBL layer 120 or the die attach glue layer 120. Contacts 115b couple the mutually isolated connection conductors 145 of the lead frame 100 to corresponding wirebonded connections 130 of the IC device die 125.

Refer to FIG. 4. In an example embodiment according to the present invention, an IC device may be packaged. A lead frame suitable for a given application is selected 5. The IC die is attached lead frame to the lead frame with an adhesive 10. The adhesive may be a glue or sticky tape (e.g., QFN tape applied as a die carrier). After attaching the die, the adhesive is cured. The die is then wire bonded 15. The bonded die and lead frame assembly is encapsulated in a passivating envelope. In a particular example process, the assembly is tablet molded and post cured 20. Tablet molding (or

WO 2008/114094                                                                            PCT/IB2007/050979

10

map molding) is applied in QFN-type packages to encapsulate in one step, all IC devices in a strip.  The maps in the strip are encapsulated in the mold compound, later separate devices are sawn out of the map.  During post-cure, the strip is baked in an oven at about 150oC.  Often a weight is placed on the strip to enhance the curing of the mold compound and the flatness of the strip.   The encapsulated IC device undergoes a back etch 25.  The etch isolates the contact pads of the lead frame and exposes the underside of the IC die up to the die attach adhesive.  The IC devices undergo electrical test 30 in an "in-strip test."  The IC devices are separated and taped 35.  Defective devices are discarded.  The package IC device strip may be arranged, as in the example in an array 400 of FIG. 4.  The IC device 405 IC die 415 is covered by exposed die attach adhesive 415.  Lines A and B and C and D indicate where the IC device(s) 405 are separated from one-another in the array 400.

While the present invention has been described with reference to several particular example embodiments, those skilled in the art will recognize that many changes may be made thereto without departing from the spirit and scope of the present invention, which is set forth in the following claims.

WO 2008/114094                                                                                    PCT/IB2007/050979

11

Claims

1.    A semiconductor device comprising:

an underside layer having openings;

a carrier having a first side opposite a second side, wherein the first side includes a conductive layer having a predetermined pattern that defines a number of mutually isolated connection conductors, and wherein the second side is in contact with the underside layer and includes contact surfaces corresponding to the connection conductors for placement over a substrate, wherein the openings in the underside layer permit access to the connection conductors;

the carrier including a cavity defined between the first and second sides and exposing a region of the underside layer;

an integrated circuit (IC) device including a die area located in the cavity and attached to the exposed region of the underside layer, and further including bonding pads that are wire bonded to the connection conductors; and

a passivating envelope that encapsulates the IC device and extends as far as the carrier, wherein the passivating envelope is mechanically anchored into side faces in the connection conductors.

2.    The semiconductor device as recited in claim 1, wherein the side faces have recesses therein, the recesses providing attachment to the passivating envelope.

3. The semiconductor device as recited in claim 1, wherein in the conductive layer includes a first conductive layer, a second conductive layer and a third conductive layer,

WO 2008/114094                                                                                    PCT/IB2007/050979

12

the second conductive layer comprising a material that can be etched in an etchant that leaves the first conductive layer and the third conductive layer substantially intact.

4. The semiconductor device as recited in claim 3, wherein the third conductive layer is used as the underside layer.

5. The semiconductor device as recited in claim 4, wherein the IC device is attached to the exposed region of the underside layer with one of the following: wafer backside laminate (WBL), glue, and QFN tape.

6. The semiconductor device as recited in claim 5, wherein the third conductive layer used as the underside layer is patterned, defining:

an area in the exposed region corresponding to the die area of the IC device; and

the contact surfaces corresponding to the connection conductors for placement over a substrate.

7. A semiconductor device comprising:

an underside layer having openings;

a carrier having a first side opposite a second side, wherein the first side includes a conductive layer having a predetermined pattern that defines a number of mutually isolated connection conductors, and wherein the second side is in contact with the underside layer and includes contact surfaces corresponding to the connection conductors for placement over a substrate, wherein the openings in the underside layer

WO 2008/114094

PCT/IB2007/050979

13

permit access to the connection conductors, and wherein the underside layer is an adhesive material,

the carrier including a cavity defined between the first and second sides and exposing a region of the underside layer;

an integrated circuit (IC) device including a die area located in the cavity and attached to the exposed region of the underside layer, and further including bonding pads that are wire bonded to the connection conductors; and

a passivating envelope that encapsulates the IC device and extends as far as the carrier, wherein the passivating envelope is mechanically anchored into side faces in the connection conductors, wherein the side faces having recesses providing attachment to the passivating envelope.

8. The semiconductor device of claim 7, wherein the adhesive material is selected from one of the following:  wafer backside laminate (WBL), glue, QFN tape.

9. A semiconductor package comprising:

a lead frame with a first and a second side situated opposite to each other, the lead frame having a first conductive layer on the first side, the first conductive layer is patterned in a predetermined pattern, thereby defining a number of mutually isolated connection conductors, wherein on the second side, contact surfaces are defined in the connection conductors for placement on a substrate;

an underside layer in contact with the second side, the underside layer having openings defined therein, the openings permitting access to the connection conductors;

WO 2008/114094                                                                                    PCT/IB2007/050979

14

a cavity defined in the lead frame, the cavity having an area and depth sufficient to accommodate an IC device, the depth of the cavity being a distance between the first side and second side of the carrier, and the cavity exposing a region of the underside layer, the IC device being attached to the exposed region of the underside layer, the connection conductors having pad lands for electrically coupling the lead frame to bond pads on the IC device; and

a molding compound encapsulating the IC device, the molding compound extending as far as the lead frame, wherein the molding compound is mechanically anchored into side faces in the connection conductors, the side faces having recesses therein and wherein the exposed region of the underside layer is not covered with molding compound, and the exposed region of the underside layer provides a seal between the molding compound and the IC device.

10. The semiconductor package as recited in claim 7, wherein the underside layer is selected from the following:  wafer backside laminate (WBL), glue, and QFN tape.

11. A method for packaging an IC device, the method comprising:

attaching the IC device to a die attach region in a lead frame, the die attach region having adhesive deposited thereon and curing the adhesive;

wire bonding the IC device to the lead frame;

encapsulating the IC device and lead frame with a passivating envelope; and

etching the encapsulated IC device and exposing the adhesive underneath the IC device.

WO 2008/114094                                                                PCT/IB2007/050979

15

12. The method as recited in claim 11, further comprising,

in-strip testing (30) of the IC devices; and

separating and taping (35) packaged devices.

13. The method as recited in claim 10, wherein during etching of the encapsulated IC device, the adhesive underneath the IC device is removed completely.

WO 2008/114094                                                              PCT/IB2007/050979

1/6



## FIG. 1A
### PRIOR ART



## FIG. 1B
### PRIOR ART

WO 2008/114094                                                                                    PCT/IB2007/050979

2/6



FIG. 2A

FIG. 2B

FIG. 2C

FIG. 2D

WO 2008/114094                                                          PCT/IB2007/050979

3/6



FIG. 3A



FIG. 3B



FIG. 3C

WO 2008/114094                                                                PCT/IB2007/050979

4/6



FIG. 3D



FIG. 3E



FIG. 3F

FIG. 3G

5/6



FIG. 4

WO 2008/114094                                                                PCT/IB2007/050979

6/6



FIG. 5

## INTERNATIONAL SEARCH REPORT

| International applicaton No |
|---|
| PCT/IB2007/050979 |

**A. CLASSIFICATION QF SUBJECT MATTER**
INV.   H01L23/495     H01L21/48

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
**HOIL**

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and where practical, search terms used)

**EPO-Internal    , WPI  Data**

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category * | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No |
|---|---|---|
| X | US 6 238 952 B1 (LIN CHUN HUNG [TW]) 29 May 2001 (2001-05-29) abstract; figures 13-16 column 4, line 48 – line 52 column 6, line 37 – column 7, line 13 ----- | 1-13 |
| X | US 6 333 252 B1 (JUNG KYUJIN [KR] ET AL) 25 December 2001 (2001-12-25) abstract; figures 11-14 column 4, line 33 – column 5, line 7 ----- | 1-13 |
| X | US 2004/164387 A1 (IKENAGA CHIKAO [JP] ET AL) 26 August 2004 (2004-08-26) abstract; figures 1-6 paragraph [0031] – paragraph [0057] ----- | 1,11 |

-/--

[X] Further documents are listed in the continuation of Box C          [X] See patent family annex

*  Special categories ot αted documents

'A'  document defining the general state of the art which is not considered to be of particular relevance

¹E˙ earlier document but published on or after the international filing date

¹L" document which may throw doubts on pπoπty claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

¹O" document referring to an oral disclosure, use, exhibition or other means

'P'  document published prior to the international filing date but later than the priority date claimed

¹T' later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

¹X˙ document of particular relevance, the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

'Y'  document of particular relevance, the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such docu¬ ments, such combination being obvious to a person skilled in the art

"S"  document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 28 August 2007 | 04/09/2007 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P B 5818 Palentlaa π 2 NL - 2280 HV RI|SWI|k Tel (+31-70) 340-2040, Tx 31 651 epo nl, Fax (+31-70) 340-3016 | **Favre, Pierre** |

Form PCT/ISA/210 (second sheet) (April 2005)

## INTERNATIONAL SEARCH REPORT

| | International application No |
|---|---|
| | PCT/IB2007/050979 |

| C(Continuation). | DOCUMENTS CONSIDERED TO BE RELEVANT | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| A | JP 11 195742 A (MATSUSHITA ELECTRONICS CORP) 21 July 1999 (1999-07-21) abstract; figures 1-5 ----- | 1-3,7,9, 11 |
| A | US 2002/177254 A1 (CHOW WAI WONG [HK] ET AL) 28 November 2002 (2002-11-28) abstract; figure 1 paragraph [0028] - paragraph [0029] ----- | 1,7,9,11 |
| A | US 2003/178707 A1 (ABBOTT DONALD C [US]) 25 September 2003 (2003-09-25) abstract; figures 3B,4B ----- | 1-3,7,9, 11 |

Form PCT/ISA/210 (continuation of second sheet) (April 2005)

## INTERNATIONAL SEARCH REPORT

Information on patent family members

| | International application No |
|---|---|
| | PCT/IB2007/050979 |

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| US 6238952 | B1 | 29-05-2001 | US | 2001019854 A1 | 06-09-2001 |
| US 6333252 | B1 | 25-12-2001 | US | 2002024147 A1 | 28-02-2002 |
| US 2004164387 | A1 | 26-08-2004 | JP | 2004253674 A | 09-09-2004 |
| | | | KR | 20040075778 A | 30-08-2004 |
| | | | US | 2006145363 A1 | 06-07-2006 |
| JP 11195742 | A | 21-07-1999 | NONE | | |
| US 2002177254 | A1 | 28-11-2002 | NONE | | |
| US 2003178707 | A1 | 25-09-2003 | EP | 1351295 A2 | 08-10-2003 |
| | | | JP | 2003297995 A | 17-10-2003 |

Form PCT7ISA/210 (patβnl family annex) (April 2005)

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus  Antonius Elisabeth   van Gemert |
| **Filer:** | Peter Zawilski/Sheena Hicks |
| **Attorney Docket Number:** | 81626917US01 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 280 | 280 |
| Utility Search Fee | 1111 | 1 | 600 | 600 |
| Utility Examination Fee | 1311 | 1 | 720 | 720 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **1600** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 19483941 |
| **Application Number:** | 14322656 |
| **International Application Number:** | |
| **Confirmation Number:** | 4235 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Customer Number:** | 65913 |
| **Filer:** | Peter Zawilski/Sheena Hicks |
| **Filer Authorized By:** | Peter Zawilski |
| **Attorney Docket Number:** | 81626917US01 |
| **Receipt Date:** | 02-JUL-2014 |
| **Filing Date:** | |
| **Time Stamp:** | 17:55:50 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 1600 |
| RAM confirmation Number | 4669 |
| Deposit Account | 504019 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees) | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

Charge any Additional Fees required under 37 C.F.R. Section 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 81626917US01_Nonprovisional_ADS_joint_Signed.pdf | 1265514 <br> 85295a2a2e8154a2f8879d53fab0eb413296ba68 | no | 7 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 81626917US01_Final_2014_JUN_24.pdf | 139547 <br> 049c1cd0c5afb474a527f8d307bf73a9b75e3ec5 | yes | 17 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 13 |
| Claims | 14 | 16 |
| Abstract | 17 | 17 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | 81626917US01_Drawings_2014_JUN_24.pdf | 286329 <br> 0a94c7470b055718af97ab59a0d246fd74ba2dab | no | 6 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | Oath or Declaration filed | 81626917US01_Nonprovisional_Declartion_signed.pdf | 162480 <br> 48a4e80e3339ab5e295d4ca6f6a63b4ce88d1581 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Information Disclosure Statement (IDS) Form (SB08) | 81626917US01_NonProvisional_IDS_SB08-Signed.pdf | 683052 <br> a15b774da6eeec82abd1a86a20de437ae4ff91c0 | no | 4 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 6 | Foreign Reference | 81626973US01_Foreign_WO2008114094_A1.pdf | 216071 <br> 69d88730fb47efe7d962fbcffbac68936410b6a0 | no | 25 |

**Warnings:**

**Information:**

| 7 | Non Patent Literature | 81626973US01_NPL_NXPAN10365sr.pdf | 834921<br>11bbcb61469d9c0785e0bae69cbe52bf676b1f55 | no | 31 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 8 | Non Patent Literature | 81626973US01_NPL_Lim.pdf | 277366<br>60997cd1ac9111926cf9abd9dcb347a0837ff078 | no | 5 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 9 | Non Patent Literature | 81626973US01_NPL_Chia_sr.pdf | 535357<br>8bb21fbfa6fd143f4ff47cc47a18ff45b9f527b6 | no | 6 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 10 | Non Patent Literature | 81626973US01_NPL_Carsem.pdf | 725304<br>3f1a4334078d51817660b1e53eff6b27230c5b03 | no | 20 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 11 | Non Patent Literature | 81626973US01_NPL_Walsin.pdf | 2998408<br>865d160c4455ba5fcfe8916483ac3eb8fddf19d9 | no | 21 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 12 | Non Patent Literature | 81626973US01_NPL_NatelEngineering.pdf | 442334<br>92c87f190ec9232f5ce1e8efbb96c2472ece92b8 | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| 13 | Fee Worksheet (SB06) | fee-info.pdf | 33406<br>72481ae8ccb3b1a72d4c0b98cf5091e2332381ab | no | 2 |
|---|---|---|---|---|---|

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |

| | | | **Total Files Size (in bytes):** | 8600089 | |
|---|---|---|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 81626917US01 |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
| --- | --- |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor     1**                                                                         Remove
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| --- | --- | --- | --- | --- |
| | Leonardus | Antonius Elisabeth | van Gemert | |

**Residence Information (Select One)**  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Nijmegen | Country of Residence i | | NL |
| --- | --- | --- | --- | --- |

**Mailing Address of Inventor:**

| Address 1 | c/o NXP Semiconductors IP&L Dept. | | |
| --- | --- | --- | --- |
| Address 2 | 411 E. Plumeria Drive, MS41 | | |
| City | San Jose | State/Province | CA |
| Postal Code | 95134 | Country  i | US |

**Inventor     2**                                                                         Remove
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| --- | --- | --- | --- | --- |
| | Emil | Casey | Israel | |

**Residence Information (Select One)**  ○ US Residency   ● Non US Residency   ○ Active US Military Service

| City | Nijmegen | Country of Residence i | | NL |
| --- | --- | --- | --- | --- |

**Mailing Address of Inventor:**

| Address 1 | c/o NXP Semiconductors IP&L Dept. | | |
| --- | --- | --- | --- |
| Address 2 | 411 E. Plumeria Drive, MS41 | | |
| City | San Jose | State/Province | CA |
| Postal Code | 95134 | Country  i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.          Add

## Correspondence Information:

EFS Web 2.2.9

PTO/AIA/14 (11-13)
Approved for use through 04/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 81626917US01 |
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |

**Enter either Customer Number or complete the Correspondence Information section below.**
**For further information see 37 CFR 1.33(a).**

☐  **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 65913 | |
| Email Address | ip.department.us@nxp.com | Add Email    Remove Email |

## Application Information:

| Title of the Invention | EXPOSED DIE CLIP BOND POWER PACKAGE | | |
| Attorney Docket Number | 81626917US01 | **Small Entity Status Claimed** | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 6 | **Suggested Figure for Publication (if any)** | |

## Publication Information:

☐  Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐  **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
| Customer Number | 65913 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

EFS Web 2.2.9

PTO/AIA/14 (11-13)
Approved for use through 04/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 81626917US01 |
|---|---|---|
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
|---|---|

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX) [i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country [i] | Filing Date (YYYY-MM-DD) | Access Code [i] (if applicable) |
| | | | |

| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (11-13)
Approved for use through 04/30/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 81626917US01 |
|---|---|---|
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
|---|---|

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date of filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| **Applicant    1** | | Remove |
|---|---|---|

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ⦿ Assignee | ◯ Legal Representative under 35 U.S.C. 117 | ◯ Joint Inventor |
|---|---|---|
| ◯ Person to whom the inventor is obligated to assign. | ◯ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| Name of the Deceased or Legally Incapacitated Inventor : | |
|---|---|

If the Applicant is an Organization check here.    ☒

| Organization Name | NXP B.V. |
|---|---|

**Mailing Address Information:**

| **Address 1** | High Tech Campus 60 | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Eindhoven | **State/Province** | |
| **Country** i | NL | Postal Code | 5656 AG |
| Phone Number | +31 4027 43339 | Fax Number | +31 4027 42640 |

PTO/AIA/14 (11-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 81626917US01 |
|---|---|---|
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
|---|---|

| Email Address | ip.department.us@nxp.com |
|---|---|

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here.    ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country  i** | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    Add

## Signature:    Remove

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications

| **Signature** | /Peter Zawilski/ | | | Date  (YYYY-MM-DD) | 2014-07-01 |
|---|---|---|---|---|---|
| First Name | Peter | Last Name | Zawilski | Registration Number | 43305 |

Additional Signature may be generated within this form by selecting the Add button.    Add

PTO/AIA/14 (11-13)
Approved for use through 04/30/2014/ OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 81626917US01 |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
| --- | --- |

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**EXPOSED DIE CLIP BOND POWER PACKAGE**

FIELD

[0001] This disclosure relates to integrated circuit (IC) packaging. More particularly, this disclosure relates packaging with a reduced vertical profile and an exposed underside surface providing enhanced thermal performance.

BACKGROUND

[0002] The electronics industry continues to rely upon advances in semiconductor technologies to realize higher-function devices in more compact areas. For many applications realizing higher-functioning devices requires integrating a large number of electronic devices into a single silicon wafer. As the number of electronic devices per given area of the silicon wafer increases, the manufacturing process becomes more difficult.

[0003] Many varieties of semiconductor devices have been manufactured having various applications in numerous disciplines. Such silicon-based semiconductor devices often include metal-oxide-semiconductor field-effect transistors (MOSFET), such as p-channel MOS (PMOS), n-channel MOS (NMOS) and complementary MOS (CMOS) transistors, bipolar transistors, BiCMOS transistors. Such MOSFET devices include an insulating material between a conductive gate and silicon-like substrate; therefore, these devices are generally referred to as IGFETs (insulated-gate FET).

[0004] Having manufactured a number of electronic devices on a wafer substrate, a particular challenge is to package these devices for their given purpose. As the complexity of portable systems increases, there is a commensurate need to reduce the size of the individual components which make up the system; the system often is laid out on a printed circuit substrate. One way to reduce the size of individual

Patent Reference No.: 81626917US01

components is through techniques that reduce the size of packages which contain these devices. There is a need for packaging which reduces the amount of printed circuit substrate space consumed. Further, in reducing amount of consumed space, the power-handling capabilities of the package/device assembly must also be enhanced.

SUMMARY

[0005] The present disclosure addresses the challenge of making a semiconductor power package with minimal $R_{DSon}$ with enhanced thermal performance. This is obtained by having the backside of the die exposed in the package. The die backside has a solderable coating. In this way minimal thermal resistance is achieved between the die junction and the printed circuit board to which the packaged device is attached. The Low $R_{DSon}$ is achieved using a clip bond process to attach leads in direct die contact. Optional multiple wire bonds may be added, as well, for signal pathways not involved with the low $R_{DSon}$ requirement.

[0006] In an example embodiment, there is a method for packaging an integrated circuit (IC). The method comprises mounting a plurality of active device die, into predetermined positions, onto a temporary carrier. Each said active device die has bond pads; each of said active device die has a solderable conductive surface on its underside; and each of said device has been subjected to back-grinding to a prescribed thickness. Into predetermined positions, onto a temporary carrier, the plurality of active device die are mounted. A solder paste is dispensed onto the bond pads on the plurality active device die. A lead frame is attached to the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the carrier tape. There is a reflowing of the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

Patent Reference No.: 81626917US01

[0007]    In another example embodiment, there is a method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface. The method comprises back- grinding the under-side surface of the wafer substrate to a prescribed thickness; applying a solderable conductive surface to the under-side surface of the wafer substrate. The plurality of active device die are separated out from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die and the plurality of active device die are mounted into predetermined positions onto a temporary carrier. A solder paste is dispensed onto the bond pads on the plurality active device die. Individual lead frame portions are attached to the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the carrier tape. A reflowing of the solder is performed so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

[0008] In yet another example embodiment, an integrated circuit (IC) device comprises a device die having a top-side surface and an under-side surface, the top-side surface having bond pads connected to active circuit elements, the under-side surface having a solderable conductive surface. A first set of lead frame clips, having upper portions and lower portions, are solder-anchored on the upper portions, to a first set of bond pads, and the lower portions are about co-planar with the conductive surface. Wires are bonded to an additional set of bond pads opposite the first set of bond pads and to lower lead frame portions of a second set of lead frame clips opposite the first set of lead frame clips; the lower lead frame portions of the second set of lead frame clips are flush with the conductive surface. The IC device is encapsulated in a molding compound leaving the solderable conductive

surface and underside surfaces of the first and second sets of the lead frame portions exposed.

[0009] The above summaries of the present invention are not intended to represent each disclosed embodiment, or every aspect, of the present invention. Other aspects and example embodiments are provided in the figures and the detailed description that follow.

BRIEF DESCRIPTION OF THE DRAWINGS

[0010] The invention may be more completely understood in consideration of the following detailed description of various embodiments of the invention in connection with the accompanying drawings, in which:

[0011] FIGS. 1A-1G are side-views of device die assembled according to an embodiment of the present disclosure;

[0012] FIGS. 2A-2G are top-views of the corresponding FIGS. 1A-1G; and

[0013] FIGS. 3A-3B are side-views of a package singulated by sawing;

[0014] FIGS. 4A-4B are side-views of packaged devices singulated by punching;

[0015] FIG. 5 is a flow diagram of an example process according to the disclosure; and

[0016] FIGS. 6A-6J depict side-views of device die assembled according to another embodiment of the present disclosure.

[0017] While the invention is amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiments described. On the contrary,

Patent Reference No.: 81626917US01

4/17

the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

DETAILED DESCRIPTION

[0018] The present disclosure has been found useful in reducing in a FET device, in the "On" state, the drain/source electrical resistance (i.e., $R_{DSon}$).  It is desirable that the $R_{DSon}$ be as low as possible so as to reduce the electrical power loss inside the package.  These devices may be expected to dissipate about 100mW to about 5W, or more. The degree of grinding and the back side metallization affect the $R_{DSon}$ of the finished device product.  In an example process the wafers are ground down to about 200 μm.  To further reduce the $R_{DSon}$, in another example process, the back grind thickness may be reduced down to 50 μm, after this process the back side metallization is applied.  This metallization is in the order of a few micro-meters, One or more metallization deposition techniques may be applied or even a combination of them (*e.g.,* an initial sputter layer which is increased in thickness by a plating process).

[0019] In this disclosure the die backside is coated on wafer level with a solderable back side metal (NiAu, Cu, NiAg, *etc.*)   Any solderable finish can be used, as long as the solderabilty is not deteriorated by the processing conditions and allows storage for a sufficient period between package assembly and customer use.  It is worth noting that before the solderable coating is applied to the underside surface of of the back-ground wafer, as a first layer, an adhesion layer of titanium (Ti), chromium (Cr), or other suitable material, is often applied.  For example, a complete metal stack may include TiNiAg, CrNiAg, TiNiAu, CrNiAu, *etc*.  Often the solderable coating is expressed in terms of the last two or three layers or surfaces.

[0020] In another example process, a heavily doped poly-silicon may be used in addition to a metallization to enhance conductivity and reduce $R_{DSon}$.  However, the

Patent Reference No.:  81626917US01

process would have to be compatible and not interfere with the operation of the finished device. After the metallization, the wafer is separated into individual dies; the dies are placed on a temporarily carrier (tape) in an array (e,g, a matrix) format with fixed pitch in X and Y direction.

[0021] Next a solder paste is applied on the low-ohmic required bond pad contacts (*e.g.*, by screen printing or dispensing). Next a pre-formed lead frame is fixed to the carrier. In an example process, the pre-formed lead frame will exert some force on the solder paste and device. However, there should be sufficient space between the pre-formed lead frame and solder paste so as to minimize the contact resistance between the lead frame and flowed solder. The preforming is such that the part of the lead frame which forms the lead is attached on the carrier and the upward bent part of the lead frame is contacting the solder paste. After reflow the contact between die and lead frame is made. Optional additional wire bonds can be made. Molding is then done covering the total lead frame. In an alternative embodiment, single devices are individually encapsulated so that leads remain free from molding compound. After the molding process the devices can be marked and singulated as individual products by sawing or by punch singulation.

[0022] Refer to FIGS. 1A-1G and FIGS. 2A-2G. FIGS. 1A-1G illustrate in a cross-section side view X-X' of the corresponding FIGS. 2A-2G which are a top view perspective. A carrier tape 120 is mounted into a carrier ring apparatus 110. At predetermined device die locations 165, an array of device die 130 are bonded onto the carrier tape 120. For example, as a two-sided adhesive carrier tape, REVALPHA® tape may be used. REVALPHA is the trademark of the brand of thermal release sheet material for electronic component processing manufactured by Nitto Denko Corporation, Osaka, Japan. At room temperature, the tape adheres securely. With application of heat the tape loses its adhesion. Depending upon a particular process the tape may be selected to release at $90^{\circ}$C, $120^{\circ}$C, $150^{\circ}$C or $170^{\circ}$C.

Patent Reference No.: 81626917US01

[0023] The undersides of device die 130 have been prepared with a solderable conductive coating 135. In example processes, carrier ring frame sizes may be 50mm x 200mm or 80mm x 300mm.

[0024] In an example embodiment, the carrier tape 120 actually also could be mounted on a flat plate supporting the total materials rather than a ring . This supporting plate or ring can be reused in the process so this is to be seen as tooling and not as consumable material. The number of fabricated devices can range from several hundred  to even several thousand pieces. Package sizes may range from few millimeters to down to about 0.5mm x 1mm.

[0025] On selected device die pads 140, with a screen printing process, a solder paste 145 is dispensed (in this example, device die pad 140a). A lead frame 150 has an array of lead frame clips 155 which correspond to the device die positions 175. The lead frame 150 is mounted onto the carrier tape 120 so that a first lead frame portion 155a (of lead frame clip 155) at the device die position 175 contacts the bond pad 140a, now prepared with a solder paste 145 (of the device die 130); the second lead frame portion 155b of at device die position 175 adheres to the carrier tape 120.  The lead frame device die position 155 has a first bend 165a and a second bend 165b. A solder reflow process mechanically and electrically attaches the first portion (with the solder paste 145) of first portion of 155a the device die position 155 of lead frame 150 to the device die pad 140a. The array of device positions 155 are solder-reflow attached for the entire lead frame 150. An individual device view 200 of FIG. 1D shows, in more detail, the assembly.  Note that a second lead frame portion at device position 155b' is part of an additional lead frame device position 155' (as shown by the dashed lines).

[0026] Information on solder paste printing and reflow soldering may be found in the publication, "SMT Notes for CHIP-R and MLCC" of Walsin Technology Corporation, Tao Yuan, Taiwan, pp. 21. Additional information may be found in the publication, "Comprehensive User's Guide:  MLP Micro Leadframe Package,"

Patent Reference No.:  81626917US01

April 2002.  Carsem, Inc.  pp. 19.  Also further information on surface mounting and solder reflow may be found in Application Note, AN10365 Rev. 6, 20 July 2012, "Surface Mount Reflow Soldering," of NXP Semiconductors, pp. 31.

[0027]  In another example embodiment, additional bond pads 140b on device die 130 may have wire bonds 160 connected to a second lead frame portion of the device die position 155b' of the lead frame 150'.  Refer to device view 250 of FIG. 1E.

[0028]  After the lead frame 150 connections and wire bonds 160, if done, have been defined for the array of device die positions, the device die 130 and lead frame 150 are encapsulated in a molding compound 170.  Encapsulation may be accomplished with a map molding process in which the entire lead frame/device die array is entirely encapsulated in molding compound or encapsulation may be of individual device die 130 with a mold 170' consisting of separate device locations 5.  Refer to FIGS. 1F-1G and FIGS. 2F-2G.

[0029]  Refer to FIGS. 3A-3B depict packaged devices which have been separated by wafer sawing with a blade 10.  Those devices encapsulated with a map molding process would be sawn apart at their predetermined package boundaries.  In the instant disclosure, the sawing or cleaving apart of the device would be in the vicinity mid-way from the edge of the second lead frame portion 155b and the second bend 165b.

[0030]  Refer to FIG. 3B.  The finished IC device 300 has a device die 330 in a molding compound 370.  One or more lead frame clips 365 through a solder/bond pad connections 340 electrically connect the device die 330 whose underside has solderable  conductive material (back metal) 335 applied thereto.  The lead frame clip 355 has an upper portion 355a and a lower first portion 355b; the lead frame clip 355 has an upper bend 365a and a lower bend 365b.  Device 330 has additional bond pads 340b to which wires 360 are bonded.  The bond wires 360 are bonded to the additional bond pad 340b and to a lower second portion 355b' of an additional

set of lead frame clips (not illustrated) which had been cut during singulation.  The undersides of the lower first portions 355b and second lower portions 355b' and the underside side of the device die 330, which has been coated with a solderable conductive material 335, are co-planar with one another.  The finished IC device 300 has its device die 330 underside 335 and the lower first portion 355b and the lower second portion 355b' soldered to corresponding contact regions 320a, 320b, and 320c, on printed circuit board 310.

[0031]   FIGS. 4A-4B depict packaged devices which had been separated by punch singulation 5.  Punch singulation is appropriate for those devices encapsulated as individual device die during the molding process.  After encapsulation, an apparatus having a plurality of cutting blades would cleave apart the packaged devices at predetermined package boundaries, as done with the saw cut of FIG. 3A-3B, in the vicinity mid-way from the edge of the second lead frame portion 455b and the second bend 465b.  An example technique for punch singulation may be found in U.S. Patent Publication 2012/0184086 A1 (published July 19, 2012) titled, "Punch Singulation System and Method," of Hae Choon Yang *et al*,  and is incorporated by reference in its entirety.

[0032]  As with the packaged device of FIG. 3B, the finished IC device 400 has a device die 430 in a molding compound 470 (See FIG. 4B).  One or more lead frame clips 455 through a solder/bond pad connections 440 electrically connect the device die 430 whose underside has solderable conductive material 435 applied thereto. The lead frame clip 455 has an upper portion 455a and a lower first portion 455b; the lead frame clip 455 has an upper bend 465a and a lower bend 465b.  Device 430 has additional bond pads 440b to which wires 460 are bonded.  The bond wires 460 are bonded to a lower second portion 455b' of a second set of lead frame clips (not illustrated) which had been cut during singulation.  The undersides of the lower first portions 455b and second lower portions 455b' and the underside side of the device die 430, which has been coated with a solderable conductive material 435, are co-planar with one another.  The finished IC device 400 has its device die 430

underside and the lower first portion 455b and the lower second portion 455b' soldered to corresponding contact regions 420a, 420b, and 420c, on printed circuit board 410.

[0033] In an example embodiment according to the present disclosure, an assembly process is shown. Refer. To FIG. 5. In a metal ring apparatus or other suitable carrier, carrier tape is mounted and stretched 510. Device die are bonded to the tape 515. These device die (at the wafer level) have had a solderable surface applied to the underside. At predetermined pad landings on the device die, a solder paste is applied 520. The predetermined bond pads upon which solder paste is applied through a screen process. The lead frame is mounted onto the tape and is positioned so that it is contacting those bond pads upon which solder paste has been applied 525. A reflow process melts the solder and at the bond pads, mechanically and electrically attaches the lead frame with the device die 530. If required, an additional cleaning may be performed. Refer back to FIG. 1E. An additional feature of wire bonding additional bond pads may be implemented 535. In an example package, the wire bond 160 may be attached from additional bond pads 140b to the surface of an adjacent second lead frame portion 155b'. Having completed the lead frame attach and wire bonding, the device die are encapsulated in a molding compound 540. In an example process, some molding compounds, may include, but not necessarily limited to, those manufactured by Sumitomo (*e.g.*: x84194) and Hitachi (*e.g.*: cel 400 ZHF 40 53 C), *etc*. After molding is completed, the carrier tape is removed 545, individual devices may be laser marked for identification purposes. In another example process, removal of the tape occur later in the process; the same tape might even be used for the saw singulation process. Depending upon the molding process, the devices may be singulated either by sawing with a diamond saw of a suitable kerf or cleaved apart via a punch apparatus 550. Burrs or rough edges on the individual encapsulated devices may be removed by suitable processes. These finished devices are electrically tested (as required), packed and shipped to the end user 555.

[0034]  In another example embodiment, there may be a concern about material consumption in the discarding of scrap pieces of lead frame material after the device die are assembled.  After placement of the device die 130 onto the carrier tape 120, the components of the lead frame 150 may be individual lead frame portions 155 placed on the carrier tape 120 and the upper portion 155a of the lead frame portion 150 contacts pre-determined bond pad landings 140 on device die 130, so as to establish an electrical connection.  An example of this technique of using individual lead frame portions may be found in US Patent Application Publication (US2011/0198738 A1 published August 18, 2011) of Peter Wilhelmus Maria Van De Water *et al*, titled, "Method for Manufacturing a Microelectronic Package Comprising at Least One Microelectronic Device," and is incorporated by reference in its entirety.

[0035]  In another example embodiment FIGS. 6A-6J depict the assembly 600 of device die, as has been shown in reference to FIGS. 1A-1G.  However, a temporary support plate 610 has been included to provide a precision surface upon which carrier tape 620 is applied.  Device die 630, having a solderable underside coating 635, are laid on the support plate-backed carrier tape 620 based on carrier capacity, die size, number of pins to bond or attach to clips, *etc*.  Solder paste is applied to die pads 640.  The lead frame clips 650 are positioned over the die bond pads 640a and attached to the carrier tape 620.  With solder reflow, the lead frame portions are electrically connected and mechanically anchored to the device die bond pads 640a.  As required, for other device die bond pads 640b, bond wires 660 are attached.  The assembly 600 undergoes encapsulation 670.

[0036]  As with the afore-mentioned embodiment, the assembly may undergo map molding (FIGS. 6F-6G) and be sawed apart with a blade 90 between devices and their separate the lead frame portions, resulting in individual devices 680.

[0037]  In an alternative process, the devices may be individually encapsulated (FIG. 6H-6J).  The carrier plate 610 is removed.  After removal of the carrier plate

610, the strip is fed into a punch/singulation tool where punch tool 95 and anvil 615, with slots 97, cleave apart the device die.  As shown in FIG. 6I, individual devices 685 have been separated by the punching/cleaving process.

[0038] Depending upon the production process, there is a tradeoff in terms of saving materials v. throughput.  Individual clip placement provides for material savings and accuracy (i.e., each clip targets a particular die, as it is placed thereon).  Using a grid of clips saves time and increases throughput, however the placement accuracy is of tighter tolerances.  In an example process, a combination of both techniques provides a reasonable compromise between material consumption and throughput, and placement accuracy.  Lead frame strips of clips about 50mm in width may be placed upon the arrayed device die.

[0039] Various exemplary embodiments are described in reference to specific illustrative examples. The illustrative examples are selected to assist a person of ordinary skill in the art to form a clear understanding of, and to practice the various embodiments. However, the scope of systems, structures and devices that may be constructed to have one or more of the embodiments, and the scope of methods that may be implemented according to one or more of the embodiments, are in no way confined to the specific illustrative examples that have been presented. On the contrary, as will be readily recognized by persons of ordinary skill in the relevant arts based on this description, many other configurations, arrangements, and methods according to the various embodiments may be implemented.

[0040] To the extent positional designations such as top, bottom, upper, lower have been used in describing this disclosure, it will be appreciated that those designations are given with reference to the corresponding drawings, and that if the orientation of the device changes during manufacturing or operation, other positional relationships may apply instead.  As described above, those positional relationships are described for clarity, not limitation.

Patent Reference No.:  81626917US01

[0041] The present disclosure has been described with respect to particular embodiments and with reference to certain drawings, but the invention is not limited thereto, but rather, is set forth only by the claims. The drawings described are only schematic and are non-limiting. In the drawings, for illustrative purposes, the size of various elements may be exaggerated and not drawn to a particular scale. It is intended that this disclosure encompasses inconsequential variations in the relevant tolerances and properties of components and modes of operation thereof. Imperfect practice of the invention is intended to be covered.

[0042] Where the term "comprising" is used in the present description and claims, it does not exclude other elements or steps. Where an indefinite or definite article is used when referring to a singular noun, e.g. "a" "an" or "the", this includes a plural of that noun unless something otherwise is specifically stated. Hence, the term "comprising" should not be interpreted as being restricted to the items listed thereafter; it does not exclude other elements or steps, and so the scope of the expression "a device comprising items A and B" should not be limited to devices consisting only of components A and B. This expression signifies that, with respect to the present disclosure, the only relevant components of the device are A and B.

[0043] Numerous other embodiments of the disclosure will be apparent to persons skilled in the art without departing from the spirit and scope of the disclosure as defined in the appended claims.

Patent Reference No.: 81626917US01

CLAIMS

1. A method for packaging an integrated circuit (IC) device, the method comprising:

mounting a plurality of active device die, into predetermined positions, onto a temporary carrier, each said active device die having bond pads, each of said active device die having a solderable conductive surface on its underside; and having been subjected to back-grinding to a prescribed thickness ;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching a lead frame to the carrier tape, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the carrier tape; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

2. The method as recited in claim 1, wherein the lead frame is comprised of two or more lead frame strips of clips.

3. The method as recited in claim 1, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower lead frame portions adjacent to the additional bond pads.

4. The method as recited in claim 1, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

Patent Reference No.:  81626917US01

14/17

5. The method as recited in claim 1, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

6. The method as recited in claim 1, wherein the solderable conductive surface includes: NiAu, Ni, Cu, Au, NiPdAu, AuSn, NiSn, CuSn, Ag, AgSn or alloys thereof.

7. A method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface, the method comprising:

backgrinding the under-side surface of the wafer substrate to a prescribed thickness;

applying a solderable conductive surface to the under-side surface of the wafer substrate;

separating out the plurality active device die from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die;

mounting the plurality of active device die, into predetermined positions, onto a temporary carrier;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching individual lead frame portions to the carrier tape and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the carrier tape; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

8. The method as recited in claim 7, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

9. The method as recited in claim 8, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower individual lead frame portions adjacent to the additional bond pads.

10. The method as recited in claim 8, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

11. An integrated circuit (IC) device comprising:

a device die having a top-side surface and an under-side surface, the top-side surface having bond pads connected to active circuit elements, the under-side surface having a solderable conductive surface;

a first set of lead frame clips having upper portions and lower portions, solder-anchored, on the upper portions, to a first set of bond pads, and the lower portions co-planar with the solderable conductive surface;

wires bonded to an additional set of bond pads opposite the first set of bond pads and to lower lead frame portions of a second set of lead frame clips opposite the first set of lead frame clips, the lower lead frame portions of the second set of lead frame clips being about co-planar with the solderable conductive surface; and

wherein the IC device is encapsulated in a molding compound leaving the conductive surface and underside surfaces of the first and second sets of the lead frame portions exposed.

Patent Reference No.: 81626917US01

# ABSTRACT

In an example embodiment, an integrated circuit (IC) comprises a device die having a top-side surface and an under-side surface, the top-side surface having bond pads connected to active circuit elements, the under-side surface having a conductive surface. A first set of lead frame clips having upper portions and lower portions, are solder-anchored, on the upper portions, to a first set of bond pads; the lower portions are flush with the conductive surface. Wires are bonded to an additional set of bond pads opposite the first set of bond pads and to lower lead frame portions of a second set of lead frame clips opposite the first set of lead frame clips; the lower lead frame portions of the second set of lead frame clips are flush with the conductive surface. The device is encapsulated in a molding compound leaving exposed the conductive surface and underside surfaces of the first and second sets of the lead frame portions.

Patent Reference No.: 81626917US01

81626917US01                              1/6



FIG. 1A

FIG. 2A

FIG. 1B

FIG. 2B

FIG. 1C

FIG. 2C

FIG. 1D

FIG. 2D

81626917US01    2/6



FIG. 1E

FIG. 2E

FIG. 1F

FIG. 2F

FIG. 1G

FIG. 2G

81626917US01                                          3/6



FIG. 3A



FIG. 3B



FIG. 4A



FIG. 4B

81626917US01                          4/6



500

FIG. 5

81626917US01                                    5/6



FIG. 6A

FIG. 6B

FIG. 6C

FIG. 6D

FIG. 6E

FIG. 6F

FIG. 6G

81626917US01                                    6/6

600



## FIG. 6H



## FIG. 6I



## FIG. 6J

Attorney Docket No.: 81626917US01

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | EXPOSED DIE CLIP BONDED POWER PACKAGE |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☒ The attached application, or

☐ United States application or PCT international application number _____

filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Leonardus Antonius Elisabeth van Gemert        Date (Optional): 27 - 6 - 2014

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2

Attorney Docket No.: 81626917US01

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | EXPOSED DIE CLIP BOND POWER PACKAGE |
| --- | --- |

As the below named inventor, I hereby declare that:

This declaration is directed to:   [■]   The attached application, or

[ ]   United States application or PCT international application number _____

filed on _____

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft.  Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application.  If this type of personal information is included in documents submitted to the  USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them  to the USPTO.  Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent.  Furthermore, the record from an abandoned application may also be available to the public if the  application is referenced in a published application or an issued patent (see 37 CFR 1.14).  Checks and credit card  authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not  publicly available.

LEGAL NAME OF INVENTOR

Inventor: Emil Casey Israel                                 Date (Optional) : 27 June 2014

Signature: _Emil Casey Israel_

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed.  Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

DocCode - SCORE

# SCORE Placeholder Sheet for IFW Content

Application Number: 14322656             Document Date: 07/02/2014

The presence of this form in the IFW record indicates that the following document type was received in electronic format on the date identified above. This content is stored in the SCORE database.

- Drawings – Other than Black and White Line Drawings

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded in PALM, and no paper documents or physical media exist. The TIFF images in the IFW record were created from the original documents that are stored in SCORE.

To access the documents in the SCORE database, refer to instructions below.

At the time of document entry (noted above):
- Examiners may access SCORE content via the eDAN interface.
- Other USPTO employees can bookmark the current SCORE URL (http://Score.uspto.gov/ScoreAccessWeb/).
- External customers may access SCORE content via the Public and Private PAIR interfaces.

Form Revision Date: September 30, 2013

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | | | Application or Docket Number<br>14/322,656 | | | |
|---|---|---|---|---|---|---|

### APPLICATION AS FILED - PART I

| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | 11 minus 20 = | * | | | OR | x 80 = | 0.00 |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | 3 minus 3 = | * | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1600 |

### APPLICATION AS AMENDED - PART II

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT A | | | | | | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL<br>ADD'L FEE | | OR | TOTAL<br>ADD'L FEE | |

| | | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | OR | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT B | Total<br>(37 CFR 1.16(i)) | * | Minus | ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus | *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | OR | | |
| | | | | | | TOTAL<br>ADD'L FEE | | OR | TOTAL<br>ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | 2812 | 1600 | 81626917US01 | 11 | 3 |

**CONFIRMATION NO. 4235**

65913
Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

**FILING RECEIPT**

*OC000000069635019*

Date Mailed: 07/18/2014

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Leonardus Antonius Elisabeth van Gemert, Nijmegen, NETHERLANDS;
Emil Casey Israel, Nijmegen, NETHERLANDS;

**Applicant(s)**

NXP B.V., Eindhoven, NETHERLANDS

**Power of Attorney:** None

**Domestic Applications for which benefit is claimed - None.**
*A proper domestic benefit claim must be provided in an Application Data Sheet in order to constitute a claim for domestic benefit. See 37 CFR 1.76 and 1.78.*

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 07/16/2014
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/322,656**
**Projected Publication Date:** 01/07/2016
**Non-Publication Request:** No
**Early Publication Request:** No

**Title**

        EXPOSED DIE CLIP BOND POWER PACKAGE

**Preliminary Class**

        438

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

# PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

### GRANTED

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

### NOT GRANTED

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

65913        7590        08/06/2015
Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

| EXAMINER |
|---|
| PETERSON, ERIK T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2822 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/06/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ip.department.us@nxp.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 14/322,656 | VAN GEMERT ET AL. |
| | **Examiner** | **Art Unit** | **AIA (First Inventor to File) Status** |
| | Erik T.K. Peterson | 2822 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *2* MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on *7/2/2014*.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL**.          2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) *1-11* is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☐ Claim(s) _____ is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☒ Claim(s) *1-11* are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a)☐ All    b)☐ Some**  c)☐ None of the:
   1.☐ Certified copies of the priority documents have been received.
   2.☐ Certified copies of the priority documents have been received in Application No. _____.
   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.
4)☐ Other: _____.

Application/Control Number: 14/322,656 Page 2

Art Unit: 2822

**DETAILED ACTION**

***Election/Restrictions***

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I. Claims 1-10, drawn to a packaging method, classified in H01L21/48.

II. Claim 11, drawn to a IC device classified in H01L23/49.

The inventions are distinct, each from the other because of the following reasons:

Inventions I and II are related as process of making and product made.  The inventions are distinct if either or both of the following can be shown: (1) that the process as claimed can be used to make another and materially different product or (2) that the product as claimed can be made by another and materially different process (MPEP § 806.05(f)).  In the instant case the product of claim 11 does not require the method of claim 1 regarding the dispensing of solder paste or attachment to a carrier tape or reflowing the solder.  Nor does this product require the method of claim 7 requiring back grinding, dispensing solder paste, attachment to a carrier tape, or reflowing the solder.

Restriction for examination purposes as indicated is proper because all these inventions listed in this action are independent or distinct for the reasons given above <u>and</u> there would be a serious search and/or examination burden if restriction were not required because one or more of the following reasons apply:

(a) the inventions have acquired a separate status in the art in view of their different classification;

(b) the inventions have acquired a separate status in the art due to their recognized divergent subject matter;

(c) the inventions require a different field of search (for example, searching different classes/subclasses or electronic resources, or employing different search queries);

(d) the prior art applicable to one invention would not likely be applicable to another invention;

Application/Control Number: 14/322,656                                                Page 3

Art Unit: 2822

**Applicant is advised that the reply to this requirement to be complete <u>must</u> include (i) an election of an invention to be examined** even though the requirement may be traversed (37 CFR 1.143) **and (ii) identification of the claims encompassing the elected invention**.

The election of an invention may be made with or without traverse. To reserve a right to petition, the election must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in the restriction requirement, the election shall be treated as an election without traverse. Traversal must be presented at the time of election in order to be considered timely. Failure to timely traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added after the election, applicant must indicate which of these claims are readable upon the elected invention.

Should applicant traverse on the ground that the inventions are not patentably distinct, applicant should submit evidence or identify such evidence now of record showing the inventions to be obvious variants or clearly admit on the record that this is the case. In either instance, if the examiner finds one of the inventions unpatentable over the prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C. 103(a) of the other invention.


This application contains claims directed to the following patentably distinct species:

Species I:       Shown in Figs. 1A-1G and discussed in para. [0006].

Species II:      Shown in Figs. 6A-6J and discussed in para. [0007].

The species are independent or distinct because these relate to different methods for packaging, one method using a temporary support plate while the other method does not. In addition, these species are not obvious variants of each other based on the current record.

Applicant is required under 35 U.S.C. 121 to elect a single disclosed species, or a single grouping of patentably indistinct species, for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable. Currently, no claim appears to be generic.

There is a search and/or examination burden for the patentably distinct species as set forth above because at least the following reason(s) apply:

Application/Control Number: 14/322,656                                               Page 4

Art Unit: 2822

(a) the inventions require a different field of search (for example, searching different

classes/subclasses or electronic resources, or employing different search queries);

(b) the prior art applicable to one invention would not likely be applicable to another invention;

**Applicant is advised that the reply to this requirement to be complete must include (i) an**

**election of a species to be examined** even though the requirement may be traversed (37 CFR 1.143)

**and (ii) identification of the claims encompassing the elected species or grouping of patentably**

**indistinct species**, including any claims subsequently added. An argument that a claim is allowable or

that all claims are generic is considered nonresponsive unless accompanied by an election.

The election may be made with or without traverse. To preserve a right to petition, the election

must be made with traverse. If the reply does not distinctly and specifically point out supposed errors in

the election of species requirement, the election shall be treated as an election without traverse.

Traversal must be presented at the time of election in order to be considered timely. Failure to timely

traverse the requirement will result in the loss of right to petition under 37 CFR 1.144. If claims are added

after the election, applicant must indicate which of these claims are readable on the elected species or

grouping of patentably indistinct species.

Should applicant traverse on the ground that the species, or groupings of patentably indistinct

species from which election is required, are not patentably distinct, applicant should submit evidence or

identify such evidence now of record showing them to be obvious variants or clearly admit on the record

that this is the case. In either instance, if the examiner finds one of the species unpatentable over the

prior art, the evidence or admission may be used in a rejection under 35 U.S.C. 103 or pre-AIA 35 U.S.C.

103(a) of the other species.

Upon the allowance of a generic claim, applicant will be entitled to consideration of claims to

additional species which depend from or otherwise require all the limitations of an allowable generic claim

as provided by 37 CFR 1.141.

Applicant is reminded that upon the cancellation of claims to a non-elected invention, the

inventorship must be corrected in compliance with  37 CFR 1.48(a) if one or more of the currently named

inventors is no longer an inventor of at least one claim remaining in the application. A request to correct

Application/Control Number: 14/322,656                                                        Page 5

Art Unit: 2822

inventorship under 37 CFR 1.48(a) must be accompanied by an application data sheet in accordance with 37 CFR 1.76 that identifies each inventor by his or her legal name and by the processing fee required under 37 CFR 1.17(i).

The examiner has required restriction between product or apparatus claims and process claims. Where applicant elects claims directed to the product/apparatus, and all product/apparatus claims are subsequently found allowable, withdrawn process claims that include all the limitations of the allowable product/apparatus claims should be considered for rejoinder. All claims directed to a nonelected process invention must include all the limitations of an allowable product/apparatus claim for that process invention to be rejoined.

In the event of rejoinder, the requirement for restriction between the product/apparatus claims and the rejoined process claims will be withdrawn, and the rejoined process claims will be fully examined for patentability in accordance with 37 CFR 1.104. Thus, to be allowable, the rejoined claims must meet all criteria for patentability including the requirements of 35 U.S.C. 101, 102, 103 and 112. Until all claims to the elected product/apparatus are found allowable, an otherwise proper restriction requirement between product/apparatus claims and process claims may be maintained. Withdrawn process claims that are not commensurate in scope with an allowable product/apparatus claim will not be rejoined. See MPEP § 821.04. Additionally, in order for rejoinder to occur, applicant is advised that the process claims should be amended during prosecution to require the limitations of the product/apparatus claims. **Failure to do so may result in no rejoinder.** Further, note that the prohibition against double patenting rejections of 35 U.S.C. 121 does not apply where the restriction requirement is withdrawn by the examiner before the patent issues. See MPEP § 804.01.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Erik T.K. Peterson whose telephone number is (571)272-3997.  The examiner can normally be reached on Mon-Fri 9:00-5:30.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Brett Feeney can be reached on 571-270-5484.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 14/322,656                                                            Page 6

Art Unit: 2822

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system.  Status information for published applications may be obtained from

either Private PAIR or Public PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)

at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative

or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.

/Erik T.K. Peterson/
Examiner, Art Unit 2822

/MARY WILCZEWSKI/
Primary Examiner, Art Unit 2822

| | | |
|---|---|---|
| *Index of Claims* | **Application/Control No.**<br><br>14322656 | **Applicant(s)/Patent Under Reexamination**<br><br>VAN GEMERT ET AL. |
| | **Examiner**<br><br>ERIK T PETERSON | **Art Unit**<br><br>2822 |

| ✓ | **Rejected** | - | **Cancelled** | **N** | **Non-Elected** | **A** | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | **I** | **Interference** | **O** | **Objected** |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 07/28/2015 | | | | | | | | |
| | 1 | ÷ | | | | | | | | |
| | 2 | ÷ | | | | | | | | |
| | 3 | ÷ | | | | | | | | |
| | 4 | ÷ | | | | | | | | |
| | 5 | ÷ | | | | | | | | |
| | 6 | ÷ | | | | | | | | |
| | 7 | ÷ | | | | | | | | |
| | 8 | ÷ | | | | | | | | |
| | 9 | ÷ | | | | | | | | |
| | 10 | ÷ | | | | | | | | |
| | 11 | ÷ | | | | | | | | |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Appln. No. | : | **14/322,656** | Confirmation No.    **4235** |
| Filing Date | : | **July 2, 2014** | |
| First Inventor | : | **Van Gemert, Leonardus A. E.** | |
| TC/A.U. | : | **2822** | |
| Examiner | : | **PETERSON, Erik T.** | |

| | | |
|---|---|---|
| Docket No. | : | **81626917US01** |
| Customer No. | : | **65913** |

| | | |
|---|---|---|
| Title | : | **EXPOSED DIE CLIP BOND POWER PACKAGE** |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

<u>**RESPONSE & AMENDMENT**</u>

Sir/Madam:

In response to the Office Action dated August 6, 2015, calling for restriction, Applicant provisionally elects claims 1-10, with traverse.  Consideration of the following, is requested.

> **Amendments to the Specification** begin on page **2** in this paper.
>
> **Amendments to the Claims** begin on page **4** of this paper.
>
> **Remarks/Arguments** begin on page **7** of this paper.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated August 6, 3015
Office Action Response dated August 31, 2015

## AMENDMENTS TO THE SPECIFICATION

*In ¶[0006], please make changes as shown.*

In an example embodiment, there is a method for packaging an integrated circuit (IC). The method comprises mounting a plurality of active device die, into predetermined positions, onto a temporary carrier. Each said active device die has bond pads; each of said active device die has a solderable conductive surface on its underside; and each of said device has been subjected to back-grinding to a prescribed thickness. ~~Into predetermined positions, onto a temporary carrier, the plurality of active device die are mounted~~. A solder paste is dispensed onto the bond pads on the plurality active device die. A lead frame is attached to the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact ~~the carrier tape.~~ the temporary carrier. There is a reflowing of the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

*In ¶[0007], please make changes as shown.*

In another example embodiment, there is a method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface. The method comprises back-grinding the under-side surface of the wafer substrate to a prescribed thickness; applying a solderable conductive surface to the under-side surface of the wafer substrate. The plurality of active device die are separated out from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die and the plurality of active device die are mounted into predetermined positions onto a temporary carrier. A solder paste is dispensed onto the bond pads on the plurality active device die. Individual lead frame portions are attached to the temporary carrier and bond pads, wherein upper individual lead

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated August 6, 3015**
**Office Action Response dated August 31, 2015**

frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact ~~the carrier tape.~~ the temporary carrier.  A reflowing of the solder is performed so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated August 6, 3015
Office Action Response dated August 31, 2015

## AMENDMENTS TO CLAIMS

*This listing supersedes any previous presentation.*

1.      (*Currently Amended*) A method for packaging an integrated circuit (IC) device, the method comprising:

mounting a plurality of active device die, into predetermined positions, onto a temporary carrier, each said active device die having bond pads, each of said active device die having a solderable conductive surface on its underside; and having been subjected to back-grinding to a prescribed thickness ;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching a lead frame to ~~the carrier tape,~~ the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact ~~the carrier tape;~~ the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.


2. (*Original*) The method as recited in claim 1, wherein the lead frame is comprised of two or more lead frame strips of clips.


3. (*Original*) The method as recited in claim 1, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower lead frame portions adjacent to the additional bond pads.


4. (*Original*) The method as recited in claim 1, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated August 6, 3015
Office Action Response dated August 31, 2015

5. (*Original*) The method as recited in claim 1, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

6. (*Original*) The method as recited in claim 1, wherein the solderable conductive surface includes:  NiAu, Ni, Cu, Au, NiPdAu, AuSn, NiSn, CuSn, Ag, AgSn or alloys thereof.

7. (*Currently Amended*) A method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface, the method comprising:

backgrinding the under-side surface of the wafer substrate to a prescribed thickness;

applying a solderable conductive surface to the under-side surface of the wafer substrate;

separating out the plurality active device die from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die;

mounting the plurality of active device die, into predetermined positions, onto a temporary carrier;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching individual lead frame portions to ~~the carrier tape~~ the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact ~~the carrier tape;~~ the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

8. (*Original*) The method as recited in claim 7, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated August 6, 3015
Office Action Response dated August 31, 2015

9. (*Original*) The method as recited in claim 8, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower individual lead frame portions adjacent to the additional bond pads.

10. (*Original*) The method as recited in claim 8, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

11. (*Original*) An integrated circuit (IC) device comprising:

a device die having a top-side surface and an under-side surface, the top-side surface having bond pads connected to active circuit elements, the under-side surface having a solderable conductive surface;

a first set of lead frame clips having upper portions and lower portions, solder-anchored, on the upper portions, to a first set of bond pads, and the lower portions co-planar with the solderable conductive surface;

wires bonded to an additional set of bond pads opposite the first set of bond pads and to lower lead frame portions of a second set of lead frame clips opposite the first set of lead frame clips, the lower lead frame portions of the second set of lead frame clips being about co-planar with the solderable conductive surface; and

wherein the IC device is encapsulated in a molding compound leaving the conductive surface and underside surfaces of the first and second sets of the lead frame portions exposed.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated August 6, 3015**
**Office Action Response dated August 31, 2015**

REMARKS

Claims 1-11 are pending in this application. Upon review of the claims and the application in responding to the restriction requirement, Applicant noted some errors in the Specification and Claims.

*Specification Amendments*

The Specification was amended in paragraphs ¶[0006] and ¶[0007] to correct verbiage from "*the carrier tape*" to "the temporary carrier." A duplicative sentence was removed in ¶[0006]. The amendments are supported by the disclosure and contain no new matter.

*Claim Amendments*

Applicant has amended claims 1 and 7 to correct an antecedent basis issue with respect to the feature "*the carrier tape.*" This feature has been amended to "*the temporary carrier.*"

Claim 1 has the feature of "*attaching a lead frame to the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the temporary carrier.*"

Claim 7 has the feature of "*attaching individual lead frame portions to the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the temporary carrier.*"

The afore-mentioned claim amendments are supported by the disclosure and contain no new matter.

*Traversal of the Restriction*

Applicant notes that the instant Office Action indicates that the "*species are independent or distinct because these relate to different methods of packaging one method using a temporary support plate while the other method does not.*" This statement is now in error, both methods use a temporary carrier. The original basis of the restriction is no longer applicable.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated August 6, 3015**
**Office Action Response dated August 31, 2015**

Consequently, Applicant provisionally elects claims 1-10, with traverse. Applicant reserves his right of rejoinder.

Applicant respectfully traverses the restriction requirement as inappropriate for the reasons set forth below. In addition, Applicant asserts that there would be no undue burden in examining these alleged two sets of claims (and possible subset of species), as the Examiner has defined. The fees for examination of these claims had been remitted in the filing of the application. Applicant merely requests that he receive examination that he has paid for.

In presenting the restriction, Applicant respectfully asserts that the Examiner has not made a *prima facie* case of that review of the claims, as a whole, would pose an undue burden on the office. The differentiating features, discussed *supra* between the claims 1-6 and claims 7-10 would likely be found in a search for one or the other, as well as claim 11 for the IC device.

It is likely that a search for one set of claims, the methods most likely would uncover information for the second, structure.

The authority for the Director to require restriction appears in 35 USC §121, which authorizes the Director to impose a requirement for restriction whenever claimed inventions in one application are "independent and distinct."[5] The Director specifies in the MPEP instructions to examiners. These include conditions under which examiner's may require restriction. In MPEP 803, the Director interprets 35 USC §121 to authorize restriction whenever claims in an application are independent or distinct. Various criteria are specified in the MPEP for defining inventions that are either independent or distinct from one another. The MPEP requires an examiner to specify, based upon these criteria, why the claims in an application are either independent or distinct from one another, as a necessary condition for imposing a requirement for restriction.

However, the MPEP contains an additional necessary condition that must be met by an examiner before the examiner can impose a restriction requirement. This is the requirement to show that there is a "serious burden" on the examiner to search and examine the allegedly independent or distinct claims. Specifically, the second paragraph of MPEP 803 states that:

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated August 6, 3015**
**Office Action Response dated August 31, 2015**

> If the search and examination of **>all the claims in an< application can be made without serious burden, the examiner must examine *>them< on the merits, even though **>they include< claims to independent or distinct inventions. [MPEP 8th Edition, Rev. 5, 2006]

MPEP 803 also provides general guidance regarding what the examiner must show to satisfy the "serious burden" requirement, stating that:

> For purposes of the initial requirement, a serious burden on the examiner may be prima facie shown ** by appropriate explanation of separate classification, or separate status in the art, or a different field of search as defined in MPEP § 808.02. That prima facie showing may be rebutted by appropriate showings or evidence by the applicant. Insofar as the criteria for restriction practice relating to Markush-type claims is concerned, the criteria is set forth in MPEP § 803.02. Insofar as the criteria for restriction or election practice relating to claims to genus-species, see MPEP § *>806.04< - § 806.04(i) and § 808.01(a).

MPEP 808.02 also discusses the "serious burden" requirement, but its discussion is redundant of MPEP 803.

Finally, the imposition of a restriction requirement frustrates guidelines outlined in the "Federal Register- A Notice by the Patent and Trademark Office on 02/09/2011" in Section C, discussed the practice of "Compact Prosecution."

> ". . .Under the principles of compact prosecution, the examiner should review each claim for compliance with every statutory requirement for patentability in the initial review of the application and identify all of the applicable grounds of rejection in the first Office action to avoid unnecessary delays in the prosecution of the application. . . [126]"

Splitting up the application into potentially two or more divisional cases, as suggested by the Restriction, goes against the tenets of Compact Prosecution in avoiding unnecessary delays in prosecution, such delays increasing costs upon the USPTO and Applicant, not prudent in this current fiscal environment and further in light of Patent Office reform legislation with its proposed sharply increased fees.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated August 6, 3015**
**Office Action Response dated August 31, 2015**

Conclusion

Applicant believes he has addressed the issues raised in this office action. Examination of the present claims, as a whole, is earnestly requested.

No fees are believed to be due in connection with the filing of this paper. If, however, the Commissioner deems otherwise, the Commissioner is authorized to charge fees now or hereafter due to Deposit Account No. **50-4019**.


                                        Respectfully submitted,

Date: *31 AUG 2015*            By:  */Peter Zawilski/*
                                        Peter Zawilski
                                        Reg. 43,305
                                        408-518-5540


Correspondence Address:
Intellectual Property & Licensing
**NXP B.V.**
411 E. Plumeria Drive; M/S-41
San José, CA 95134 USA

CUSTOMER NO. **65913**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23361260 |
| **Application Number:** | 14322656 |
| **International Application Number:** | |
| **Confirmation Number:** | 4235 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Customer Number:** | 65913 |
| **Filer:** | Peter Zawilski |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 81626917US01 |
| **Receipt Date:** | 31-AUG-2015 |
| **Filing Date:** | 02-JUL-2014 |
| **Time Stamp:** | 17:26:21 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 81626917US01_RestrictionResponse_2015-AUG-31.pdf | 138557<br>24e12915643bd44133b4ca47c73504efe73a8a95 | yes | 10 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Response to Election / Restriction Filed | 1 | 1 |
| Specification | 2 | 3 |
| Claims | 4 | 6 |
| Applicant Arguments/Remarks Made in an Amendment | 7 | 10 |

| Warnings: | |
|---|---|

| Information: | |
|---|---|

| Total Files Size (in bytes): | 138557 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/322,656 | Filing Date<br>07/02/2014 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $       = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $       = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **08/31/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 11 | Minus ** 20 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus ***3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $       = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $       = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/EMORY LANE/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Uᴺɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

| | |
|---|---|
| 65913         7590         09/16/2015<br>Intellectual Property and Licensing<br>NXP B.V.<br>411 East Plumeria Drive, MS41<br>SAN JOSE, CA 95134 | EXAMINER<br>PETERSON, ERIK T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2822 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/16/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ip.department.us@nxp.com

PTOL-90A (Rev. 04/07)

| **Notice of Non-Compliant Amendment (37 CFR 1.121)** | **Application No.**<br>14/322,656 | **Applicant(s)**<br>VAN GEMERT ET AL. |
|---|---|---|
| | **Examiner**<br>Erik T.K. Peterson | **Art Unit**<br>2822 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

The amendment document filed on <u>31 August 2015</u> is considered non-compliant because it has failed to meet the requirements of 37 CFR 1.121 or 1.4. In order for the amendment document to be compliant, correction of the following item(s) is required.

THE FOLLOWING MARKED (X) ITEM(S) CAUSE THE AMENDMENT DOCUMENT TO BE NON-COMPLIANT:

☐ 1. Amendments to the specification:
    ☐ A. Amended paragraph(s) do not include markings.
    ☐ B. New paragraph(s) should not be underlined.
    ☐ C. Other _____.

☐ 2. Abstract:
    ☐ A. Not presented on a separate sheet. 37 CFR 1.72.
    ☐ B. Other _____.

☐ 3. Amendments to the drawings:
    ☐ A. The drawings are not properly identified in the top margin as "Replacement Sheet," "New Sheet," or "Annotated Sheet" as required by 37 CFR 1.121(d).
    ☐ B. The practice of submitting proposed drawing correction has been eliminated. Replacement drawings showing amended figures, without markings, in compliance with 37 CFR 1.84 are required.
    ☐ C. Other _____.

☐ 4. Amendments to the claims:
    ☐ A. A complete listing of all of the claims is not present.
    ☐ B. The listing of claims does not include the text of all pending claims (including withdrawn claims)
    ☐ C. Each claim has not been provided with the proper status identifier, and as such, the individual status of each claim cannot be identified. Note: the status of every claim must be indicated after its claim number by using one of the following status identifiers: (Original), (Currently amended), (Canceled), (Previously presented), (New), (Not entered), (Withdrawn) and (Withdrawn-currently amended).
    ☐ D. The claims of this amendment paper have not been presented in ascending numerical order.
    ☐ E. Other: _____.

☒ 5. Other (e.g., the amendment is unsigned or not signed in accordance with 37 CFR 1.4):
    <u>see continuation sheet</u>

For further explanation of the amendment format required by 37 CFR 1.121, see MPEP § 714.

TIME PERIODS FOR FILING A REPLY TO THIS NOTICE:

1. Applicant is given **no new time period** if the non-compliant amendment is an after-final amendment or an amendment filed after allowance. If applicant wishes to resubmit the non-compliant after-final amendment with corrections, the **entire corrected amendment** must be resubmitted.

2. Applicant is given **two months** from the mail date of this notice to supply the correction, if the non-compliant amendment is one of the following: a preliminary amendment, a non-final amendment (including a submission for a request for continued examination (RCE) under 37 CFR 1.114), a supplemental amendment filed within a suspension period under 37 CFR 1.103(a) or (c), and an amendment filed in response to a *Quayle* action. If any of above boxes 1. to 4. are checked, the correction required is only the **corrected section** of the non-compliant amendment in compliance with 37 CFR 1.121.

    <u>**Extensions of time**</u> are available under 37 CFR 1.136(a) <u>only</u> if the non-compliant amendment is a non-final amendment or an amendment filed in response to a *Quayle* action.

    <u>**Failure to timely respond**</u> to this notice will result in:
    **Abandonment** of the application if the non-compliant amendment is a non-final amendment or an amendment filed in response to a *Quayle* action; or
    **Non-entry** of the amendment if the non-compliant amendment is a preliminary amendment or supplemental amendment.

| /BRETT FEENEY/<br>SPE, Art Unit 2822 | /E. T. P./<br>Examiner, Art Unit 2822 |
|---|---|

**Continuation Sheet (PTOL-324)**                                                    **Application No.**

Continuation from Box 5:

Applicant's Response (received 8/31/2015) to the Requirement for Restriction/Election (mailed 8/6/2015) is non-compliant because Applicant has failed to elect a species for examination and furthermore has not identified which claims read on the elected species. Applicant asserts the original basis of the restriction is no longer applicable (remarks at p. 7, bottom), however this misses the point. Species are based on the disclosure, not the independent claims as Applicant appears to argue (remarks at p. 7, bottom). To clarify, even though Applicant has elected the method with traverse (claims 1-10), and has further amended the independent claims to correct for antecedence regarding "the temporary carrier", this does not change the fact that the specification clearly discloses two distinct species as supported by Applicant's figures and corresponding text.

As previously stated in the Requirement for Restriction/Election mailed 8/6/2015 (pp. 3-4):
Applicant is required under 35 U.S.C. 121 to elect a single disclosed species, or a single grouping of patentably indistinct species, for prosecution on the merits to which the claims shall be restricted if no generic claim is finally held to be allowable.

Applicant is advised that the reply to this requirement to be complete must include (i) an election of a species to be examined even though the requirement may be traversed (37 CFR 1.143) and (ii) identification of the claims encompassing the elected species or grouping of patentably indistinct species, including any claims subsequently added. An argument that a claim is allowable or that all claims are generic is considered nonresponsive unless accompanied by an election.


Applicant should also note with respect to the remarks at the top of page 8 that a rejoinder is reserved for situations where applicant elects the product claims for prosecution and later may rejoin similarly amended process claims. Herein Applicant has elected the method (claims 1-10) making a broader product claim ineligible for rejoinder. See MPEP §821.04. Applicant should also note the current version of the MPEP is the 9th Ed. from March 2014 (Applicant appears to be citing a much older edition of the MPEP, remarks at p. 9).

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | | |
|---|---|---|---|---|
| Appln. No. | : | **14/322,656** | Confirmation No. | **4235** |
| Filing Date | : | **July 2, 2014** | | |
| First Inventor | : | **Van Gemert, Leonardus A. E.** | | |
| TC/A.U. | : | **2822** | | |
| Examiner | : | **PETERSON, Erik T.** | | |

| | | |
|---|---|---|
| Docket No. | : | **81626917US01** |
| Customer No. | : | **65913** |

| | | |
|---|---|---|
| Title | : | **EXPOSED DIE CLIP BOND POWER PACKAGE** |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

<u>**RESPONSE & AMENDMENT**</u>
(Notice of Non-Compliant Amendment (37 CFR 1.121)

Sir/Madam:

In response to the Office Action dated September 16, 2015, calling for restriction, Applicant provisionally elects claims 1-6, alleged "Species I" with traverse  Consideration of the following, is requested.

> **Amendments to the Specification** there are no amendments this paper.
>
> **Amendments to the Claims** begin on page **2** of this paper.
>
> **Remarks/Arguments** begin on page **5** of this paper.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated September 16, 2015
Office Action Response dated September 25, 2015

## AMENDMENTS TO CLAIMS

*This listing supersedes any previous presentation.*

1.      (*Previously Presented*) A method for packaging an integrated circuit (IC) device, the method comprising:

mounting a plurality of active device die, into predetermined positions, onto a temporary carrier, each said active device die having bond pads, each of said active device die having a solderable conductive surface on its underside; and having been subjected to back-grinding to a prescribed thickness ;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching a lead frame to the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.


2. (*Original*) The method as recited in claim 1, wherein the lead frame is comprised of two or more lead frame strips of clips.


3. (*Original*) The method as recited in claim 1, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower lead frame portions adjacent to the additional bond pads.


4. (*Original*) The method as recited in claim 1, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated September 16, 2015**
**Office Action Response dated September 25, 2015**

5. (*Original*) The method as recited in claim 1, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

6. (*Original*) The method as recited in claim 1, wherein the solderable conductive surface includes:  NiAu, Ni, Cu, Au, NiPdAu, AuSn, NiSn, CuSn, Ag, AgSn or alloys thereof.

7. (*Previously Presented*) A method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface, the method comprising:

backgrinding the under-side surface of the wafer substrate to a prescribed thickness;

applying a solderable conductive surface to the under-side surface of the wafer substrate;

separating out the plurality active device die from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die;

mounting the plurality of active device die, into predetermined positions, onto a temporary carrier;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching individual lead frame portions to the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

8. (*Original*) The method as recited in claim 7, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated September 16, 2015
Office Action Response dated September 25, 2015

9. (*Original*) The method as recited in claim 8, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower individual lead frame portions adjacent to the additional bond pads.

10. (*Original*) The method as recited in claim 8, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

11. (*Cancelled*)

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated September 16, 2015**
**Office Action Response dated September 25, 2015**

REMARKS

Claims 1-11 are pending in this application. Applicant elects claims 1-6 corresponding to "Species I," with traverse.

Please cancel claim 11 without prejudice.

*Traversal of the Restriction*

Applicant maintains his traversal of against the restriction between claims 1-6 and claims 7-10. Both methods use a temporary carrier. The original basis of the restriction is no longer applicable. The difference between each group of claims is that claim 1 has the feature of a "*attaching a lead frame to the temporary carrier*" and claim 7 has the feature of "*attaching individual lead frame portions to the temporary carrier.*"

To reiterated, the restriction requirement as inappropriate for the reasons set forth below. In addition, Applicant asserts that there would be no undue burden in examining these alleged two speicies of claim, as the Examiner has defined. The fees for examination of these claims had been remitted in the filing of the application. Applicant merely requests that he receive examination that he has paid for.

In presenting the restriction, Applicant respectfully re-asserts that the Examiner has not made a *prima facie* case of that review of the claims, as a whole, would pose an undue burden on the office. The differentiating features, discussed *supra* between the claims 1-6 and claims 7-10 would likely be found in a search for one or the other. A search involving the Applicant's features of "*attaching a lead frame. . .*" and "*attaching individual lead frame portions*," would likely be covered in a single search.

The arguments presented in the response of August 13, 2015 still apply here.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated September 16, 2015**
**Office Action Response dated September 25, 2015**


Conclusion

Applicant believes he has addressed the issues raised in this office action. Examination of the present claims, as a whole, is earnestly requested.

No fees are believed to be due in connection with the filing of this paper. If, however, the Commissioner deems otherwise, the Commissioner is authorized to charge fees now or hereafter due to Deposit Account No. **50-4019**.


                                              Respectfully submitted,

Date: *25 SEP 2015*              By:  */Peter Zawilski/*
                                              Peter Zawilski
                                              Reg. 43,305
                                              408-518-5540


Correspondence Address:
Intellectual Property & Licensing
**NXP B.V.**
411 E. Plumeria Drive; M/S-41
San José, CA 95134 USA

CUSTOMER NO. **65913**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 23609672 |
| **Application Number:** | 14322656 |
| **International Application Number:** | |
| **Confirmation Number:** | 4235 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Customer Number:** | 65913 |
| **Filer:** | Peter Zawilski |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 81626917US01 |
| **Receipt Date:** | 25-SEP-2015 |
| **Filing Date:** | 02-JUL-2014 |
| **Time Stamp:** | 16:18:49 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 81626917US01_ResponseNoticeNonCompliance_2015-SEP-25.pdf | 119999<br>990fe039d1bd003201a901423595cee3a8c4e085 | yes | 6 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Supplemental Response or Supplemental Amendment | 1 | 1 |
| Claims | 2 | 4 |
| Applicant Arguments/Remarks Made in an Amendment | 5 | 6 |

**Warnings:**

**Information:**

| | |
|---|---|
| Total Files Size (in bytes): | 119999 |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **PATENT APPLICATION FEE DETERMINATION RECORD** <br> Substitute for Form PTO-875 | Application or Docket Number <br> 14/322,656 | Filing Date <br> 07/02/2014 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY**:  ☒ LARGE  ☐ SMALL  ☐ MICRO

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | (Column 1) | | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** **09/25/2015** | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * 10 | Minus | ** 20 | = 0 | x $80 = | 0 |
| Independent (37 CFR 1.16(h)) | * 2 | Minus | *** 3 | = 0 | x $420 = | 0 |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | (Column 1) | | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | |
| ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/VIOLA ROGERS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

65913          7590          11/09/2015

**Intellectual Property and Licensing**
**NXP B.V.**
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

| EXAMINER |
|---|
| PETERSON, ERIK T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2822 | |

DATE MAILED: 11/09/2015

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

TITLE OF INVENTION: EXPOSED DIE CLIP BOND POWER PACKAGE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 02/09/2016 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**   **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
**or <u>Fax</u>   (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

65913       7590       11/09/2015

Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

| | |
|---|---|
| | (Depositor's name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

TITLE OF INVENTION: EXPOSED DIE CLIP BOND POWER PACKAGE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 02/09/2016 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PETERSON, ERIK T | 2822 | 438-123000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

| | | |
|---|---|---|
| 65913 | 7590 | 11/09/2015 |

Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

| EXAMINER |
|---|
| PETERSON, ERIK T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2822 | |

DATE MAILED: 11/09/2015

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

**OMB Clearance and PRA Burden Statement for PTOL-85 Part B**

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| *Notice of Allowability* | Application No. 14/322,656 | Applicant(s) VAN GEMERT ET AL. | |
|---|---|---|---|
| | Examiner Erik T.K. Peterson | Art Unit 2822 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the Response and Amendment received 9/25/2015*.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are *1-10*. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some   *c) ☐ None of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 7/2/2014

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☒ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

| /E. T. P./ Examiner, Art Unit 2822 | /M. Wilczewski/ Primary Examiner, Art Unit 2822 |
|---|---|

Application/Control Number: 14/322,656                                                          Page 2

Art Unit: 2822

## DETAILED ACTION

This action is responsive to the application filed 02 July 2014.  In Applicant's amended claims received 9/25/2015, claims 1-10 are now pending, claims 1 and 7 are independent, claim 11 is canceled.

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Election/Restrictions*

Applicant's election of Species I, claims 1-6, with traverse, in the reply filed 25 September 2015 is acknowledged.  In light of the search conducted, the species election regarding the differences between the embodiment of Figs. 1+ (tape on frame) and the embodiment of Figs. 6+ (tape on support plate) has been withdrawn because the same prior art applicable to each independent claim still does not teach or render obvious the limitations of the independent claims as discussed below.  The prior restriction requirement to elect an invention (method vs. device) is a moot point since Applicant has elected the method and canceled the device claim.  Claims 1-10 have been examined.

### *Information Disclosure Statement*

Acknowledgement is made of Applicant's Information Disclosure Statement (IDS) form PTO-1449.  The IDS has been considered.

### *Allowable Subject Matter*

Claims 1-10 are allowed.

The following is an examiner's statement of reasons for allowance:

Claim 1 is allowable for at least the reasons of "mounting a plurality of active device die, into predetermined positions, onto a temporary carrier, each said active device die having bond pads, each of said active device die having a solderable conductive surface on its underside; and having been subjected to back- grinding to a prescribed thickness; dispensing a solder paste onto the bond pads on the plurality active device die; attaching a lead frlame to the temporary carrier, the lead frame having an

Application/Control Number: 14/322,656                                                          Page 3

Art Unit: 2822

array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the temporary carrier" as set forth in the claimed combination.  These features of the method of claim 1 are neither anticipated nor rendered obvious by the prior art known to the Examiner.  Claims 2-6 depend from claim 1 and are allowable for at least these reasons.

Claim 7 is allowable for at least the reasons of "applying a solderable conductive surface to the under-side surface of the wafer substrate; separating out the plurality active device die from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die; mounting the plurality of active device die, into predetermined positions, onto a temporary carrier; dispensing a solder paste onto the bond pads on the plurality active device die; attaching individual lead frame portions to the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the temporary carrier" as set forth in the claimed combination.  These features of the method of claim 7 are neither anticipated nor rendered obvious by the prior art known to the Examiner.  Claims 8-10 depend from claim 7 and are allowable for at least these reasons.

The closest prior art known to the Examiner is from Kelkar et al. (US 2013/0181332) and from Gong et al. (US 2011/0284997).  Kelkar teaches positioning active die on a tape (temporary) carrier (Fig. 9, para. [0029]), the die having bond pads (110, Fig. 1), dispensing solder paste (para. [0028]) on the die (e.g. as an alternative to bond wires 108, thus solder paste would be applied to said bond pad 110, to electrically connect device 104 to underlying device 106 through the opening 130, see Figs. 1 and 2 and paragraph [0018]), then applying the lead frame (Fig. 9, 406), and based on the discussion (para. [0029]) the lead frame would contact the tape and top surface of the die (i.e. in same plane 118 shown in Fig. 1). Although Kelkar et al. teach to dispense solder paste on bond pad 110 through opening 130 in lead frame 102, Kelkar et al. do not teach or suggest dispensing a solder paste onto the bond pads on a plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads, as recited in independent claim 1.  With respect to independent claim 7, although Kelkar et al. teach to

Application/Control Number: 14/322,656                                                Page 4

Art Unit: 2822

dispense solder paste on bond pad 110 through opening 130 in lead frame 102, Kelkar et al. do not teach or suggest dispensing a solder paste onto the bond pads on a plurality of active device die, wherein upper individual lead frame portions contact the solder paste present on the bond pads.  Furthermore, Kelkar discloses no back-grinding nor does he disclose the die having a solderable conductive surface on its underside.  Regarding the bond pad having solder paste, at best this pertains to the connection between (108) and (110), however, this connection is made to another die (104) on the opposite side of the lead frame through opening 130 in lead frame 102 (as disclosed in paragraph [0018]), rather than to the lead frame itself and therefore the lead frame will not contact both the carrier and the solder paste present on the bond pad as required in both independent claims 1 and 7.

The next closest art is from Gong et al. and discloses several pertinent features (see Figs. 7-31 and paras. [0048]-[0060]): the active die (paras. [0041]-[0042]), the lead frame (para. [0053]), the solder paste (para. [0052]), back-grinding (para. [0049]), metal which may meet the limitation of a bond pad (para. [0051]), temporary carrier (tape 400), and a solderable conductive surface on the underside of the die (213, para. [0050]).  However, Gong first mounts the die into positions on the lead frame rather than onto the temporary carrier (tape), e.g. the processing sequence shown in Figs. 15-21.  Gong only applies the tape to the die/lead frame assembly after the die are mounted in the lead frame.  Thus, Gong does not teach or suggest mounting the die in positions onto a temporary carrier and then attaching the lead frame to the temporary carrier as claimed, and while Kelkar does disclose an alternative sequence, there is no motivation to combine, aside from hindsight.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Erik T.K. Peterson whose telephone number is (571)272-3997.  The examiner can normally be reached on Mon-Fri 9:00-5:30.

Application/Control Number: 14/322,656                                                                Page 5

Art Unit: 2822

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Brett

Feeney can be reached on 571-270-5484.  The fax phone number for the organization where this

application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application
Information Retrieval (PAIR) system.  Status information for published applications may be obtained from
either Private PAIR or Public PAIR.  Status information for unpublished applications is available through
Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should
you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC)
at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative
or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-
1000.


/Erik T.K. Peterson/
Examiner, Art Unit 2822

/MARY WILCZEWSKI/
Primary Examiner, Art Unit 2822

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **_Notice of References Cited_** | | 14/322,656 | VAN GEMERT ET AL. |
| | | Examiner | Art Unit | Page 1 of 1 |
| | | Erik T.K. Peterson | 2822 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2011/0284997 A1 | 11-2011 | Gong; Yuping | H01L21/568 | 257/666 |
| * | B | US-2013/0181332 A1 | 07-2013 | Kelkar; Nikhil Vishwanath | H01L23/3107 | 257/666 |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14322656 | VAN GEMERT ET AL. |
| | Examiner | Art Unit |
| | ERIK T PETERSON | 2822 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| H01L21/4825, H01L21/56, H01L23/4952, H01L23/49541 (by keyword) | 10/14/2015 | EP |

## CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 438 | 112, 118, 123, 464 (by keyword) | 10/14/2015 | EP |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| Text search in EAST | 10/14/2015 | EP |
| Inventor and assignee search | 10/14/2015 | EP |
| Discussion with Primary Examiner Mary Wilczewski | 10/14/2015 | EP |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | USPAT, USPGPUB keyword search | 10/14/2015 | EP |

| | |
|---|---|
| | |

U.S. Patent and Trademark Office                                        Part of Paper No. : 20151014

Receipt date: 07/02/2014                                              14322656 - GAU: 2822

Docket No.
**81626917US01**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicants: **Leonardus A. E. van Gemer et al.** Group Art Unit: **Not Yet Known**

Application No.: **Not Yet Known**              Examiner: **Not Yet Known**

Filed: **Concurrently herewith**

For: **EXPOSED DIE CLIP BOND POWER PACKAGE**


Date: **01 JUL 2014**


**INFORMATION DISCLOSURE STATEMENT**


Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In compliance with the duty of disclosure under 37 C.F.R. § 1.56 and in accordance with the practice under 37 C.F.R. §§ 1.97 and 1.98, the Examiner's attention is directed to the documents listed on the enclosed Information Disclosure Statement by Applicant form (PTO/SB/08A and/or B, PTO-1449, or equivalent).

The following checked sections apply to this Information Disclosure Statement:

[X]  In accordance with 37 C.F.R. § 1.98(a)(2)(ii) as revised at 69 Fed. Reg. 56481 (September 21, 2004), copies of the cited U.S. patent application publication(s) and/or U.S. patent(s) have not been submitted.

[ ]  The cited reference(s) were called to Applicant'(s) attention in a counterpart foreign patent application. A copy of the official communication in that counterpart foreign patent application citing the reference(s) is submitted herewith, and the Examiner is respectfully directed thereto for a concise explanation of the relevance of the cited art.

[ ]  At least some of the cited references are not (or the cited reference is not) in English, and so English abstracts of those references (that reference) are provided, if available.

[ ]  At least some of the cited references are not (or the cited reference is not) in English, and so machine English translations of those references (that reference) are provided, where available.

[X]  This Information Disclosure Statement is being filed (1) within three months of the filing date of a national application other than a continued prosecution application under Sec. 1.53(d), (2) within three months of the date of entry of the national stage as set forth in Sec. 1.491 in an international application, (3) before the mailing of a first Office action on the merits, or (4) before the mailing of a first Office action after the filing of a Request for Continued Examination under 37 C.F.R. § 1.114. Accordingly, neither a fee nor Statement under 37 C.F.R. § 1.97(e) is due.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /E.P./

Receipt date: 07/02/2014                                                              14322656 - GAU: 2822
U.S. Patent Appln. No.  Not Yet Known
**Information Disclosure Statement**
**Filed  01 JUL 2014**

☐ This Information Disclosure Statement is being filed before the mailing date of any of a final action under 37 C.F.R. § 1.113, a Notice of Allowance under 37 C.F.R. § 1.311, or an action that otherwise closes prosecution in the application, and so is accompanied by one of:

(1) A Statement under 37 C.F.R. § 1.97(e), which follows; **or**

(2) The fee set forth in 37 C.F.R. § 1.17(p), authorization for which follows.

☐ This Information Disclosure Statement is being filed either (1) on or after the mailing date of a final action under 37 C.F.R. § 1.113, or (2) on or before payment of the issue fee, and is accompanied by:

(1) A Statement under 37 C.F.R. § 1.97(e), which follows; **and**

(2) The fee set forth in 37 C.F.R. § 1.17(p), authorization for which follows.

☐ Fee Under 37 C.F.R. § 1.17(p)

The Commissioner is authorized to charge the fee under 37 C.F.R. § 1.17(p) ($180) to Deposit Account No. 50-4019.

☐ Statement Under 37 C.F.R. § 1.97(e)

Each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the Information Disclosure Statement; or

No item of information contained in the Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in Sec. 1.56(c) more than three months prior to the filing of the Information Disclosure Statement.

☐ Additional Comments

Applicant(s) have the following additional comments:

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /E.P./

Receipt date: 07/02/2014                                                      14322656 - GAU: 2822

**U.S. Patent Appln. No.  Not Yet Known**
**Information Disclosure Statement**
**Filed  01 JUL 2014**

☐    Statement Under 37 C.F.R. § 1.704(d)

Each item of information contained in this Information Disclosure Statement was first cited in any communication from a foreign patent office in a counterpart application and this communication was not received by any individual designated in § 1.56(c) more than thirty days prior to the filing of this Information Disclosure Statement.

It is respectfully requested that the above information be considered by the Examiner and that an initialed copy of the accompanying Information Disclosure Statement by Applicant form (PTO/SB/08A and/or B, PTO-1449, or equivalent) be returned to the undersigned indicating that such information has been considered.

Other than any fees mentioned above, no fees are believed to be due in connection with this Information Disclosure Statement.  Nevertheless, the Commissioner is authorized to charge any fees which are deemed to be now or hereafter due in connection with this paper to Deposit Account No. 50-4019.

Favorable consideration and prompt allowance of this application is respectfully requested.  In the event that there are any questions, or should additional information be required, please contact Applicant'(s) attorney at the number listed below.

Respectfully submitted,

By:  /Peter Zawilski/

Peter Zawilski
Reg. No.  43,305
Tel.:  408-518-5540

Correspondence Address:

Intellectual Property & Licensing
**NXP B.V.**
411 E. Plumeria Drive, MS41
San Jose, CA 95134 USA

**CUSTOMER NO. 65913**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /E.P./

Receipt date: 07/02/2014                                                          14322656 - GAU: 2822

| | | |
|---|---|---|
| FORM PTO 1449 (*modified*) | ATTY DOCKET NO.<br>**81626981US01** | APPLICATION NO.<br>**Not Yet Known** |
| U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | APPLICANT<br>**Emil Casey Israel et al.** | |
| LIST OF REFERENCES CITED BY APPLICANT(S)<br>(Use several sheets if necessary) | FILING DATE<br>**Concurrently herewith** | GROUP<br>**Not Yet Known** |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | **8,643,158 B2** | **02-04-2014** | **Liu et al.** | | | |
| | | **2012/0028397 A1** | **02-02-2012** | **Goh et al.** | | | |
| | | **6,646,339 B1** | **11-11-2003** | **Ku et al.** | | | |
| | | **6,294,100 B1** | **09-25-2001** | **Fan et al.** | | | |
| | | **2011/0198738 A1** | **08-18-2011** | **Van De Water et al.** | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES/NO/ OR ABSTRACT |
|---|---|---|---|---|---|---|---|
| | | **2008/114094 A1** | **09-25-2008** | **WO** | | | **English Original** |
| | | | | | | | |

### OTHER DOCUMENT(S) (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | **NXP B.V. "Application Note AN10365, Surface Mount Reflow Soldering, Rev. 6, 31 pgs. (7-2012)** |
| | | **Lim, F. et al. "Process Characterization of Aluminum Ribbon bond", Intl. Conf. on Electronic Materials and Packaging, pgs. 1-5 (11- 2007)** |
| | | **Chia, J. et al. "Redesigns of HSOP Package for High Power Consumption Based on the Numerical Thermal Simulation Analysis", Proceedings of IPACK2005 ASME, pgs. 1-6 (7-2005)** |
| | | **Carsem Application Note.  Comprehensive User's Guide, MLP Micro Leadframe Package, 20 pgs. (4-2002)** |
| | | **Walsin Technology Corporation "SMT Notes for CHIP-R and MLCC", pgs. 1-21 (2002)** |
| | | **NATEL Engineering Co., Inc. "Quick Reference Guide:  Ribbon Bond vs. Wire Bond", 2 pgs.**<br>---DATE UNKNOWN--- |

| EXAMINER<br>/Erik Peterson/ | DATE CONSIDERED<br>10/14/2015 |
|---|---|

*EXAMINER:  Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Sheet__1__ of __1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /E.P./

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 1 | "20130020719" | US-PGPUB; USOCR | ADJ | ON | 2015/10/14 09:23 |
| L10 | 81 | 438/464.ccls. and lead frame and (solder near3 paste or reflow$4 or re-flow$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 10:19 |
| L11 | 13937 | (H01L21/4825, H01L21/56, H01L23/4952, H01L23/49541).cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 10:37 |
| L12 | 215 | L11 and lead frame and solder with paste and (tape or carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 10:37 |
| L15 | 8 | ("20010007780" \| "20050161785" \| "20070072339" \| "20100148346" \| "20100258924" \| "7145224" \| "7351612" \| "7396701").PN. OR ("2014/0087520" \| "2015/0214209" \| "9029197").URPN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 10:44 |
| L16 | 51 | ("6693350" \| "6891265" \| "6917103" \| "6960825" \| "6963133").PN. OR ("2005/0161785" \| "7145224").URPN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 10:45 |
| L17 | 363 | power near2 (device or MOSFET or package) and lead frame and (carrier or tape) and solder with (paste and reflow$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 10:55 |
| L19 | 22 | ("20020033530" \| "20020149102" \| "20030006055" \| "20040156172" \| "20050105277" \| "20050110137" \| "20050230820" \| "20060226540" \| "5410451" \| "5583377" \| "5656550" \| "5659458" \| "5731632" \| "5905299" \| | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 11:08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "5973923" \| "6011304" \| "6239487" \| "6784537" \| "6861750" \| "7453145").PN. OR ("2007/0238205" \| "2010/0237479" \| "7772036" \| "8659146").URPN. | | | | |
| L20 | 22 | ("20010019181" \| "20020109219" \| "6075289" \| "6114755" \| "6215180" \| "6246114" \| "6410977" \| "6462405" \| "6534859").PN. OR ("6784537").URPN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 11:13 |
| L21 | 19 | ("2007/0132073").URPN. | USPAT | ADJ | ON | 2015/10/14 11:17 |
| L22 | 60 | ("0598038" \| "20020180021" \| "20070052079" \| "20080044946" \| "20080142679" \| "20090059546" \| "20090127676" \| "20100109135" \| "20100173454" \| "20110163434" \| "4873615" \| "4903114" \| "5049977" \| "5084753" \| "5096852" \| "5124783" \| "5196992" \| "5245215" \| "5245216" \| "5325268" \| "5347429" \| "5352632" \| "5362984" \| "5373188" \| "5408127" \| "5451814" \| "5530282" \| "5606710" \| "5625235" \| "5637915" \| "5703399" \| "5714405" \| "5719436" \| "5767573" \| "5789816" \| "5894165" \| "5965947" \| "6016256" \| "6066515" \| "6066890" \| "6072243" \| "6075284" \| "6078514" \| "6133637" \| "6159765" \| "6255736" \| "6266246" \| "6307755" \| "6333549" \| "6337510" \| "6421254" \| "6458609" \| "6780680" \| "7923300" \| "7948067" \| "7981702" \| "8035221" \| "8105880" \| "8580609").PN. OR ("2013/0181332" \| "8951847").URPN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 12:12 |
| L24 | 73 | light emitting and wiring board and cured and lead frame and series | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 12:38 |
| L27 | 122 | light emitting and lead frame and solder near3 paste and reflow$4 and (carrier or tape) and (series or parallel) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 12:46 |
| L30 | 66 | light emitting and phosphor sheet and lead frame | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 13:00 |
| L32 | 267 | light emitting and lead frame and solder near3 paste and (carrier or tape) and (series or parallel or array or sheet or strip) | US-PGPUB; USPAT; USOCR; FPRS; | ADJ | ON | 2015/10/14 13:06 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | EPO; JPO; IBM_TDB | | | |
| L33 | 143 | 32 not (24 or 27 or 30) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 13:06 |
| L34 | 56 | ("20020089047" \| "20020158261" \| "20030025170" \| "20030189236" \| "20030189829" \| "20030218689" \| "20040238930" \| "20060197103" \| "20070126098" \| "3875456" \| "3914786" \| "4630183" \| "5059373" \| "5324962" \| "5491349" \| "5841177" \| "5942770" \| "6093940" \| "6335548" \| "6376902" \| "6483623" \| "6495860" \| "6498440" \| "6547249" \| "6547416" \| "6552368" \| "6621223" \| "6828170" \| "6921927" \| "6936855" \| "7002546" \| "7161190" \| "7201511" \| "7238966" \| "7317181" \| "7560738").PN. OR ("2009/0109668" \| "2012/0187429" \| "2014/0204312" \| "8168989" \| "8704245").URPN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 13:08 |
| L35 | 4 | ("20070096272" \| "20030137839" \| "20090174301").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 13:17 |
| L36 | 27 | ("2003/0137839" \| "2007/0096272" \| "2009/0174301").URPN. | USPAT | ADJ | ON | 2015/10/14 13:18 |
| L37 | 107 | ("20020149933" \| "20030137839" \| "20030160256" \| "20040189218" \| "20040223328" \| "20040257803" \| "20050174769" \| "20050207152" \| "20050207156" \| "20050265024" \| "20060098444" \| "20060152931" \| "20060193130" \| "20060221606" \| "20070090387" \| "20070103066" \| "20070126354" \| "20070228999" \| "20070241355" \| "20070290217" \| "20080079012" \| "20080080163" \| "20080080200" \| "20080089069" \| "20080179602" \| "20080238338" \| "20080238649" \| "20090046457" \| "20090086508" \| "20090108268" \| "20090114928" \| "20090195787" \| "20090237916" \| "20090261357" \| "20090261743" \| "20090302730" \| "20100044589" \| "20100084665" \| "20100097798" \| "20100102729" \| "20100128478" \| "20100164344" \| "20100220046" \| "20100308353" \| "20100317132" \| "20110026253" \| "20110050073" \| "20110069487" \| "20110103067" \| "20110133658" \| | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 13:20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | "20110163681" \| "20110170288" \| "20110180818" \| "20110234109" \| "20110260741" \| "20110267560" \| "20110298371" \| "2626120" \| "2733367" \| "4358817" \| "4445132" \| "5036442" \| "5868489" \| "5884994" \| "5925897" \| "6087680" \| "6113433" \| "6241369" \| "6270236" \| "6540373" \| "6541908" \| "6557393" \| "6693551" \| "6786621" \| "6876143" \| "6876149" \| "6880963" \| "6936855" \| "7052924" \| "7217956" \| "7259030" \| "7378124" \| "7427782" \| "7434951" \| "7476557" \| "7604377" \| "7609006" \| "7745838" \| "7777166" \| "7858994" \| "8006453" \| "8044415" \| "8058659" \| "8227999" \| "8314566" \| "8338199" \| "8338849" \| "8410726" \| "8414154" \| "8445936" \| "8461602" \| "8740407").PN. OR ("8414154" \| "8979309").URPN. | | | | |
| L38 | 7 | ("20090283787" \| "6876008" \| "20070284602" \| "20100047939" \| "20080035935" \| "20060006404" \| "20090179207").PN. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 13:30 |
| L41 | 229 | light emitting and lead frame and solder near3 paste and pad and (sheet or strip or array or roll-to-roll) and (carrier or tape) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 13:33 |
| L44 | 134 | lead frame with ((carrier or tape or adhesive) and solder near3 paste and pad) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 13:40 |
| L45 | 8 | ("8168490" \| "8168496" \| "7923300").pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 14:23 |
| L47 | 65 | (INTERSIL AMERICAS).as,aanm. and lead frame | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 14:31 |
| L48 | 0 | ("NXP B.V.").AANM. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/14 15:29 |
| L50 | 18624 | (NXP).as,AANM. | US-PGPUB; | ADJ | ON | 2015/10/14 15:29 |

| | | | USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| L51 | 50 | 50 and lead frame and solder | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 15:30 |
| L52 | 14 | ("20080277793" \| "20100140794" \| "7122884" \| "7662670" \| "20050095750" \| "6943056" \| "7939383" \| "6107164" \| "3550261").PN. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 16:36 |
| L53 | 29 | (US-20110198738-$ or US-20120028397-$ or US-20070132073-$ or US-20120248590-$ or US-20090129028-$ or US-20070238205-$ or US-20100001383-$ or US-20100129964-$ or US-20080079127-$ or US-20070018291-$ or US-20090218663-$ or US-20060033184-$ or US-20060035414-$ or US-20080102563-$ or US-20110037170-$ or US-20100301474-$ or US-20040097017-$ or US-20110198752-$ or US-20110284997-$ or US-20130181332-$ or US-20120175643-$).did. or (US-6294100-$ or US-6646339-$ or US-8643158-$ or US-7772036-$ or US-6638790-$ or US-6784537-$ or US-8124449-$ or US-8951847-$).did. | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 17:30 |
| L55 | 249 | 438/123.ccls. and lead frame and solder paste and (carrier or tape or adhesive) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 17:33 |
| L66 | 204 | 438/123.ccls. and leadframe and solder paste and (carrier or tape or adhesive) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 18:36 |
| L67 | 118 | 66 not 55 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | ADJ | ON | 2015/10/14 18:36 |

| | | | IBM_TDB | | | |
|---|---|---|---|---|---|---|
| L68 | 9 | 438/464.ccls. and leadframe and (solder near3 paste or reflow$4 or re-flow$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 18:42 |
| L69 | 172 | leadframe with ((carrier or tape or adhesive) and solder near3 paste and pad) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 18:43 |
| L70 | 69 | light emitting and leadframe and solder near3 paste and pad and (sheet or strip or array or roll-to-roll) and (carrier or tape) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/14 18:43 |
| S1 | 0 | "14322656" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 14:21 |
| S2 | 5 | US-8643158-$.DID. OR US-20120028397-$.DID. OR US-6646339-$.DID. OR US-6294100-$.DID. OR US-20110198738-$.DID. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/13 14:23 |
| S5 | 1 | (13/413652).APP. | US-PGPUB; USOCR | ADJ | ON | 2015/10/13 15:14 |
| S6 | 51 | (carrier or tape) with (frame or ring) and solder paste same2 (pad or contact or electrode) and (lead frame or MLF or QFN) and (re-flow$4 or reflow$4) with (solder or paste) and clip and (encapsulat$4 or molding) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 15:36 |
| S12 | 206 | (carrier or tape) with (frame or ring) and solder paste same (pad or contact or electrode) and ((lead or microlead) adj1 frame) same (attach$4 or bond$4 or join$4 or mount$4) with (carrier or tape or support or temporary) and (re-flow$4 or reflow$4) with (solder or paste) and (encapsulat$4 or molding) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 16:19 |
| S13 | 7 | US-4663833-$.DID. OR US-5696666-$.DID. OR US-5905299-$.DID. OR US-6440779-$.DID. OR US-7482679-$.DID. OR US-7772036-$.DID. OR US-8497164-$.DID. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/13 16:23 |

| S14 | 1 | (11/398944).APP. | US-PGPUB; USOCR | ADJ | ON | 2015/10/13 16:25 |
|---|---|---|---|---|---|---|
| S15 | 1 | (13/548250).APP. | US-PGPUB; USOCR | ADJ | ON | 2015/10/13 16:27 |
| S16 | 1 | US-20070111399-$.DID. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/13 16:28 |
| S17 | 12 | ((Leonardus) near2 ("van Gemert")).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/13 17:28 |
| S18 | 6 | ((Emil) near2 (Israel)).INV. | US-PGPUB; USPAT; USOCR | ADJ | ON | 2015/10/13 17:30 |
| S19 | 20 | (US-20110198738-$ or US-20120028397-$ or US-20070132073-$ or US-20120248590-$ or US-20090129028-$ or US-20070238205-$ or US-20100001383-$ or US-20100129964-$ or US-20080079127-$ or US-20070018291-$ or US-20090218663-$ or US-20060033184-$ or US-20060035414-$ or US-20080102563-$ or US-20110037170-$ or US-20100301474-$).did. or (US-6294100-$ or US-6646339-$ or US-8643158-$ or US-7772036-$).did. | US-PGPUB; USPAT | ADJ | ON | 2015/10/13 17:38 |
| S20 | 13937 | (H01L21/4825, H01L21/56, H01L23/4952, H01L23/49541).cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 17:41 |
| S21 | 148 | S20 and lead frame and solder paste and (tape or carrier) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 17:42 |
| S22 | 1 | "13368755" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 18:29 |
| S23 | 13 | ("20120248590" \| "20120028397" \| "20100001383" \| "20060033184" \|20070238205 \| "20080102563" \| "20090129028").pn. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | ADJ | ON | 2015/10/13 20:39 |

| | | | IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S24 | 239 | 438/118.ccls. and 438/123.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 20:55 |
| S25 | 25 | S24 and solder paste | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 20:55 |
| S27 | 26 | S24 and carrier and (reflow$4 or re-flow$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 21:21 |
| S28 | 31 | "6638790" | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; IBM_TDB | ADJ | ON | 2015/10/13 21:22 |
| S29 | 1 | (12/894105).APP. | US-PGPUB; USOCR | ADJ | ON | 2015/10/13 21:48 |

## EAST Search History (Interference)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L56 | 16 | (lead frame and solder paste and reflow$4 and (carrier or tape or adhesive)).clm. | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 17:57 |
| L57 | 51 | (lead frame and solder and pad and reflow$4 and (carrier or tape or adhesive)).clm. | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 17:59 |
| L58 | 45 | 57 not 56 | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 17:59 |
| L61 | 15 | (leadframe and solder paste and reflow$4 and (carrier or tape or adhesive)).clm. | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 18:31 |
| L62 | 42 | (leadframe and solder and pad and reflow$4 and (carrier or tape or adhesive)).clm. | US-PGPUB; USPAT | ADJ | ON | 2015/10/14 18:31 |

**10/14/2015 8:05:58 PM**
**C:\Users\epeterson\Documents\EAST\Workspaces\14322656.wsp**

Case 7:25-cv-00505-DC-DTG    Document 42-6    Filed 06/30/26    Page 130 of 173



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

### CONFIRMATION NO. 4235

| SERIAL NUMBER 14/322,656 | FILING or 371(c) DATE 07/02/2014 RULE | CLASS 438 | GROUP ART UNIT 2822 | ATTORNEY DOCKET NO. 81626917US01 |
|---|---|---|---|---|

**APPLICANTS**
NXP B.V., Eindhoven, NETHERLANDS;

**INVENTORS**
Leonardus Antonius Elisabeth van Gemert, Nijmegen, NETHERLANDS;
Emil Casey Israel, Nijmegen, NETHERLANDS;

** CONTINUING DATA **************************

** FOREIGN APPLICATIONS **************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
07/16/2014

| Foreign Priority claimed ☐ Yes ☑ No  35 USC 119(a-d) conditions met ☐ Yes ☑ No  Verified and Acknowledged /ERIK T PETERSON/ Examiner's Signature | ☐ Met after Allowance ____ Initials | STATE OR COUNTRY NETHERLANDS | SHEETS DRAWINGS 6 | TOTAL CLAIMS 11 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|---|

**ADDRESS**

Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134
UNITED STATES

**TITLE**

EXPOSED DIE CLIP BOND POWER PACKAGE

| FILING FEE RECEIVED 1600 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees  ☐ 1.16 Fees (Filing)  ☐ 1.17 Fees (Processing Ext. of time)  ☐ 1.18 Fees (Issue)  ☐ Other _____  ☐ Credit |
|---|---|---|

BIB (Rev. 05/07).

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14322656 | VAN GEMERT ET AL. |
| | Examiner | Art Unit |
| | ERIK T PETERSON | 2822 |

**CPC**

| Symbol | | | | Type | Version |
|---|---|---|---|---|---|
| H01L | 21 | / | 4825 | F | 2013-01-01 |
| H01L | 23 | / | 49541 | I | 2013-01-01 |
| H01L | 23 | / | 4952 | I | 2013-01-01 |
| H01L | 21 | / | 56 | I | 2013-01-01 |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |
| | | / | | | |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

| /ERIK T PETERSON/<br>Examiner.Art Unit 2822<br><br>(Assistant Examiner) | 10/14/2015<br><br>(Date) | **Total Claims Allowed:**<br><br>10 | |
|---|---|---|---|
| /MARY WILCZEWSKI/<br>Primary Examiner.Art Unit 2822<br><br>(Primary Examiner) | 10/18/2015<br><br>(Date) | O.G. Print Claim(s)<br><br>1, 7 | O.G. Print Figure<br><br>1G |

U.S. Patent and Trademark Office        Part of Paper No. 20151014

| Issue Classification | Application/Control No.<br><br>14322656 | Applicant(s)/Patent Under Reexamination<br><br>VAN GEMERT ET AL. |
|---|---|---|
| | Examiner<br><br>ERIK T PETERSON | Art Unit<br><br>2822 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLAIMED | | | | | | | | NON-CLAIMED | | | | |
| 438 | 123 | H | 0 | 1 | L | 21 / 00 (2006.01.01) | | | | | | | | |
| CROSS REFERENCE(S) | | | | | | | | | | | | | | |
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | | | | | |
| 438 | 112 | 118 | 464 | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

| /ERIK T PETERSON/<br>Examiner.Art Unit 2822<br><br>(Assistant Examiner) | 10/14/2015<br><br>(Date) | Total Claims Allowed:<br><br>10 | |
|---|---|---|---|
| /MARY WILCZEWSKI/<br>Primary Examiner.Art Unit 2822<br><br>(Primary Examiner) | 10/18/2015<br><br>(Date) | O.G. Print Claim(s)<br><br>1, 7 | O.G. Print Figure<br><br>1G |

U.S. Patent and Trademark Office

Part of Paper No. 20151014

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14322656 | VAN GEMERT ET AL. |
| | **Examiner** | **Art Unit** |
| | ERIK T PETERSON | 2822 |

☒ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | | | | | | |
| 2 | 2 | | | | | | | | | | | | | | |
| 3 | 3 | | | | | | | | | | | | | | |
| 4 | 4 | | | | | | | | | | | | | | |
| 5 | 5 | | | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| 7 | 7 | | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |
| 10 | 10 | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| /ERIK T PETERSON/<br>Examiner.Art Unit 2822<br><br>(Assistant Examiner) | 10/14/2015<br><br>(Date) | **Total Claims Allowed:**<br><br>10 | |
|---|---|---|---|
| /MARY WILCZEWSKI/<br>Primary Examiner.Art Unit 2822<br><br>(Primary Examiner) | 10/18/2015<br><br>(Date) | O.G. Print Claim(s)<br><br>1, 7 | O.G. Print Figure<br><br>1G |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | | |
|---|---|---|---|---|
| Appln. No. | : | **14/322,656** | Confirmation No. | **4235** |
| Filing Date | : | **July 2, 2014** | | |
| First Inventor | : | **Van Gemert, Leonardus A. E.** | | |
| TC/A.U. | : | **2822** | | |
| Examiner | : | **PETERSON, Erik T.** | | |

| | | |
|---|---|---|
| Docket No. | : | **81626917US01** |
| Customer No. | : | **65913** |

| | | |
|---|---|---|
| Title | : | **EXPOSED DIE CLIP BOND POWER PACKAGE** |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**RESPONSE & AMENDMENT**
(After Notice of Allowance)

Sir/Madam:

In response to the Notice of Allowance, dated November 9, 2015, consideration of the following, is requested.

**Amendments to the Specification** begin on page **2** of this paper.

**Amendments to the Drawings** begin on page **4** of this paper.  Nine (9) replacement sheets follow the **Remarks/Arguments**.

**Amendments to the Claims** begin on page **5** of this paper.  A listing is presented for convenience.

**Remarks/Arguments** begin on page **8** of this paper.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated November 9, 2015
Office Action Response dated December 30, 2015

## AMENDMENTS TO SPECIFICATION

*In that certain amendments were made to the drawings, minor edits have been made to conform the Specification text to the replacement drawing sheets.*

*Please amend the paragraph, as shown.*

[0022] Refer to FIGS. 1A-1G and FIGS. 2A-2G.  FIGS. 1A-1G illustrate in a cross-section side view [[X-X']] X-X,' (that is, X-X' is 1A-1A,' 1B-1B,' 1C-1C,' *etc.*) of the corresponding FIGS. 2A-2G which are a top view perspective.  A carrier tape 120 is mounted into a carrier ring apparatus 110.  At predetermined device die locations 165, an array of device die 130 are bonded onto the carrier tape 120.  For example, as a two-sided adhesive carrier tape, REVALPHA® tape may be used.  REVALPHA is the trademark of the brand of thermal release sheet material for electronic component processing manufactured by Nitto Denko Corporation, Osaka, Japan.  At room temperature, the tape adheres securely.  With application of heat the tape loses its adhesion.  Depending upon a particular process the tape may be selected to release at 90°C, 120°C, 150°C or 170°C.

*Please amend the paragraph, as shown.*

[0028] After the lead frame 150 connections and wire bonds 160, if done, have been defined for the array of device die positions, the device die 130 and lead frame 150 are encapsulated in a molding compound 170.  Encapsulation may be accomplished with a map molding process in which the entire lead frame/device die array is entirely encapsulated in molding compound or encapsulation may be of individual device die 130 with a mold 170' consisting of separate device locations 5  Separate device locations 215.  Refer to FIGS. 1F-1G and FIGS. 2F-2G.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated November 9, 2015
Office Action Response dated December 30, 2015

*Please amend the paragraph, as shown.*

[0031] FIGS. 4A-4B depict packaged devices which had been separated by ~~punch singulation 5.~~ punch singulation 15. Punch singulation is appropriate for those devices encapsulated as individual device die during the molding process. After encapsulation, an apparatus having a plurality of cutting blades would cleave apart the packaged devices at predetermined package boundaries, as done with the saw cut of FIG. 3A-3B, in the vicinity mid-way from the edge of the second lead frame portion 455b and the second bend 465b. An example technique for punch singulation may be found in U.S. Patent Publication 2012/0184086 A1 (published July 19, 2012) titled, "Punch Singulation System and Method," of Hae Choon Yang *et al*, and is incorporated by reference in its entirety.

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated November 9, 2015**
**Office Action Response dated December 30, 2015**

## AMENDMENTS TO THE DRAWINGS

The drawings have been amended to correct minor typographical errors and to formalize them.  The nine (9) replacement sheets accompany this paper.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated November 9, 2015
Office Action Response dated December 30, 2015

## AMENDMENTS TO CLAIMS

*This listing supersedes any previous presentation.*

1.    (*Previously Presented*) A method for packaging an integrated circuit (IC) device, the method comprising:

mounting a plurality of active device die, into predetermined positions, onto a temporary carrier, each said active device die having bond pads, each of said active device die having a solderable conductive surface on its underside; and having been subjected to back-grinding to a prescribed thickness ;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching a lead frame to the temporary carrier, the lead frame having an array of device positions which correspond to the predetermined positions of the plurality of active device die, wherein upper lead frame portions contact the solder paste present on the bond pads and lower lead frame portions contact the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.

2. (*Original*) The method as recited in claim 1, wherein the lead frame is comprised of two or more lead frame strips of clips.

3. (*Original*) The method as recited in claim 1, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower lead frame portions adjacent to the additional bond pads.

4. (*Original*) The method as recited in claim 1, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated November 9, 2015
Office Action Response dated December 30, 2015

5. (*Original*) The method as recited in claim 1, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.


6. (*Original*) The method as recited in claim 1, wherein the solderable conductive surface includes: NiAu, Ni, Cu, Au, NiPdAu, AuSn, NiSn, CuSn, Ag, AgSn or alloys thereof.


7. (*Previously Presented*) A method for packaging an integrated circuit (IC) device from a semiconductor wafer substrate, the wafer substrate having a top-side surface with a plurality active device die defined thereon, and an under-side surface, the method comprising:

backgrinding the under-side surface of the wafer substrate to a prescribed thickness;

applying a solderable conductive surface to the under-side surface of the wafer substrate;

separating out the plurality active device die from the semiconductor wafer substrate, each of the active device die having bond pads, the bond pads providing electrical connection to circuit elements in the active device die;

mounting the plurality of active device die, into predetermined positions, onto a temporary carrier;

dispensing a solder paste onto the bond pads on the plurality active device die;

attaching individual lead frame portions to the temporary carrier and bond pads, wherein upper individual lead frame portions contact the solder paste present on the bond pads and lower individual lead frame portions contact the temporary carrier; and

reflowing the solder so that a connection is made between the upper lead frame portions and the bond pads of the plurality of active device die.


8. (*Original*) The method as recited in claim 7, wherein the temporary carrier is at least one of the following:

a carrier tape stretched in a carrier ring apparatus;

a carrier tape attached to a support plate.

Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235
Office Action dated November 9, 2015
Office Action Response dated December 30, 2015

9. (*Original*) The method as recited in claim 8, further comprising:

wire bonding from additional bond pads opposite the bond pads on each of the active device die to additional lower individual lead frame portions adjacent to the additional bond pads.

10. (*Original*) The method as recited in claim 8, further comprising:

encapsulating the plurality of active device die attached to the lead frame in a molding compound;

removing the temporary carrier; and

singulating the plurality of molded device die into individual devices.

11. (*Cancelled*)

**Application No. 14/322,656; Docket No.: 81626917US01; Conf. No. 4235**
**Office Action dated November 9, 2015**
**Office Action Response dated December 30, 2015**

## REMARKS

Claims 1-10 are pending.  Claim 11 has been cancelled.  Applicant has supplied replacement sheets of drawings to improve legibility and to put them into proper form. Portions of the Specification have minor edits to conform the text to the changes made in the drawings.


Conclusion

Applicant believes he has addressed the remaining matters in the case.  The application is ready to proceed to grant and issue.

No fees are believed to be due in connection with the filing of this paper.  If, however, the Commissioner deems otherwise, the Commissioner is authorized to charge fees now or hereafter due to Deposit Account No. **50-4019**.


Respectfully submitted,

Date:  *30 DEC 2015*            By:   */Peter Zawilski/*
                                     Peter Zawilski
                                     Reg. 43,305
                                     408-518-5540


Correspondence Address:
Intellectual Property & Licensing
**NXP B.V.**
411 E. Plumeria Drive; M/S-41
San José, CA 95134 USA

CUSTOMER NO. **65913**

REPLACEMENT SHEET

81626917US01

1/9



FIG. 1A



FIG. 1B



FIG. 1C



FIG. 1D

REPLACEMENT SHEET

81626917US01

2/9



FIG. 1E



FIG. 1F



FIG. 1G

REPLACEMENT SHEET

81626917US01

3/9



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D

REPLACEMENT SHEET

81626917US01

4/9



FIG. 2E



FIG. 2F



FIG. 2G

REPLACEMENT SHEET

81626917US01

5/9



FIG. 3A



FIG. 3B

REPLACEMENT SHEET

81626917US01

6/9



FIG. 4A



FIG. 4B

81626917US01

7/9



FIG. 5

REPLACEMENT SHEET

81626917US01

8/9



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E

81626917US01

9/9



670    620

610

# FIG. 6F



680    90

# FIG. 6G



600

610

# FIG. 6H



DIRECTION
OF PUNCH

95

615

97

# FIG. 6I



685

# FIG. 6J

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24493045 |
| **Application Number:** | 14322656 |
| **International Application Number:** | |
| **Confirmation Number:** | 4235 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Customer Number:** | 65913 |
| **Filer:** | Peter Zawilski |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 81626917US01 |
| **Receipt Date:** | 30-DEC-2015 |
| **Filing Date:** | 02-JUL-2014 |
| **Time Stamp:** | 14:54:58 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 81626917US01_312Amendment_2015-DEC-30.pdf | 130805<br>7b203efcf1e69aedbee60894ee18eff70a1171eb | yes | 8 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Specification | 2 | 3 |
| Drawings-only black and white line drawings | 4 | 4 |
| Claims | 5 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 8 |

| Warnings: | | | | |
|---|---|---|---|---|
| **Information:** | | | | |
| 2 | Drawings-only black and white line drawings | 81626917US01_ReplacementSheets_2015-DEC-30.pdf | 511332<br><br>126dec55ae4385317e0eeb7cf42986204687d13e | no | 9 |
| **Warnings:** | | | | |
| **Information:** | | | | |
| | | **Total Files Size (in bytes):** | 642137 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to: <u>Mail</u>**    <u>Mail</u>    **Mail Stop ISSUE FEE**
**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, Virginia 22313-1450**
or **Fax**    **(571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

65913        7590        11/09/2015

Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

|  | (Depositor's name) |
|---|---|
|  | (Signature) |

**Filed Electronically: EFS-Web**    (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

TITLE OF INVENTION: EXPOSED DIE CLIP BOND POWER PACKAGE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 02/09/2016 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PETERSON, ERIK T | 2822 | 438-123000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

**NXP B.V.**    **Eindhoven, Netherlands**

Please check the appropriate assignee category or categories (will not be printed on the patent) :    ☐ Individual    ☒ Corporation or other private group entity    ☐ Government

4a. The following fee(s) are submitted:

☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☒ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number **50-4019** (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

<u>NOTE:</u> Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

<u>NOTE:</u> If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

<u>NOTE:</u> Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature  _/Peter Zawilski/_    Date  **January 4, 2016**

Typed or printed name  **Peter S. Zawilski**    Registration No.  **43,305**

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14322656 |
| **Filing Date:** | 02-Jul-2014 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Filer:** | Peter Zawilski |
| **Attorney Docket Number:** | 81626917US01 |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Utility Appl Issue Fee | 1501 | 1 | 960 | 960 |
| Publ. Fee- Early, Voluntary, or Normal | 1504 | 1 | 0 | 0 |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **960** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24512354 |
| **Application Number:** | 14322656 |
| **International Application Number:** | |
| **Confirmation Number:** | 4235 |
| **Title of Invention:** | EXPOSED DIE CLIP BOND POWER PACKAGE |
| **First Named Inventor/Applicant Name:** | Leonardus Antonius Elisabeth van Gemert |
| **Customer Number:** | 65913 |
| **Filer:** | Peter Zawilski |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 81626917US01 |
| **Receipt Date:** | 04-JAN-2016 |
| **Filing Date:** | 02-JUL-2014 |
| **Time Stamp:** | 13:16:11 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $960 |
| RAM confirmation Number | 9033 |
| Deposit Account | 504019 |
| Authorized User | ZAWILSKI, PETER S. |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 81626917US01_IssueFee-PTO-85B_2016-JAN-04.pdf | 361187 <br> 349ad2f827d4f1e43051fba19a052056c3b86ad1 | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 32680 <br> 4ef1c2e67650387f959d23004d2a8c42209140f0 | no | 2 |

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 393867 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 |

CONFIRMATION NO. 4235

65913
Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

PUBLICATION NOTICE


*OC000000079762900*

**Title:** EXPOSED DIE CLIP BOND POWER PACKAGE

**Publication No.** US-2016-0005626-A1
**Publication Date:** 01/07/2016

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

# UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 | 4235 |

65913          7590          01/22/2016
Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

| EXAMINER |
|---|
| PETERSON, ERIK T |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2822 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 01/22/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ip.department.us@nxp.com

PTOL-90A (Rev. 04/07)

| **Response to Rule 312 Communication** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 14/322,656 | VAN GEMERT ET AL. |
| | **Examiner** | **Art Unit** |
| | Erik T.K. Peterson | 2822 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

1. ☒ The amendment filed on *30 December 2015* under 37 CFR 1.312 has been considered, and has been:

a) ☒   entered.

b) ☐   entered as directed to matters of form not affecting the scope of the invention.

c) ☐   disapproved because the amendment was filed after the payment of the issue fee.
      Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

d) ☐   disapproved.  See explanation below.

e) ☐   entered  in part. See explanation below.

| | |
|---|---|
| /M. Wilczewski/<br>Primary Examiner, Art Unit 2822 | /Erik T.K. Peterson/<br>Examiner, Art Unit 2822 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

Appln. No.      : **14/322,656**      Confirmation No.  **4235**
Filing Date      : **July 2, 2014**
First Inventor   : **Van Gemert, Leonardus A. E.**
TC/A.U.       : **2822**
Examiner      : **PETERSON, Erik T.**

Docket No.     : **81626917US01**
Customer No.   : **65913**

Title          : **EXPOSED DIE CLIP BOND POWER PACKAGE**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

<strong><u>RESPONSE &amp; AMENDMENT</u></strong><br>(After Notice of Allowance)

Sir/Madam:

In response to the Notice of Allowance, dated November 9, 2015, consideration of the following, is requested.

      **Amendments to the Specification** begin on page **2** of this paper.

      **Amendments to the Drawings** begin on page **4** of this paper.  Nine (9) replacement sheets follow the **Remarks/Arguments**.

      **Amendments to the Claims** begin on page **5** of this paper.  A listing is presented for convenience.

      **Remarks/Arguments** begin on page **8** of this paper.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/322,656 | 02/16/2016 | 9263299 | 81626917US01 | 4235 |

65913        7590        01/27/2016
Intellectual Property and Licensing
NXP B.V.
411 East Plumeria Drive, MS41
SAN JOSE, CA 95134

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Leonardus Antonius Elisabeth van Gemert, Nijmegen, NETHERLANDS;
NXP B.V., Eindhoven, NETHERLANDS;
Emil Casey Israel, Nijmegen, NETHERLANDS;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

PTO/AIA/96 (11-23)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

First Named Inventor/Patent Owner: Chip Packaging Technologies, LLC

Application No./Patent No.: 9,263,299         Filed/Issue Date: 2016-02-16

Titled: ESPOSED DIE CLIP BOND POWER PACKAGE

Chip Packaging Technologies, LLC         , a  Limited Liability Corporation

(Name of Assignee)         (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✔] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

   [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest must be submitted to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest must be submitted to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached*.

B. [✔] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Inventors         To: NXP B.V.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 033234, Frame 0902, or for which a copy thereof is attached*.

   2. From: NXP B.V.         To: Chip Packaging Technologies, LLC

      The document was recorded in the United States Patent and Trademark Office at
      Reel 068542, Frame 0027, or for which a copy thereof is attached*.

[Page 1 of 2]

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 12 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (11-23)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: _____  To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel _____, Frame _____, or for which a copy thereof is attached*.

4. From: _____  To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel _____, Frame _____, or for which a copy thereof is attached*.

5. From: _____  To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel _____, Frame _____, or for which a copy thereof is attached*.

6. From: _____  To: _____

The document was recorded in the United States Patent and Trademark Office at

Reel _____, Frame _____, or for which a copy thereof is attached*.

☐ Additional documents in the chain of title are listed on a supplemental sheet(s).

☑ *As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

| /Corey Tumey/ | 2025-02-28 |
|---|---|
| Signature | Date |
| Corey S. Tumey | 57,079 |
| Printed or Typed Name | Title or Registration Number |

[Page 2 of 2]

## Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013). https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **14/322,656** | **02/28/2025 06:50:15 PM Z ET** | **81626917US01** |

## Title of Invention

EXPOSED DIE CLIP BOND POWER PACKAGE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | 9263299 |
| CONFIRMATION # | 4235 | FILED BY | JANEAN HARGIS |
| PATENT CENTER # | 69393311 | FILING DATE | 07/02/2014 |
| CUSTOMER # | 65913 | FIRST NAMED INVENTOR | Leonardus Antonius Elisabeth van Gemert |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Corey Tumey |

## Documents

## TOTAL DOCUMENTS: 2

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| 2010-03700-POA.pdf | 4 | Power of Attorney | 252 KB |
| 2010-03700-373 statement.pdf | 3 | Assignee showing of ownership per 37 CFR 3.73 | 228 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| 2010-03700-POA.pdf | 40F4F0F9CE49EA6919FCE17F6DA2A9882C43F2E0FD5D86CC54D18654753E4795E74CEFA24F6DD30498BA3756ED94E533B7A498C8C2C5230A8239607BD745F917 |
| 2010-03700-373 statement.pdf | 85445909DB338FC3FC37B9AC7D6E11C8BA8D5EE5B0F36B0F1C83C3DBCBFF7594FCF71EF4536D3FAD924D4BB73C9D14C |

0B71F22FF35E5BFDF5BAE6D36485D125F

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Docusign Envelope ID: 9791BD69-D051-47B7-86BA-8D9060CCF29B

CTLG POA

# POWER OF ATTORNEY - PATENT

## PTO/AIA/81A
(modified)

I hereby revoke all previous powers of attorney given in the patents listed below.

| Patent No. | Issued Date | Title | CTLG Docket No. |
|---|---|---|---|
| 10,381,295 | 8/13/2019 | LEAD FRAME HAVING REDISTRIBUTION LAYER | 2010-00100 |
| 10,217,700 | 2/26/2019 | LEAD FRAME FOR INTEGRATED CIRCUIT DEVICE HAVING J-LEADS AND GULL WING LEADS | 2010-00200 |
| 10,431,534 | 10/1/2019 | PACKAGE WITH SUPPORT STRUCTURE | 2010-00300 |
| 10,566,268 | 2/18/2020 | PACKAGE TO DIE CONNECTION SYSTEM AND METHOD THEREFOR | 2010-00400 |
| 11,498,829 | 11/15/2022 | NO-GEL PRESSURE SENSOR PACKAGE | 2010-00500 |
| 11,760,623 | 9/19/2023 | NO-GEL PRESSURE SENSOR PACKAGE | 2010-00501 |
| 9,548,263 | 1/17/2017 | SEMICONDUCTOR DEVICE PACKAGE FOR DEBUGGING AND RELATED FABRICATION METHODS | 2010-00600 |
| 9,299,646 | 3/29/2016 | LEAD FRAME WITH POWER AND GROUND BARS | 2010-00700 |
| 9,613,941 | 4/4/2017 | EXPOSED DIE POWER SEMICONDUCTOR DEVICE | 2010-00800 |
| 9,299,645 | 3/29/2016 | SEMICONDUCTOR DEVICE HAVING LEAD FRAME WITH NOTCHED INNER LEADS | 2010-00900 |
| 9,196,578 | 11/24/2015 | COMMON PIN FOR MULTI-DIE SEMICONDUCTOR PACKAGE | 2010-01000 |
| 8,536,684 | 9/17/2013 | METHOD OF ASSEMBLING SHIELDED INTEGRATED CIRCUIT DEVICE | 2010-01100 |
| 8,394,713 | 3/12/2013 | METHOD OF IMPROVING ADHESION OF BOND PAD OVER PAD METALLIZATION WITH A | 2010-01200 |

Docusign Envelope ID: 9791BD69-D051-47B7-86BA-8D9069CCF29B

CTLG POA

| | | | |
|---|---|---|---|
| | | NEIGHBORING PASSIVATION LAYER BY DEPOSITING A PALLADIUM LAYER | |
| 8,716,846 | 5/6/2014 | PRESSURE SENSOR AND METHOD OF PACKAGING SAME | 2010-01300 |
| 8,802,474 | 8/12/2014 | PRESSURE SENSOR AND METHOD OF PACKAGING SAME | 2010-01301 |
| 8,859,336 | 10/14/2014 | METHOD OF PACKAGING SEMICONDUCTOR DIE WITH CAP ELEMENT | 2010-01400 |
| 8,890,308 | 11/18/2014 | INTEGRATEDCIRCUIT PACKAGE AND METHOD OF FORMING THESAME | 2010-01500 |
| 8,810,020 | 8/19/2014 | SEMICONDUCTOR DEVICE WITH REDISTRIBUTED CONTACTS | 2010-01600 |
| 8,836,105 | 9/16/2014 | SEMICONDUCTOR DEVICE PACKAGE WITH CAP ELEMENT | 2010-01700 |
| 9,093,438 | 7/28/2015 | SEMICONDUCTOR DEVICE PACKAGE WITH CAP ELEMENT | 2010-01701 |
| 8,643,189 | 2/4/2014 | PACKAGED SEMICONDUCTOR DIE WITH POWER RAIL PADS | 2010-01800 |
| 9,159,643 | 10/13/2015 | MATRIX LID HEATSPREADER FOR FLIP CHIP PACKAGE | 2010-01900 |
| 9,640,469 | 5/2/2017 | MATRIX LID HEATSPREADER FOR FLIP CHIP PACKAGE | 2010-01901 |
| 8,790,964 | 7/29/2014 | POWER TRANSISTOR WITH HEAT DISSIPATION AND METHOD THEREFORE | 2010-02000 |
| 9,129,930 | 9/8/2015 | POWER TRANSISTOR WITH HEAT DISSIPATION AND METHOD THEREFORE | 2010-02001 |
| 9,685,351 | 6/20/2017 | WIRE BOND MOLD LOCK METHOD AND STRUCTURE | 2010-02100 |
| 9,676,611 | 6/13/2017 | SENSOR DEVICE PACKAGES AND RELATED FABRICATION METHODS | 2010-02200 |
| 9,190,352 | 11/17/2015 | MULTI-DIE SENSOR DEVICE | 2010-02300 |
| 9,064,838 | 6/23/2015 | HEAT SPREADER FOR INTEGRATED CIRCUIT DEVICE | 2010-02400 |

Docusign Envelope ID: 9791BD69-D051-47B7-86BA-8D9069CCF29B

CTLG POA

| | | | |
|---|---|---|---|
| 9,305,898 | 4/5/2016 | SEMICONDUCTOR DEVICE WITH COMBINED POWER AND GROUND RING STRUCTURE | 2010-02500 |
| 9,297,713 | 3/292016 | PRESSURE SENSOR DEVICE WITH THROUGH SILICON VIA | 2010-02600 |
| 9,355,945 | 5/31/2016 | SEMICONDUCTOR DEVICE WITH HEAT- DISSIPATING LEAD FRAME | 2010-02700 |
| 9,362,212 | 6/7/2016 | INTEGRATED CIRCUIT PACKAGE HAVING SIDE AND BOTTOM CONTACT PADS | 2010-02800 |
| 9,449,901 | 9/20/2016 | LEAD FRAME WITH DEFLECTING TIE BAR FOR IC PACKAGE | 2010-02900 |
| 10,151,658 | 12/11/2018 | DIAPHRAGM LID CONSTRUCTION FOR PRESSURE SENSOR PACKAGES APPLICATION | 2010-03000 |
| 10,364,140 | 7/30/2019 | INTEGRATING DIVERSE SENSORS IN A SINGLE SEMICONDUCTOR DEVICE | 2010-03100 |
| 11,021,363 | 6/1/2021 | INTEGRATING DIVERSE SENSORS IN A SINGLE SEMICONDUCTOR DEVICE | 2010-03101 |
| 8,736,034 | 5/27/2014 | LEAD-FRAME CIRCUIT PACKAGE | 2010-03200 |
| 7,772,036 | 8/10/2010 | LEAD FRAME BASED, OVER-MOLDED SEMICONDUCTOR PACKAGE WITH INTEGRATED THROUGH HOLE TECHNOLOGY (THT) HEAT SPREADER PIN(S) AND ASSOCIATED METHOD OF MANUFACTURING | 2010-03300 |
| 8,659,146 | 2/25/2014 | LEAD FRAME BASED, OVER-MOLDED SEMICONDUCTOR PACKAGE WITH INTEGRATED THROUGH HOLE TECHNOLOGY (THT) HEAT SPREADER PIN(S) AND ASSOCIATED METHOD OF MANUFACTURING | 2010-03301 |
| 8,427,797 | 4/23/2013 | ESD NETWORKS FOR SOLDER BUMP INTEGRATED CIRCUITS | 2010-03401 |

Page 3 of 4

| 8,258,611 | 9/4/2012 | A LEADFRAME STRUCTURE FOR ELECTRONIC DEVICES | 2010-03500 |
|---|---|---|---|
| 8,895,357 | 11/25/2014 | INTEGRATED CIRCUIT AND METHOD OF MANUFACTURING THE SAME | 2010-03600 |
| 9,263,299 | 2/16/2016 | EXPOSED DIE CLIP BONDED PACKAGE | 2010-03700 |
| 9,653,414 | 5/16/2017 | SHIELDED QFN PACKAGE AND METHOD OF MAKING | 2010-03800 |
| 10,096,555 | 10/9/2018 | SHIELDED QFN PACKAGE AND METHOD OF MAKING | 2010-03801 |
| 10,192,837 | 1/29/2019 | MULTI-VIA REDISTRIBUTION LAYER FOR INTEGRATED CIRCUITS HAVING SOLDER BALLS | 2010-03900 |
| 8,013,452 | 9/6/2011 | WIRE-BOUND SEMICONDUCTOR COMPONENT WITH REINFORCED INNER CONNECTION METALIZATION | 2010-04000 |

I hereby appoint the Patent Practitioner(s), associated with the Customer Number: **159588**, as my/our attorney(s) or agent(s) with respect to the above-identified patents, and to transact all business in the United States Patent and Trademark Office connected therewith.

Please change the correspondence address for the above-identified patents to the address associated with the above-mentioned Customer Number.

I am the Patent Owner: Chip Packaging Technologies, LLC.

### Signature of Patent Owner

The undersigned (whose title is supplied below) is authorized to act on behalf of the Patent Owner.

Signed by:

Mark Roche

FC80BD2DA2F742B...

_____
Mark Roche
Member – Authorized Signor
Chip Packaging Technologies, LLC
Patent Owner

11/19/2024

_____
Date



UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/322,656 | 07/02/2014 | Leonardus Antonius Elisabeth van Gemert | 81626917US01 |

**CONFIRMATION NO. 4235**

159588
C. Tumey Law Group PLLC
C. Tumey Law
PO Box 890226
Houston, TX 77062-9998

**POA ACCEPTANCE LETTER**

*OC000000086123051*

Date Mailed: 03/24/2025

# NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/28/2025.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ngfissha/