# EXHIBIT I

**Nitto**
Innovation for Customers

# Thermal Release Sheet for Electronic Component Processing
# REVALPHA™



## Tightly adheres and can easily be peeled off just by heating; perfect for temporary fixing.

The thermal release tape "REVALPHA™" is a unique adhesive tape that adheres tightly at room temperature and can easily be peeled off just by heating. The tape contributes significantly to automation/laborsaving of various electronic component manufacturing processes.

## Features

- Adheres just like any normal adhesive tape at room temperature; can easily be peeled off when necessary by just heating.
- Various shapes available such as in sheets, rolls and labelers.
- Available to select temperatures for releasing.
- Contributes to automation/laborsaving since the tape can be removed at a uniform temperature.
- Does not damage substrates upon tape removal.

Example of changes i adhesive strength by temperatures

ST_CPT_00147345



Example of heating method

Standard condition of heating : 100-120℃ × 1min.



*1  Available 120℃, 150℃ or 170℃ type.

The best heating condition of this product will differ depending on your using methods. For details, please contact our technical support or Sales Division.

# List of Nitto's hold patent (REVALPHA) (2026.March)

Registered Patent (Japan)

・Patent No.5036270・Patent No.5349803・Patent No.5479151・Patent No.5572418・Patent No.5689336

・Patent No.5700466・Patent No.5778721・Patent No.5801010・Patent No.5921927・Patent No.6000595

・Patent No.6000958・Patent No.6054208・Patent No.6151679・Patent No.6448333・Patent No.6525779

・Patent No.6587811・Patent No.6624825・Patent No.6712916・Patent No.6783570・Patent No.6790032

・Patent No.6908395・Patent No.7133355・Patent No.7224818・Patent No.7490838・Patent No.7568825

ST_CPT_00147346

・Patent No.7574320・Patent No.7600272・Patent No.7652879・Patent No.7652880・Patent No.7710985

・Patent No.7710986・Patent No.7731413・Patent No.7736443・Patent No.7744994

## Structure



## Applications

- For electronic component manufacturing processes.
- For various temporary fixing.



Back to product category list          Back to product detail list

# Related products



Fluoroplastic (PTFE) Film with Excellent Heat Resistance, Mold Release, Insulation, Chemical Resistance.



Semiconductor Production Process Film NITOFLON™

ST_CPT_00147347



### Multi-purpose Curing Tape

A new type of curing tape suitable for various purposes.



### Vinyl Tape for Electric Insulation

Insulation tape for CRT degaussing coils boasts the world's No.1 share.



### Surface Protective Materials

Masking/surface protection material developed for leading-edge electronics and optical fields.

See more related products

---

## Contact Us

**For inquiries about products.**

> E-mail

Business Hours(Japan time) 9:00-17:30 Except for Sat, Sun, and Holidays

Global Site ▣

Adobe Reader is required to view PDF files.
If not yet installed, please download it from the **Adobe website.** ▣

# Find Products from Other Categories

**Industrial Tape**

| | | |
|---|---|---|
| Double Sided Tape | Surface Protective Film | Sealing Materials |
| Masking Tape | Materials for Housing and Construction | Semiconductor Manufacturing Process Products |
| **Tape for Electrical and Electronic Equipment** | Fluoroplastic Sheets and Tape NITOFLON™ | Fluoroplastic Porous Film TEMISH™ |
| Porous Sheet/Breathable Material | Packaging Tape | Functional Thermal Transfer System |

ST_CPT_00147348

**Optronics**

FPD/Touch Panel Related Products

Flexible Printed Circuit Boards

**Human Life**

Membrane Products

Medical Products

Hygiene

**New Products/Technologies**

Flex Sensing

Environment Technology

Electric Debonding Tape

# Related Information



Nitto Library



FAQ about Products

©Nitto Denko Corporation. 2026 All rights reserved.

ST_CPT_00147349