# EXHIBIT J

# McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS

## Sixth Edition

**McGraw-Hill**

New York    Chicago    San Francisco
Lisbon    London    Madrid    Mexico City
Milan    New Delhi    San Juan    Seoul    Singapore    Sydney    Toronto

ST_CPT_00147337

**On the cover:** Representation of a fullerene molecule with a noble gas atom trapped inside. At the Permian-Triassic sedimentary boundary the noble gases helium and argon have been found trapped inside fullerenes. They exhibit isotope ratios quite similar to those found in meteorites, suggesting that a fireball meteorite or asteroid exploded when it hit the Earth, causing major changes in the environment. *(Image copyright © Dr. Luann Becker. Reproduced with permission.)*

Over the six editions of the Dictionary, material has been drawn from the following references: G. M. Garrity et al., *Taxonomic Outline of the Procaryotes*, Release 2, Springer-Verlag, January 2002; D. W. Linzey, *Vertebrate Biology*, McGraw-Hill, 2001; J. A. Pechenik, *Biology of the Invertebrates*, 4th ed., McGraw-Hill, 2000; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, Department of Defense, 1967; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, National Aeronautics and Space Administration, 1965; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *ADP Glossary*, Department of the Navy, NAVSO P-3097; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
### Sixth Edition

Copyright © 2003, 1994, 1989, 1984, 1978, 1976, 1974 by The McGraw-Hill Companies, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0    DOW/DOW    0 8 7 6 5 4 3 2

ISBN 0-07-042313-X

### Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms--6th ed.
  p.    cm.
  ISBN 0-07-042313-X (alk. paper)
  1. Science--Dictionaries.   2. Technology--Dictionaries.   I. Title: Dictionary of scientific and technical terms.

Q123.M15      2002
503—dc21                                          2002026436

ST_CPT_00147338

**Diapensiaceae**

**Diapensiaceae** [BOT] The single family of the Diapensiales, an order of flowering plants. { ,dī·ə,pen·sē'ās·ē,ē }

**Diapensiales** [BOT] A monofamilial order of dicotyledonous plants in the subclass Dilleniidae comprising certain herbs and dwarf shrubs in temperate and arctic regions of the Northern Hemisphere. { ,dī·ə,pen·sē'ā·lēz }

**Diaphanocephalidae** [INV ZOO] A family of parasitic roundworms belonging to the Strongyloidea; snakes are the principal host. { di¦af·ə·nō·sə'fal·ə,dē }

**Diaphanocephaloidea** [INV ZOO] A superfamily of nematodes represented by a single family, Diaphanocephalidae, distinguished by the modification of the stoma into two massive lateral jaws and the absence of a corona radiata or lips. { di¦af·ə·nō,sef·ə'lóid·ē· pp }

**diaphone** [NAV] A fog signal device that produces sounds similar to a siren and uses a reciprocating piston actuated by compressed air. { 'dī·ə,fōn }

**diaphorase** [BIOCHEM] Mitochondrial flavoprotein enzymes which catalyze the reduction of dyes, such as methylene blue, by reduced pyridine nucleotides such as reduced diphosphopyridine nucleotide. { dī'af·ə,rās }

**diaphorite** [MINERAL] PB₂Ag₃Sb₃S₈ A gray-black orthorhombic mineral consisting of sulfide of lead, silver, and antimony, occurring in crystals. Also known as ultrabasite. { dī'af·ə,rīt }

**diaphragm** [ANAT] The dome-shaped partition composed of muscle and connective tissue that separates the abdominal and thoracic cavities in mammals. [ELECTROMAG] See iris. [ENG] A thin sheet placed between parallel parts of a member of structural steel to increase its rigidity. [ENG ACOUS] A thin, flexible sheet that can be moved by sound waves, as in a microphone, or can produce sound waves when moved, as in a loudspeaker. [OPTICS] Any opening in an optical system which controls the cross section of a beam of light passing through it, to control light intensity, reduce aberration, or increase depth of focus. Also known as lens stop. [PHYS] 1. A separating wall or membrane, especially one which transmits some substances and forces but not others. 2. In general, any opening, sometimes adjustable in size, which is used to control the flow of a substance or radiation. { 'dī·ə,fram }

**diaphragmatic hernia** [MED] Protrusion of an abdominal organ through the diaphragm into the thoracic cavity. { ¦di·ə,frag¦mad·ik 'hər·nē·ə }

**diaphragmatic respiration** [PHYSIO] Respiration effected primarily by movement of the diaphragm, changing the intrathoracic pressure. { ¦di·ə,frag¦mad·ik ,res·pə'rā·shən }

**diaphragm cell** [CHEM ENG] An electrolytic cell used to produce sodium hydroxide and chlorine from sodium chloride brine; porous diaphragm separates the anode and cathode compartments. { 'dī·ə,fram ,sel }

**diaphragm compressor** [MECH ENG] Device for compression of small volumes of a gas by means of a reciprocally moving diaphragm, in place of pistons or rotors. { 'dī·ə,fram kəm'pres·ər }

**diaphragmed pith** [BOT] Pith in which plates or nests of sclerenchyma may be interspersed with the parenchyma. { ,dī·ə,framd 'pith }

**diaphragm gage** [ENG] Pressure- or vacuum-sensing instrument in which pressures act against opposite sides of an enclosed diaphragm that consequently moves in relation to the difference between the two pressures, actuating a mechanical indicator or electric-electronic signal. { 'dī·ə,fram ,gāj }

**diaphragm horn** [ENG ACOUS] A horn that produces sound by means of a diaphragm vibrated by compressed air, steam, or electricity. { 'dī·ə,fram ,hórn }

**diaphragm jig** [MIN ENG] A jig having a flexible diaphragm to pulse water; used in gravity concentration of minerals. { 'dī·ə,fram ,jig }

**diaphragm meter** [ENG] A flow meter which uses the movement of a diaphragm in the measurement of a difference in pressure created by the flow, such as a force-balance-type or a deflection-type meter. { 'dī·ə,fram ,mēd·ər }

**diaphragm pump** [MECH ENG] A metering pump which uses a diaphragm to isolate the operating parts from pumped liquid in a mechanically actuated diaphragm pump, or from hydraulic fluid in a hydraulically actuated diaphragm pump. { 'dī·ə,fram ,pəmp }

**diaphragm setting** [OPTICS] The position of a camera's diaphragm after opening or closing it. { 'dī·ə,fram ,sed·iŋ }

**diaphragm valve** [ENG] A fluid valve in which the open-close element is a flexible diaphragm; used for fluids containing suspended solids, but limited to low-pressure systems. { 'dī·ə,fram ,valv }

**diaphthoresis** See retrograde metamorphism. { dī¦af·thə'rē·səs }

**diaphthorite** [PETR] Schistose rocks in which minerals have formed by retrograde metamorphism. { dī'af·thə,rīt }

**diaphyseal aclasis** See multiple hereditary exostoses. { dī'af·sē·əl 'ak·lə·səs }

**diaphysis** [ANAT] The shaft of a longbone. { dī'af·ə·səs }

**diapir** [GEOL] A dome or anticlinal fold in which a mobile plastic core has ruptured the more brittle overlying rock. Also known as diapiric fold; piercement dome; piercing fold. { 'dī·ə,pir }

**diapiric fold** See diapir. { ¦dī·ə¦pir·ik 'fōld }

**diapophysis** [ANAT] The articular portion of a transverse process of a vertebra. { ,dī·ə'päf·ə·səs }

**diapositive** See projection slide. { ,dī·ə'päz·əd·iv }

**Diapriidae** [INV ZOO] A family of hymenopteran insects in the superfamily Proctotrupoidea. { ,dī·ə'prī·ə,dē }

**diarch** [BOT] Of a plant, having two protoxylem points or groups. { 'dī,ärch }

**diarrhea** [MED] The passage of loose or watery stools, usually at more frequent than normal intervals. { ,dī·ə'rē·ə }

**diarsine** [ORG CHEM] An arsenic compound containing an As-As bond with the general formula (R₂As)₂, where R represents a functional group such as CH₃. { dī'är,sēn }

**diarthrosis** [ANAT] A freely moving articulation, characterized by a synovial cavity between the bones. { ¦dī·är'thrō·səs }

**diarylamine** [ORG CHEM] A molecule that contains an amine group and two aryl groups joined to the amino nitrogen. { ¦dī·ə'ril·ə,mēn }

**diaspore** [MINERAL] AlO(OH) A mineral composed of some bauxites occurring in white, lamellar masses; crystallizes in the orthorhombic system. { 'dī·ə,spór }

**diasporometer** [OPTICS] Oppositely rotating wedges used in optical rangefinders to obtain deviation of the axis of the image. { ¦dī·ə·spór'äm·əd·ər }

**diastase** [BIOCHEM] An enzyme that catalyzes the hydrolysis of starch to maltose. Also known as vegetable diastase. { 'di·ə,stās }

**diastasis** [MED] Any simple separation of parts normally joined together, as the separation of an epiphysis from the body of a bone without true fracture, or the dislocation of an amphiarthrosis. [PHYSIO] The final phase of diastole, the phase of slow ventricular filling. { dī'as·tə·səs }

**diastem** [GEOL] A temporal break between adjacent geologic strata that represents nondeposition or local erosion but not a change in the general regimen of deposition. { 'dī·ə,stem }

**diastema** [ANAT] A space between two types of teeth, as between an incisor and premolar. [CYTOL] Modified cytoplasm of the equatorial plane prior to cell division. { ,dī·ə'stē·mə }

**diastereoisomer** [ORG CHEM] One of a pair of optical isomers which are not mirror images of each other. Also known as diastereomer. { ¦dī·ə,ster·ē·ō'ī·sə· mər }

**diastereomer** See diastereoisomer. { ¦dī·ə¦ster·ē'ō·ınər }

**diastereotopic ligand** [ORG CHEM] A ligand whose replacement or addition gives rise to diastereomers. { ¦dī·ə,ster·ē·ə'täp·ik 'līg·ənd }

**diastole** [PHYSIO] The rhythmic relaxation and dilation of a heart chamber, especially a ventricle. { dī'as·tə·lē }

**diastolic pressure** [PHYSIO] The lowest arterial blood pressure during the cardiac cycle; reflects relaxation and dilation of a heart chamber. { ¦dī·ə¦stäl·ik 'presh·ər }

**diastrophism** [GEOL] 1. The general process or combination of processes by which the earth's crust is deformed. 2. The results of this deforming action. { dī'as·trə,fiz·əm }

**diathermanous** [PHYS] Capable of transmitting radiant heat. Also known as diathermic. { ¦dī·ə¦thər·mə·nəs }

**diathermic** See diathermanous. { ¦dī·ə¦thər·mik }

**diathermous envelope** [THERMO] A surface enclosing a thermodynamic system in equilibrium that is not an adiabatic envelope; intuitively, this means that heat can flow through the surface. { ¦dī·ə¦thər·məs 'en·və,lōp }

**diathermy** [MED] The therapeutic use of high-frequency

**last-mask read-only memory** [COMPUT SCI] A read-only memory in which the final mask used in the fabrication process determines the connections to the internal transistors, and these connections in turn determine the data pattern that will be read out when the cell is accessed. Also known as contact-mask read-only memory. { 'last ¦mask ¦rēd ¦ōn·lē 'mem·rē }

**last quarter** [ASTRON] The phase of the moon at western quadrature, half of the illuminated hemisphere being visible from the earth; has the characteristic half-moon shape. { 'last 'kwȯrd·ər }

**latch** [ELECTR] An electronic circuit that reverses and maintains its state each time that power is applied. [ENG] **1.** Any of various closing devices on a door that fit into a hook, notch, or cavity in the frame. **2.** In plastics fabrication, a device used to hold together the two members of a mold. [MIN ENG] To make an underground survey with a dial and chain, or to mark out upon the surface, with the same instruments, the position of the workings underneath. { lach }

**latch bolt** [DES ENG] A self-acting spring bolt with a beveled head. { 'lach ¦bōlt }

**latch-in relay** [ELEC] A relay that maintains its contacts in the last position assumed, even without coil energization. { 'lach¦in 'rē¦lā }

**latch needle** [TEXT] A fine steel needle for machine knitting which has at its ends a butt and a short hook with a latch. { 'lach ¦nēd·əl }

**latch-up phenomenon** [ELECTR] In a bipolar or MOS integrated circuit, the generation of photocurrents by ionizing radiation which can provide a trigger signal for a parasitic *pnpn* circuit and possibly result in permanent damage or operational failure if the circuit remains in this state. { 'lach ¦ap fə¦näm·ə¦nän }

**late binding** [COMPUT SCI] The assignment of data types (such as integer or string) to variables at the time of execution of a computer program, rather than during the compilation phase. { ¦lāt 'bīnd·iŋ }

**late blight** [PL PATH] A fungus blight disease in which symptoms do not appear until late in the growing season and vary for different species. { 'lāt ¦blīt }

**late gene** [GEN] Any gene expressed after the onset of deoxyribonucleic acid replication in viruses or eukaryotes. { 'lāt ¦jēn }

**latency** [COMPUT SCI] The waiting time between the order to read/write some information from/to a specified place and the beginning of the data-read/write operation. [MED] The stage of an infectious disease, other than the incubation period, in which there are neither clinical signs nor symptoms. [PHYSIO] The period between the introduction of and the response to a stimulus. [PSYCH] The phase between the Oedipal period and adolescence, characterized by an apparent cessation of psychosexual development. { 'lat·ən·sē }

**latent bud** [BOT] An axillary bud whose development is inhibited, sometimes for many years, due to the influence of apical and other buds. Also known as dormant bud. { 'lāt·ənt 'bəd }

**latent defect** [IND ENG] A flaw or other imperfection in any article which is discovered after delivery; usually, latent defects are inherent weaknesses which normally are not detected by examination or routine tests, but which are present at time of manufacture and are aggravated by use. { 'lāt·ənt 'dē¦fekt }

**latent failure** [NAV] An undetected degradation in the operation of a navigational aid. { ¦lāt·ənt 'fāl·yər }

**latent heat** [THERMO] The amount of heat absorbed or evolved by 1 mole, or a unit mass, of a substance during a change of state (such as fusion, sublimation or vaporization) at constant temperature and pressure. { 'lāt·ənt 'hēt }

**latent heat of fusion** *See* heat of fusion. { 'lāt·ənt ¦hēt əv 'fyü·zhən }

**latent heat of sublimation** *See* heat of sublimation. { 'lāt·ənt ¦hēt əv ¦səb·lə'mā·shən }

**latent heat of vaporization** *See* heat of vaporization. { 'lāt·ənt ¦hēt əv ¦vā·pə·rə'zā·shən }

**latent Herschel effect** *See* Herschel effect. { 'lāt·ənt 'hər·shəl i¦fekt }

**latent homosexuality** [PSYCH] Homosexual tendencies present in the unconscious but not felt or expressed overtly. { 'lāt·ənt ¦hō·mō·sek·shə'wal·əd·ē }

**latent image** [GRAPHICS] An invisible image produced by the physical or chemical effects of light on the individual crystals (usually silver halide) of photographic emulsions; the development process makes the image visible, in the negative. { 'lāt·ənt 'im·ij }

**latent instability** [METEOROL] The state of that portion of a conditionally unstable air column lying above the level of free convection; latent instability is released only if an initial impulse on a parcel gives it sufficient kinetic energy to carry it through the layer below the level of free convection, within which the environment is warmer than the parcel. { 'lāt·ənt ¦in·stə'bil·əd·ē }

**latent load** [MECH ENG] Cooling required to remove unwanted moisture from an air-conditioned space. { 'lāt·ənt ¦lōd }

**latent period** [MED] Any stage of an infectious disease in which there are no clinical signs of symptoms of the infection. [PHYSIO] The period between the introduction of a stimulus and the response to it. [VIROL] The initial period of phage growth after infection during which time virus nucleic acid is manufactured by the host cell. { 'lāt·ənt ¦pir·ē·əd }

**latent root** *See* eigenvalue. { 'lāt·ənt 'rüt }

**latent virus** [VIROL] A virus that remains dormant within body cells but can be reactivated by conditions such as reduced host defenses, toxins, or irradiation. to cause disease. { ¦lāt·ənt 'vī·rəs }

**latent-virus infection** [MED] A chronic, inapparent virus infection in which a virus-host equilibrium is established. [VIROL] A persistent viral infection in which there is little or no demonstrable presence of the virus and disease symptoms for a long time between episodes of recurrent outbreaks. { 'lāt·ənt ¦vī·rəs in,fek·shən }

**laterad** [ANAT] Toward the lateral aspect. { 'lad·ə,rad }

**lateral** [ANAT] At, pertaining to, or in the direction of the side; on either side of the medial vertical plane. [ENG] In a gas distribution or transmission system, a pipe branching away from the central, primary part of the system. [MIN ENG] **1.** In horizon mining, a hard heading branching off a horizon along the strike of the seams. **2.** A horizontal mine working. { 'lad·ə·rəl }

**lateral aberration** [OPTICS] **1.** The distance from the axis of an optical system at which a ray intersects a plane perpendicular to the axis through the focus of paraxial rays. **2.** The difference between the reciprocals of the image distances for paraxial and rim rays. **3.** For chromatic aberration, the difference in sizes of the images of an object for two different colors. { 'lad·ə·rəl ¦ab·ə'rā·shən }

**lateral acceleration** [AERO ENG] The component of the linear acceleration of an aircraft or missile along its lateral, or Y, axis. { 'lad·ə·rəl ak,sel·ə'rā·shən }

**lateral accretion** [GEOL] The digging away of material at the outer bank of a meandering stream and the simultaneous building up to the water level by deposition of material brought there by pushing and rolling along the stream bottom. { 'lad· ə·rəl ə'krē·shən }

**lateral area** [MATH] The area of a surface with the bases (if any) excluded. { 'lad·ə·rəl 'er·ē·ə }

**lateral axis** [NAV ARCH] The athwartship line approximately through the center of gravity of a craft, around which it pitches. { 'lad·ə·rəl 'ak·səs }

**lateral bud** [BOT] Any bud that develops on the side of a stem. { 'lad·ə·rəl 'bəd }

**lateral chromatic aberration** *See* chromatic difference of magnification. { ¦lad·ə·rəl krō¦mad·ik ,ab·ə'rā·shən }

**lateral compliance** [ENG ACOUS] That characteristic of a stylus based on the force required to move it from side to side as it follows the grooves of a phonograph record. { 'lad·ə· rəl kəm'plī·əns }

**lateral cone** *See* adventive cone. { 'lad·ə·rəl kōn }

**lateral controller** [AERO ENG] A primary flight control mechanism, generally a part of the longitudinal controller which controls the ailerons; often resembles an automobile steering wheel but may be a control column. { 'lad·ə·rəl kən'trōl·ər }

**lateral deflection angle** [ORD] The horizontal angle representing the difference between the azimuth of the target at the instant of firing and the azimuth at which the gun must be pointed in order to hit the target; it is the algebraic sum of the principal lateral deflection angle and the lateral pointing correction. { 'lad·ə·rəl di'flek·shən ,aŋ·gəl }