# EXHIBIT L

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

BAKER BOTTS LLP

NOV 1 0 2016

Dallas Library



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2014 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
   p.  cm.
  Includes index.
  ISBN 978-0-87779-807-1 (Laminated unindexed : alk. paper)
  ISBN 978-0-87779-808-8 (Jacketed hardcover unindexed : alk. paper)
  ISBN 978-0-87779-809-5 (Jacketed hardcover with digital download : alk. paper)
  ISBN 978-0-87779-810-1 (Leatherlook with digital download : alk. paper)
  ISBN 978-0-87779-811-8 (Luxury Leather)
  ISBN 978-0-87779-813-2 (Canadian)
  ISBN 978-0-87779-814-9 (International)
  1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
  PE1628.M36  2003
  423—dc21         2003003674
                 CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

19th Printing Quad Graphics Versailles KY December 2014

**be·think** \bi-'thiŋk, bē-\ vt **-thought** \-'thȯt\; **-think·ing** (bef. 12c) **1 a** : REMEMBER, RECALL **b** : to cause (oneself) to be reminded **2** : to cause (oneself) to consider

**be·tide** \bi-'tīd, bē-\ vi (12c) : to happen esp. as if by fate ~ vt : to happen to : BEFALL — used chiefly in the phrase woe betide ⟨woe ~ our enemies⟩

**be·times** \bi-'tīmz, bē-\ adv (13c) **1** : in good time : EARLY **2** archaic : in a short time : SPEEDILY **3** : at times : OCCASIONALLY

**bê·tise** \bā-'tēz\ n, pl **bê·tises** \-'tēz\ [F, fr. bête idiot, fool, lit., beast] (1798) **1** : an act of foolishness or stupidity **2** : lack of good sense : STUPIDITY

**be·to·ken** \bi-'tō-kən, bē-\ vt **-to·kened; -to·ken·ing** \-'tōk-niŋ, -'tō-kə-\ (15c) **1** : to typify beforehand : PRESAGE **2** : to give evidence of : SHOW

**be·tray** \bi-'trā, bē-\ vb [ME, fr. be- + trayen to betray, fr. AF trahir, fr. L tradere — more at TRAITOR] vt (13c) **1** : to lead astray : SEDUCE **2** : to deliver to an enemy by treachery **3** : to fail or desert esp. in time of need ⟨~ed his family⟩ **4 a** : to reveal unintentionally ⟨~ one's true feelings⟩ **b** : SHOW, INDICATE **c** : to disclose in violation of confidence ⟨~ a secret⟩ ~ vi : to prove false syn see REVEAL — be·tray·al \-'trā(-ə)l\ n — be·tray·er \-'trā-ər\ n

**be·troth** \bi-'trȯth, -'trōth, bē-\ vt [ME, fr. be- + trouthe truth, troth] (14c) **1** : to promise to marry **2** : to give in marriage

**be·troth·al** \-'trȯ-thəl, -'trō-, -thəl\ n (1831) **1** : the act of betrothing or fact of being betrothed **2** : a mutual promise or contract for a future marriage

**be·trothed** \bi-'trōthd, -'trȯtht\ n (1588) : the person to whom one is betrothed

**bet·ta** \'be-tə\ n [NL, prob. fr. Jav wadĕr, a freshwater fish] (1927) : any of a genus (Betta of the family Anabantidae) of small brilliantly colored long-finned freshwater bony fishes of southeastern Asia; esp : SIAMESE FIGHTING FISH

**¹bet·ter** \'be-tər\ adj, comparative of GOOD [ME bettre, fr. OE betera; akin to OE bōt remedy, Skt bhadra fortunate] (bef. 12c) **1** : greater than half ⟨for the ~ part of an hour⟩ **2** : improved in health or mental attitude ⟨feeling ~⟩ **3** : more attractive, favorable, or commendable ⟨in ~ circumstances⟩ **4** : more advantageous or effective ⟨a ~ solution⟩ **5** : improved in accuracy or performance ⟨building a ~ engine⟩

**²better** vt (bef. 12c) **1** : to make better: as **a** : to make more tolerable or acceptable ⟨trying to ~ the lot of slum dwellers⟩ **b** : to make more complete or perfect ⟨looked forward to ~ing her acquaintance with the new neighbors⟩ **2** : to surpass in excellence : EXCEL ~ vi : to become better syn see IMPROVE

**³better** adv, comparative of WELL (12c) **1 a** : in a more excellent manner ⟨sings ~ than I do⟩ **b** : to greater advantage : PREFERABLY ⟨some things are ~ left unsaid⟩ **2 a** : to a higher or greater degree ⟨he knows the story ~ than you do⟩ **b** : MORE ⟨it is ~ than nine miles to the next town⟩

**⁴better** n (12c) **1** : something better ⟨I expected ~ from them⟩ **b** : a superior esp. in merit or rank ⟨was respectful of his ~s⟩ **2** : ADVANTAGE, VICTORY ⟨get the ~ of her⟩

**⁵better** verbal auxiliary (1831) : had better ⟨you ~ hurry⟩

**better half** n (1580) : SPOUSE

**bet·ter·ment** \'be-tər-mənt\ n (1598) **1** : a making or becoming better **2** : an improvement that adds to the value of a property or facility

**bet·ter-off** \,be-tə-'rȯf\ adj (ca. 1859) **1** : being in comfortable economic circumstances ⟨the ~ people live in the older section of town⟩ **2** : being in a more advantageous position

**betting shop** n (1852) Brit : a shop where bets are taken

**bet·tor** or **bet·ter** \'be-tər\ n (1609) : one that bets

**¹be·tween** \bi-'twēn, bē-\ prep [ME betwene, prep. & adv., fr. OE betwēonum, fr. be- + -twēonum (dat. pl.) (akin to Goth tweihnai two each); akin to OE twā two] (bef. 12c) **1 a** : by the common action of : jointly engaging ⟨shared the work ~ the two of them⟩ ⟨talks ~ the three —Time⟩ **b** : in common to : shared by ⟨divided ~ his four grandchildren⟩ **2 a** : in the time, space, or interval that separates **b** : in intermediate relation to **3 a** : from one to another of ⟨air service ~ Miami and Chicago⟩ **b** : serving to connect or unite in a relationship (as difference, likeness, or proportion) ⟨a one-to-one correspondence ~ sets⟩ **c** : setting apart ⟨the line ~ fact and fancy⟩ **4 a** : in preference for one or the other of ⟨had no difficulty deciding ~ the two⟩ **b** : in point of comparison of ⟨not much to choose ~ the two coats⟩ **5** : in confidence restricted to ⟨a secret ~ you and me⟩ **6** : taking together the combined effect of ⟨~ work and family life, they have no time for hobbies⟩

*usage* There is a persistent but unfounded notion that between can be used only of two items and that among must be used for more than two. Between has been used of more than two since Old English; it is esp. appropriate to denote a one-to-one relationship, regardless of the number of items. It can be used when the number is unspecified ⟨economic cooperation between nations⟩, when more than two are enumerated ⟨between you and me and the lamppost⟩ ⟨partitioned between Austria, Prussia, and Russia —Nathaniel Benchley⟩, and even when only one item is mentioned (but repetition is implied) ⟨pausing between every sentence to rap the floor —George Eliot⟩. Among is more appropriate where the emphasis is on distribution rather than individual relationships ⟨discontent among the peasants⟩. When among is automatically chosen for more than two, English idiom may be strained ⟨a worthy book that nevertheless falls among many stools —John Simon⟩ ⟨the author alternates among mod slang, clichés and quotes from literary giants —A. H. Johnston⟩.

**²between** adv (bef. 12c) : in an intermediate space or interval

**be·tween·ness** \-nəs\ n (1884) : the quality or state of being between two others in an ordered mathematical set

**be·tween-times** \-,tīmz\ adv (1580) : at or during intervals

**be·tween-whiles** \-,hwī(-ə)lz, -,wī(-ə)lz\ adv (1656) : BETWEENTIMES

**be·twixt** \bi-'twikst, bē-\ adv or prep [ME, fr. OE betwux, fr. be- + -twux (akin to Goth tweihnai two each) — more at BETWEEN] (bef. 12c) : BETWEEN

**betwixt and between** adv or adj (1789) : in a midway position : neither one thing nor the other

**Beu·lah** \'byü-lə\ n (1684) : an idyllic land near the end of life's journey in Bunyan's Pilgrim's Progress

**beurre blanc** \'bər-'bläⁿ\ n [F, lit., white butter] (1931) : a seasoned butter sauce (as for fish) flavored with white wine, shallots, and vinegar or lemon juice

**beurre ma·nié** \-män-'yā\ n [F, lit., handled butter] (1939) : flour and butter kneaded together used as a thickener in sauces

**beurre noir** \-'nwär\ n [F, lit., black butter] (1830) : butter heated until brown or black and often flavored with vinegar or lemon juice

**BeV** abbr billion electron volts

**BEV** abbr Black English vernacular

**¹bev·el** \'be-vəl\ adj (ca. 1600) : OBLIQUE, BEVELED ⟨a ~ edge⟩

**²bevel** n [MF *bevel, fr. OF *baivel, baif with open mouth, fr. baer to yawn — more at ABEYANCE] (1610) **1** : an instrument consisting of two rules or arms jointed together and opening to any angle for drawing angles or adjusting surfaces to be cut at an angle **2 a** : the angle that one surface or line makes with another when they are not at right angles **b** : the slant of such a surface or line **3** : the part of printing type extending from face to shoulder

**³bevel** vb **-eled** or **-elled; -el·ing** or **-el·ling** \'bev-liŋ, 'be-və-\ vt (1677) : to cut or shape to a bevel ~ vi : INCLINE, SLANT

**bevel gear** n (ca. 1790) : either of a pair of toothed wheels whose working surfaces are inclined to nonparallel axes

**bev·er·age** \'bev-rij, 'be-və-\ n [ME, fr. AF, fr. beivre to drink, fr. L bibere — more at POTABLE] (14c) : a drinkable liquid

**bevy** \'be-vē\ n, pl **bev·ies** [ME bevey] (15c) **1** : a large group or collection ⟨a ~ of girls⟩ **2** : a group of animals and esp. quail

**be·wail** \bi-'wā(ə)l\ vt (14c) **1** : to wail over **2** : to express deep sorrow for usu. by wailing and lamentation syn see DEPLORE

**be·ware** \bi-'wer, bē-\ vb [ME been war, fr. been to be + war careful — more at BE, WARE] vi (14c) : to be on one's guard ⟨~ of the dog⟩ ~ vt **1** : to take care of ⟨~ your wallet⟩ **2** : to be wary of ⟨we must . . . ~ the exceedingly tenuous generalization —Matthew Lipman⟩

**be·whis·kered** \-'hwis-kərd, -'wis-\ adj (1852) : having whiskers

**be·wigged** \bi-'wigd, bē-\ adj (1774) : wearing a wig

**be·wil·der** \bi-'wil-dər, bē-\ vt **-wil·dered; -wil·der·ing** \-d(ə-)riŋ\ (1684) **1** : to cause to lose one's bearings **2** : to perplex or confuse esp. by a complexity, variety, or multitude of objects or considerations syn see PUZZLE — **be·wil·dered·ly** adv — **be·wil·dered·ness** n — **be·wil·der·ing·ly** \-d(ə-)riŋ-lē\ adv

**be·wil·der·ment** \-dər-mənt\ n (1811) **1** : the quality or state of being bewildered **2** : a bewildering tangle or confusion

**be·witch** \bi-'wich, bē-\ vt (13c) **1 a** : to influence or affect esp. injuriously by witchcraft **b** : to cast a spell over **2** : to attract as if by the power of witchcraft : ENCHANT, FASCINATE ⟨~ed by her beauty⟩ ~ vi : to bewitch someone or something — **be·witch·ery** \-'wi-ch(ə-)rē\ n — **be·witch·ing·ly** \-'wi-chiŋ-lē\ adv

**be·witch·ment** \-'wich-mənt\ n (1607) **1 a** : the act or power of bewitching **b** : a spell that bewitches **2** : the state of being bewitched

**be·wray** \bi-'rā\ vt [ME, fr. be- + wreyen to accuse, fr. OE wrēgan; akin to OHG ruogen to accuse] (13c) archaic : DIVULGE, BETRAY

**bey** \'bā\ n [Turk, gentleman, chief] (1537) **1 a** : a provincial governor in the Ottoman Empire **b** : the former native ruler of Tunis or Tunisia **2** — used as a courtesy title in Turkey and Egypt

**¹be·yond** \bē-'änd\ adv [ME, prep. & adv., fr. OE begeondan, fr. be- + geondan beyond, fr. geond yond — more at YOND] (bef. 12c) **1** : on or to the farther side : FARTHER **2** : in addition : BESIDES

**²beyond** prep (bef. 12c) **1** : on or to the farther side of : at a greater distance than ⟨~ the horizon⟩ **2 a** : out of the reach or sphere of ⟨a task ~ his strength⟩ **b** : in a degree or amount surpassing ⟨beautiful ~ measure⟩ **c** : out of the comprehension of ⟨his reasoning is ~ me⟩ **3** : in addition to : BESIDES ⟨doing work ~ his regular duties⟩

**³beyond** n (14c) **1** : something that lies beyond **2** : something that lies outside the scope of ordinary experience; specif : HEREAFTER

**be·zant** \'be-zⁿt, bə-'zant\ n [ME besant, fr. AF, fr. ML Byzantius Byzantine, fr. Byzantium, ancient name of Istanbul] (13c) **1** : SOLIDUS 1 **2** : a flat disk used in architectural ornament

**be·zel** \'bē-zəl, 'be-\ n [prob. fr. dial. form of F biseau bezel, fr. MF] (1611) **1** : a rim that holds a transparent covering (as on a watch, clock, or headlight) or that is rotatable and has special markings (as on a watch) **2** : the oblique side or face of a cut gem; specif : the upper faceted portion of a brilliant projecting from the setting — see BRILLIANT illustration **3** : a usu. metal rim of a piece of jewelry in which an ornament (as a gem) is held

**be·zique** \bə-'zēk\ n [F bésique] (1861) : a card game similar to pinochle that is played with a pack of 64 cards

**be·zoar** \'bē-,zȯr\ n [MF, fr. ML, fr. Ar dial. bezuwār, fr. Ar bāzahr, fr. Pers pād-zahr, fr. pād protecting (against) + zahr poison] (1577) : any of various calculi found chiefly in the gastrointestinal organs and formerly believed to possess magical properties — called also bezoar stone

**bf** abbr boldface

**BF** abbr **1** bachelor of forestry **2** board foot **3** brought forward

**BFA** abbr bachelor of fine arts

**BFF** abbr best friends forever

**bg** abbr **1** background **2** bag **3** beige **4** being

**BG** or **B Gen** abbr brigadier general

**BGH** abbr bovine growth hormone

**B-girl** n [prob. fr. bar + girl] (1936) : a woman who entertains bar patrons and encourages them to spend freely

**BGS** abbr bachelor of general studies

**Bh** symbol bohrium

**BH** abbr **1** bill of health **2** Brinell hardness

**BHA** \,bē-(,)ā-'chā\ n [butylated hydroxyanisole] (1950) : a phenolic antioxidant $C_{11}H_{16}O_2$ used esp. to preserve fats and oils in food

**Bha·ga·vad Gi·ta** \,bä-gə-,väd-'gē-tə\ n [Skt Bhagavadgītā, lit., song of the blessed one (Krishna)] (ca. 1785) : a Hindu devotional work in poetic form

**bhak·ti** \'bək-tē\ n [Skt, lit., portion] (1832) : devotion to a deity constituting a way to salvation in Hinduism

\ə\ abut \'ə\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\aȯ\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \ů\ foot
\y\ yet \zh\ vision, beige \k, ⁿ, œ, ɪe, ʏ\ see Guide to Pronunciation

ST_CPT_00147343

**Left margin (partial, cut off):**

ı or success
ıe *last laugh*

tic, decisive,

amel's back
of events or

ciples on the

ge **2 a** : the
itment ⟨this
y years⟩ **3**
· of its kind

ı highly aro-

c *lambanein*
nds or arms
y and often

anical parts
ener (as for
· a notch **b**
into a hole;

, fr. *lace, laz*
p, thong, or

a front door
parents who
called also

ne left hang-
the outside

to OHG *laz*
aining after
ng to, or im-
ced stage in
ır advanced
g compara-
John Doe⟩
tus ⟨his ∼
ctionship re-
ing, or hap-
recent of a

proper time
**2** : not long
the period
k *of late*⟩
potato and
and is char-
of tubers
*also* : a re-

ın) sail] (ca.
st of Africa
par slung to

·rigged ship

the third to

riters from

the third to

ndlier ∼⟩
i (1880) : to

/ or state of
: of psycho-
from about
; which sex-
**2**
OD
Neuchâtel,
Iron Age in

' ⟨*latent* and
phic image

e to lie hid-
t and capa-
r symptom-

now show-
r or quality
'a *latent* de-
ething (as a
i *dormant*⟩.
ty ⟨the dis-
et have ex-
ster⟩.

---

²**latent** *n* (1923) : a fingerprint (as at the scene of a crime) that is scarcely visible but can be developed for study — called also *latent fingerprint, latent print*

**latent heat** *n* (ca. 1757) : heat given off or absorbed in a process (as fusion or vaporization) other than a change of temperature

**latent period** *n* (1837) **1** : the incubation period of a disease **2** : the interval between stimulation and response

**latent root** *n* (1883) : an eigenvalue of a matrix

**later** *adv* (13c) : at some time subsequent to a given time : SUBSEQUENTLY, AFTERWARD ⟨one week ∼⟩ ⟨they ∼ regretted the decision⟩ — often used with *on* ⟨experience that will be useful ∼ *on*⟩

**-later** *n comb form* [F *-lâtre*, fr. LL *-latres*, fr. Gk *-latrēs*; akin to Gk *latron* pay] : worshiper ⟨biblio*later*⟩

**lat·er·ad** \'la-tə-ˌrad\ *adv* [L *later-, latus*] (1814) : toward the side

¹**lat·er·al** \'la-tə-rəl *also* 'la-trəl\ *adj* [ME *laterale*, fr. L *lateralis*, fr. *later-, latus* side] (15c) **1** : of or relating to the side **2** : situated on, directed toward, or coming from the side **3** : extending from side to side ⟨the ∼ axis of an airplane⟩ **4** : produced with passage of breath around the side of a constriction formed with the tongue ⟨\l\ is ∼⟩ — **lat·er·al·ly** *adv*

²**lateral** *n* (1851) **1** : a branch from the main part (as in an irrigation or electrical system) **2** : a pass in football thrown parallel to the line of scrimmage or in a direction away from the opponent's goal **3** : a lateral speech sound

³**lateral** *vi* (1944) : to throw a lateral

**lateral bud** *n* (1875) : a bud that develops in the axil between a petiole and a stem

**lat·er·al·i·za·tion** \ˌla-tə-rə-lə-'zā-shən, ˌla-trə-\ *n* (ca. 1899) : localization of function or activity on one side of the body in preference to the other — **lat·er·al·ize** \'la-tə-rə-ˌlīz, 'la-trə-\ *vt*

**lateral line** *n* (1752) : a canal along the side of a fish containing pores that open into tubes supplied with sense organs sensitive to low vibrations; *also* : one of these tubes or sense organs

**lat·er·ite** \'la-tə-ˌrīt\ *n* [L *later* brick] (1807) : a residual product of rock decay that is red in color and has a high content in the oxides of iron and hydroxide of aluminum — **lat·er·it·ic** \ˌla-tə-'ri-tik\ *adj*

**lat·er·i·za·tion** \ˌla-tə-rə-'zā-shən\ *n* (ca. 1882) : the process of conversion of rock into laterite

¹**latest** *adj* (1588) **1** *archaic* : LAST **2** : most recent

²**latest** *n* (1801) **1** : the latest acceptable time — usu. used in the phrase *at the latest* **2** : something that is the most recent or currently fashionable ⟨the ∼ in diving techniques⟩

**late·wood** \'lāt-ˌwud\ *n* (1929) : SUMMERWOOD

**la·tex** \'lā-ˌteks\ *n, pl* **la·ti·ces** \'lā-tə-ˌsēz, 'la-\ *or* **la·tex·es** [NL *latic-, latex*, fr. L, fluid] (1835) **1** : a milky usu. white fluid that is produced by cells of various seed plants (as of the milkweed, spurge, and poppy families) and is the source of rubber, gutta-percha, chicle, and balata **2** : a water emulsion of a synthetic rubber or plastic obtained by polymerization and used esp. in coatings (as paint) and adhesives

**lath** \'lath *also* 'lath\ *n, pl* **laths** *or* **lath** [ME, fr. OE *læhth-*; akin to OHG *latta* lath, W *llath* yard] (13c) **1** : a thin narrow strip of wood nailed to rafters, joists, or studding as a groundwork for slates, tiles, or plaster **2** : a building material in sheets used as a base for plaster **3** : a quantity of laths — **lath** *vt*

¹**lathe** \'lāth\ *n* [prob. fr. ME *lath* supporting stand] (1611) : a machine in which work is rotated about a horizontal axis and shaped by a fixed tool

²**lathe** *vt* **lathed; lath·ing** (ca. 1903) : to cut or shape with a lathe

¹**lath·er** \'la-thər\ *n* [ME *\*lather*, fr. OE *lēathor*; akin to L *lavere* to wash — more at LYE] (bef. 12c) **1 a** : a foam or froth formed when a detergent (as soap) is agitated in water **b** : foam or froth from profuse sweating (as on a horse) **2** : an agitated or overwrought state : DITHER ⟨worked himself into a ∼⟩ — **lath·ery** \-th(ə-)rē\ *adj*

²**lather** *vb* **lath·ered; lath·er·ing** \-th(ə-)riŋ\ *vt* (bef. 12c) **1** : to spread lather over **2** : to beat severely : FLOG ∼ *vi* : to form a lather or a froth like lather — **lath·er·er** \-thər-ər\ *n*

**lath·y·rism** \'la-thə-ˌri-zəm\ *n* [NL *Lathyrus*, fr. Gk *lathyros*, a type of pea] (ca. 1888) : a diseased condition of humans, domestic animals, and esp. horses that results from poisoning by an amino acid found in some legumes (genus *Lathyrus* and esp. *L. sativus*) and is characterized esp. by spastic paralysis of the hind or lower limbs — **lath·y·rit·ic** \ˌla-thə-'ri-tik\ *adj*

**lati** *pl of* LATS

**latices** *pl of* LATEX

**la·tic·i·fer** \lā-'ti-sə-fər\ *n* [ISV *latici-* (fr. NL *latic-, latex*) + *-fer*] (ca. 1928) : a plant cell or vessel that contains latex

**la·ti·fun·dio** \ˌlā-tə-'fün-dē-ˌō\ *n, pl* **-di·os** [Sp, fr. L *latifundium*] (ca. 1924) : a latifundium in Spain or Latin America

**lat·i·fun·di·um** \ˌla-tə-'fən-dē-əm\ *n, pl* **-dia** \-dē-ə\ [L, fr. *latus* wide + *fundus* piece of landed property, foundation, bottom — more at BOTTOM] (1869) : a great landed estate with primitive agriculture and labor often in a state of partial servitude

**lat·i·go** \'la-ti-ˌgō\ *n, pl* **-gos** *also* **-goes** [Sp *látigo*] (1873) *chiefly West* : a long strap on a western saddle to adjust the cinch

¹**Lat·in** \'la-t²n\ *adj* [ME, fr. OE, fr. L *Latinus*, fr. *Latium*, ancient country of Italy] (bef. 12c) **1 a** : of, relating to, or composed in Latin **b** : ROMANCE **2** : of or relating to Latium or the Latins **3** : of or relating to the part of the Catholic Church that until recently used a Latin rite and forms the patriarchate of the pope **4** : of or relating to the peoples or countries using Romance languages; *specif* : of or relating to the peoples or countries of Latin America

²**Latin** *n* (bef. 12c) **1** : the Italic language of ancient Latium and of Rome and until modern times the dominant language of school, church, and state in western Europe — see INDO-EUROPEAN LANGUAGES table **2** : a member of the people of ancient Latium **3** : a Catholic of the Latin rite **4** : a member of one of the Latin peoples; *specif* : a native or inhabitant of Latin America **5** : LATIN ALPHABET

**La·ti·na** \lə-'tē-nə\ *n* [AmerSp, fem. of *latino* Latino] (1983) **1** : a woman or girl who is a native or inhabitant of Latin America **2** : a woman or girl of Latin-American origin living in the U.S. — **Latina** *adj*

**Latin alphabet** *n* (1823) : an alphabet that was used for writing Latin and that has been modified for writing many modern languages

**Latin Americanist** *n* (1972) : a specialist in Latin American civilization

---

**Lat·in·ate** \'la-tə-ˌnāt\ *adj* (1904) : of, relating to, resembling, or derived from Latin

**Latin cross** *n* (1797) : a figure of a cross having a long upright shaft and a shorter crossbar traversing it above the middle — see CROSS illustration

**Lat·in·ism** \'la-tə-ˌni-zəm\ *n* (ca. 1570) **1 a** : a characteristic feature of Latin occurring in another language **b** : a word or phrase derived from Latin **2** : Latin quality or character

**Lat·in·ist** \'la-tə-nist, 'lat-nist\ *n* (15c) : a specialist in the Latin language or Roman culture

**la·tin·i·ty** \la-'ti-nə-tē, lə-\ *n, often cap* (1540) **1** : a manner of speaking or writing Latin **2** : LATINISM 2

**lat·in·ize** \'la-tə-ˌnīz\ *vb* **-ized; -iz·ing** *often cap, vt* (1589) **1 a** *obs* : to translate into Latin **b** : to give a Latin form to **c** : to introduce Latinisms into **d** : ROMANIZE 2 **2** : to make Latin or Italian in doctrine, ideas, or traits; *specif* : to cause to resemble the Roman Catholic Church ∼ *vi* : to use Latinisms **2** : to exhibit the influence of the Romans or of the Roman Catholic Church — **lat·in·i·za·tion** \ˌla-tə-nə-'zā-shən, ˌlat-nə-\ *n, often cap*

**La·ti·no** \lə-'tē-(ˌ)nō\ *n, pl* **-nos** [AmerSp, prob. short for *latinoamericano* Latin American] (1946) **1** : a native or inhabitant of Latin America **2** : a person of Latin-American origin living in the U.S. — **Latino** *adj*

**Latin square** *n* (1890) : a square array which contains *n* different elements with each element occurring *n* times but with no element occurring twice in the same column or row and which is used esp. in the statistical design of experiments (as in agriculture)

**lat·ish** \'lā-tish\ *adj* (1611) : somewhat late

**la·tis·si·mus dor·si** \lə-'ti-sə-məs-'dȯr-sī\ *n, pl* **la·tis·si·mi dorsi** \-ˌmī-\ [NL, lit., broadest (muscle) of the back] (1684) : a broad flat superficial muscle chiefly of the middle and lower back that extends, adducts, and rotates the arm medially and draws the shoulder downward and backward

**lat·i·tude** \'la-tə-ˌtüd, -ˌtyüd\ *n* [ME, fr. L *latitudin-, latitudo*, fr. *latus* wide; akin to OCS *postilati* to spread] (14c) **1** *archaic* : extent or distance from side to side **2** : angular distance from some specified circle or plane of reference: as **a** : angular distance north or south from the earth's equator measured through 90 degrees **b** : angular distance of a celestial body from the ecliptic **c** : a region or locality as marked by its latitude **3 a** : SCOPE, RANGE **b** : the range of exposures within which a film or plate will produce a negative or positive of satisfactory quality **4** : freedom of action or choice ⟨students are allowed considerable ∼ in choosing courses⟩ — **lat·i·tu·di·nal** \ˌla-tə-'tüd-nəl, -'tyüd-; -'tü-də-nəl, -'tyü-\ *adj* — **lat·i·tu·di·nal·ly** *adv*


latitude 2a: hemisphere marked with parallels of latitude

**lat·i·tu·di·nar·i·an** \ˌla-tə-ˌtü-də-'ner-ē-ən, -ˌtyü-\ *adj* (1697) : not insisting on strict conformity to a particular doctrine or standard : TOLERANT; *specif* : tolerant of variations in religious opinion or doctrine — **latitudinarian** *n* — **lat·i·tu·di·nar·i·an·ism** \-ē-ə-ˌni-zəm\ *n*

**lat·ke** \'lät-kə\ *n* [Yiddish, pancake, fr. Ukrainian *oladka*] (1927) : POTATO PANCAKE

**lat·o·sol** \'la-tə-ˌsȯl\ *n* [irreg. fr. L *later* brick + E *-sol* (as in *podsol*, var. of *podzol*)] (1949) : a leached red and yellow tropical soil — **lat·o·sol·ic** \ˌla-tə-'sȯ-lik\ *adj*

**la·trine** \lə-'trēn\ *n* [F, fr. L *latrina*, contr. of *lavatrina*, fr. *lavare* to wash — more at LYE] (1642) **1** : a receptacle (as a pit in the earth) for use as a toilet **2** : TOILET 3

**-latry** *n comb form* [F *-latrie*, fr. LL *-latria*, fr. Gk, fr. *latreia*; akin to Gk *latron* pay] : worship ⟨helio*latry*⟩

**lats** \'läts\ *n, pl* **la·ti** \'lä-tē\ *or* **la·tu** \'lä-tü\ [Latvian (nom. pl. *lati*, gen. pl. *latu*), fr. *Latvija* Latvia] (1923) — see MONEY table

**lat·te** \'lä-(ˌ)tā\ *n* (1991) : CAFFE LATTE

**lat·ten** \'la-t²n\ *n* [ME *laton*, fr. AF] (14c) : a yellow alloy identical to or resembling brass typically hammered into thin sheets and formerly much used for church utensils

**lat·ter** \'la-tər\ *adj* [ME, fr. OE *lætra*, compar. of *læt* late] (bef. 12c) **1 a** : belonging to a subsequent time or period : more recent ⟨the ∼ stages of growth⟩ **b** : of or relating to the end ⟨in their ∼ days⟩ **c** : RECENT, PRESENT ⟨affected by ∼ calamities⟩ **2** : of, relating to, or being the second of two groups or things or the last of several groups or things referred to ⟨of ham and beef the ∼ meat is cheaper today⟩ ⟨of ham and beef the ∼ is cheaper today⟩

**lat·ter–day** \'la-tər-ˌdā\ *adj* (1832) **1** : of present or recent times ⟨∼ prophets⟩ **2** : of a later or subsequent time

**Latter–day Saint** *n, often cap D* (1834) : a member of any of several religious bodies tracing their origin to Joseph Smith in 1830 and accepting the Book of Mormon as divine revelation : MORMON

**lat·ter·ly** \'la-tər-lē\ *adv* (1678) **1** : LATER **2** : of late : RECENTLY

**lat·tice** \'la-təs\ *n* [ME *latis*, fr. AF *latiz*] (14c) **1 a** : a framework or structure of crossed wood or metal strips **b** : a window, door, or gate having a lattice **c** : a network or design resembling a lattice **2** : a regular geometrical arrangement of points or objects over an area or in space; *specif* : the arrangement of atoms in a crystal **3** : a mathematical set that has some elements ordered and that is such that for any two elements there exists a greatest element in the subset of all elements less than or equal to both and a least element in the subset of all elements greater than or equal to both — **lattice** *vt* — **lat·ticed** \-təst\ *adj*

**lattice girder** *n* (1852) : a girder with top and bottom flanges connected by a latticework web

**lat·tice·work** \'la-təs-ˌwərk\ *n* (15c) : a lattice or work made of lattices

---

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \aů\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̲h̲\ the \ü\ loot \ů\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ṳ, ᵞ\ *see* Guide to Pronunciation

ST_CPT_00147344