# EXHIBIT M



# The Merriam-Webster Dictionary



**Merriam-Webster, Incorporated**
**Springfield, Massachusetts**

ST_CPT_00147381



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN 978-0-87779-930-6

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

23 DFC:QGB 11



This new edition of
sixth in a line of M
which began in 1947
aspects of preceding
new, drawing specifi
*Dictionary, Eleventh E.*
been reexamined and
information available
ples of actual use four
which now contain m
words in context from
more than 75 millio
searching. The editor
same careful, seriou
Merriam-Webster dict

The 65,000 entries
most frequently used
dictionary is the A-Z
find information abou
mology, and synonym
users have long found
Phrases covers words
often occur in English
English vocabulary; th
individuals from histo
biblical, legendary, an
Geographical Names
United States and the
figures.

*The Merriam-Webste*
pany that has been pu
years. It has been edit
phers, who believe it v
and handy guide to th

**66**    **67**    bethel • bicarb

best\ *adj, superlative of* GOOD 1
ling all others 2 : most productive
good or satisfaction) 3 : LARGEST,

*lv, superlative of* WELL 1 : in the
ny 2 : MOST
something that is best
: to get the better of : OUTDO
\'bes-chəl\ *adj* 1 : of or relating
ts 2 : resembling a beast esp. in
cy or lack of intelligence
l·i·ty \,bes-chē-'a-lə-tē, ,bēs-\ *n, pl*
1 : the condition or status of a
nimal 2 : display or gratification
al traits or impulses 3 : sexual re-
between a human being and a
nimal
ry \'bes-chē-,er-ē\ *n, pl* -ar·ies : a
al allegorical or moralizing work
appearance and habits of animals
bi-'stər\ *vb* : to rouse to action
ın *n* : the principal groomsman at
ng
' \bi-'stō\ *vb* 1 : PUT, PLACE,
? : to present as a gift — be·stow-
be·stow·er *n*
e \bi-'strīd\ *vb* -strode \-'strōd\;
len \-'stri-d°n\; -strid·ing : to
or stand astride
\ *n* 1 : something that is wa-
·isked, or pledged usu. between
ties on the outcome of a contest;
ne making of such a bet 2 : OP-
ne back road is your best ~)
et *also* bet·ted; bet·ting 1 : to
ı the outcome of an issue or a
(~ $2 on the race) 2 : to make
h 3 : to lay a bet
between
ā-tə\ *n* 1 : the 2d letter of the
lphabet — B or β 2 : a nearly
: form of a new product (as soft-

ck·er \-,blä-kər\ *n* : any of a
drugs that decrease the rate and
heart contractions and lower
od pressure
·o·tene \-'ker-ə-,tēn\ *n* : an iso-
arotene found in dark green and
ow vegetables and fruits
oi-'tāk\ *vb* -took \-'tùk\; -tak·en
·; -tak·ing : to cause (oneself)

icle *n* : a high-speed electron;
emitted by a radioactive nucleus
*n* 1 : BETA PARTICLE 2 : a
beta particles
*n* : a field test of the beta version
luct esp. by outside testers and
ommercial release — beta test

-t°l\ *n* : a climbing pepper of
Asia whose leaves are chewed
with lime and betel nut as a

*n* : the astringent seed of an
m that is chewed with betel

' \,bet-'nwär, ,bāt-\ *n, pl* bêtes
ame *or* -'nwärz\ [F, lit., black
person or thing strongly dis-
/oided

**beth·el** \'be-thəl\ *n* [Heb *bēth'ēl* house of God] : a place of worship esp. for seamen
**be·think** \bi-'think\ *vb* -thought \-'thòt\; -think·ing : REMEMBER; *also* : PONDER
**be·tide** \bi-'tīd\ *vb* : to happen to
**be·times** \bi-'tīmz\ *adv* : in good time : EARLY ✦ *Synonyms* SOON, SEASON-ABLY, TIMELY
**be·to·ken** \bi-'tō-kən\ *vb* 1 : PRESAGE 2 : to give evidence of ✦ *Synonyms* INDI-CATE, ATTEST, BESPEAK, TESTIFY
**be·tray** \bi-'trā\ *vb* 1 : to lead astray; *esp* : SEDUCE 2 : to deliver to an enemy 3 : ABANDON 4 : to prove unfaithful to 5 : to reveal unintentionally; *also* : SHOW, INDICATE ✦ *Synonyms* MISLEAD, DE-LUDE, DECEIVE, BEGUILE — **be·tray·al** *n* — **be·tray·er** *n*
**be·troth** \bi-'trōth, -'tròth\ *vb* : to promise to marry — **be·troth·al** *n*
**be·trothed** *n* : the person to whom one is betrothed
¹**bet·ter** \'be-tər\ *adj, comparative of* GOOD 1 : greater than half 2 : im-proved in health 3 : more attractive, fa-vorable, or commendable 4 : more ad-vantageous or effective ⟨a ~ solution⟩ 5 : improved in accuracy or performance
²**better** *vb* 1 : to make or become better 2 : SURPASS, EXCEL
³**better** *adv, comparative of* WELL 1 : in a superior manner 2 : to a higher or greater degree; *also* : MORE
⁴**better** *n* 1 : something better; *also* : a su-perior esp. in merit or rank 2 : ADVAN-TAGE
⁵**better** *verbal auxiliary* : had better ⟨you ~ hurry⟩
**better half** *n* : SPOUSE
**bet·ter·ment** \'be-tər-mənt\ *n* : IMPROVE-MENT
**bet·tor** *or* **bet·ter** \'be-tər\ *n* : one that bets
¹**be·tween** \bi-'twēn\ *prep* 1 : by the com-mon action of ⟨earned $10,000 ~ the two of them⟩ 2 : in the interval separating ⟨an alley ~ two buildings⟩; *also* : in in-termediate relation to 3 : in point of comparison of ⟨choose ~ two cars⟩
²**between** *adv* : in an intervening space or interval
**be·twixt** \bi-'twikst\ *adv or prep* : BE-TWEEN
¹**bev·el** \'be-vəl\ *n* 1 : a device for adjust-ing the slant of the surfaces of a piece of work 2 : the angle or slant that one sur-face or line makes with another when not at right angles
²**bevel** *vb* -eled *or* -elled; -el·ing *or* -el-ling 1 : to cut or shape to a bevel 2 : INCLINE, SLANT
**bev·er·age** \'bev-rij\ *n* : a drinkable liquid
**bevy** \'be-vē\ *n, pl* **bev·ies** 1 : a large group or collection 2 : a group of ani-mals and esp. quail
**be·wail** \bi-'wāl\ *vb* : LAMENT ✦ *Syno-nyms* DEPLORE, BEMOAN, GRIEVE, MOAN, WEEP
**be·ware** \-'wer\ *vb* : to be on one's guard : be wary of
**be·wil·der** \bi-'wil-dər\ *vb* : PERPLEX,

CONFUSE ✦ *Synonyms* MYSTIFY, DIS-TRACT, PUZZLE — **be·wil·der·ment** *n*
**be·witch** \-'wich\ *vb* 1 : to affect by witchcraft 2 : CHARM, FASCINATE ✦ *Synonyms* ENCHANT, ATTRACT, CAP-TIVATE — **be·witch·ment** *n*
**bey** \'bā\ *n* 1 : a former Turkish provin-cial governor 2 : the former native ruler of Tunis or Tunisia
¹**be·yond** \bē-'änd\ *adv* 1 : FARTHER ⟨ex-tends to the river and ~⟩ 2 : BESIDES
²**beyond** *prep* 1 : on or to the farther side of 2 : out of the reach or sphere of 3 : BESIDES
**be·zel** \'bē-zəl, 'be-\ *n* 1 : a rim that holds a transparent covering (as on a watch) 2 : the faceted part of a cut gem that rises above the setting
**bf** *abbr* boldface
**BG** *or* **B Gen** *abbr* brigadier general
**Bh** *symbol* bohrium
**bhang** \'baŋ\ *n* [Hindi *bhāṅg*] : HEMP; *also* : a mildly intoxicating preparation made from hemp leaves
**Bi** *symbol* bismuth
**BIA** *abbr* Bureau of Indian Affairs
**bi·an·nu·al** \(,)bī-'an-yə-wəl\ *adj* : occur-ring twice a year — **bi·an·nu·al·ly** *adv*
¹**bi·as** \'bī-əs\ *n* 1 : a line diagonal to the grain of a fabric 2 : PREJUDICE, BENT
²**bias** *adv* : on the bias : DIAGONALLY ⟨cut cloth ~⟩
³**bias** *vb* **bi·ased** *or* **bi·assed; bi·as·ing** *or* **bi·as·sing** : PREJUDICE
**bi·ath·lon** \bī-'ath-lən, -,län\ *n* : a com-posite athletic contest consisting of cross-country skiing and target shooting with a rifle
¹**bib** \'bib\ *n* : a cloth or plastic shield tied under the chin to protect the clothes while eating
²**bib** *abbr* Bible; biblical
**bi·be·lot** \'bē-bə-,lō\ *n, pl* **bibelots** \*same or* -,lōz\ : a small household ornament or decorative object
**bi·ble** \'bī-bəl\ *n* [ME, fr. OF, fr. ML *bib-lia*, fr. Gk. pl. of *biblion* book, dim. of *by-blos* papyrus, book, fr. *Byblos*, ancient Phoenician city from which papyrus was exported] 1 *cap* : the sacred scriptures of Christians comprising the Old and New Testaments 2 *cap* : the sacred scriptures of Judaism; *also* : those of some other re-ligion 3 : a publication that is considered authoritative for its subject — **bib·li·cal** \'bi-bli-kəl\ *adj*
☞ the BIBLE table is on page 68
**bib·li·og·ra·phy** \,bi-blē-'ä-grə-fē\ *n, pl* -phies 1 : the history or description of writings or publications 2 : a list of writ-ings (as on a subject or of an author) — **bib·li·og·ra·pher** \-fər\ *n* — **bib·li·o-graph·ic** \-ə-'gra-fik\ *also* **bib·li·o-graph·i·cal** \-fi-kəl\ *adj*
**bib·lio·phile** \'bi-blē-ə-,fī(-ə)l\ *n* : a lover of books
**bib·u·lous** \'bi-byə-ləs\ *adj* 1 : highly ab-sorbent 2 : fond of alcoholic beverages
**bi·cam·er·al** \'bī-'ka-mə-rəl\ *adj* : having or consisting of two legislative branches
**bicarb** \(,)bī-'kärb, 'bī-,\ *n* : SODIUM BI-CARBONATE

ST_CPT_00147383