**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CHIP PACKAGING TECHNOLOGIES, LLC,** | § § § | |
| *Plaintiff,* | § § § | **7:25-cv-00505-DC-DTG** |
| **-v-** | § § § | **JURY TRIAL DEMANDED** |
| **STMICROELECTRONICS, INC.,** | § § § | |
| *Defendant.* | § | |

**ORDER APPOINTING TECHNICAL ADVISOR**

After consideration of the Opening Claim Construction brief (Dkt. No. 42) the Court hereby appoints Darryl J. Adams to serve as the Technical Advisor for the Court in this case. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials ("claim construction materials") in PDF form by email or on a USB drive, a Word version of the joint claim construction statement, and the claim construction briefs in paper form, double-sided, stapled or bound (e.g., 3-ring) to:

Darryl J. Adams
Adams IP Law
401 Congress Ave., Ste. 1650
Austin Texas 78701
E-mail: adamsiplawyers@gmail.com

Please wait until all claim construction briefs have been filed and send the above documents together. If a document was filed with the Court, the copy must include the CM/ECF header.

**SIGNED** this 14th day of July, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE