**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | |
| Plaintiff, | Civil Action No. 7:25-cv-00505-DC-DTG |
| v. | JURY TRIAL DEMANDED |
| STMICROELECTRONICS, INC., | |
| Defendant. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT
OF DEFENDANT STMICROELECTRONICS, INC.'S
MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendant STMicroelectronics, Inc. ("ST") hereby notifies the Court of supplemental authority in support of ST's motion to stay this case pending the final resolution of the reexamination proceedings of all five of the asserted patents in this case. ECF No. 39. ST hereby provides notice that, on July 20, 2026, the Patent Office ordered reexamination on U.S. Patent No. 8,643,189. A copy of the reexamination order is attached as Exhibit A.

1

Dated: July 20, 2026

Respectfully submitted,

*/s/ Jeffery S. Becker*
Jeffery S. Becker
Texas State Bar No. 24069354
Nolan McQueen
Texas State Bar No. 24125322
Spencer Nayar
Texas State Bar No. 24149241
Baker Botts L.L.P.
2001 Ross Ave, Suite 900
Dallas, Texas 75201
Telephone:  (214) 953-6500
Facsimile:  (214) 953-6503
Email:  Jeff.Becker@BakerBotts.com
Email:  Nolan.McQueen@BakerBotts.com
Email: Spencer.Nayar@BakerBotts.com
**ATTORNEYS FOR DEFENDANT
STMICROELECTRONICS, INC.**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 20, 2026.

/s/ *Jeffery S. Becker*
Jeffery S. Becker