**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **CHIP PACKAGING TECHNOLOGIES, LLC,** | § § | |
| | § | **NO:   MO:25-CV-00505-DC-DTG** |
| **vs.** | § | |
| | § § | |
| **STMICROELECTRONICS, INC.** | | |
| *Defendant* | | |

## ORDER SETTING MARKMAN HEARING HELD IN PERSON

      **IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MARKMAN HEARING HELD IN PERSON, in U.S. District Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on Tuesday, September 01, 2026 at 02:00 PM (2 hour time block).

      **IT IS SO ORDERED** this **24th day of July, 2026**.


_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE