# EXHIBIT O

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/015,902 & 90/015,860 | 01/23/2026 | 9685351 | 068758.0662B | 3808 |

201116        7590        07/27/2026

Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063

| EXAMINER |
|---|
| CHOI, WOO H |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/27/2026 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

Copied from 90015902 on 07/27/2026

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**7/27/2026**

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

Baker Botts L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TEXAS 75201

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90015902  & 90015860
PATENT NO. : 9685351
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above-identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patents and Trademark Office
P.O.Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**7/27/2026**

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

K&L Gates LLP-Chicago
P.O. Box 1135
Chicago, ILLINOIS 60690

## EX PARTE REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. : 90015860  & 90015902
PATENT NO. : 9685351
ART UNIT : 3992

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above-identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

Copied from 90015902 on 07/27/2026

| *Decision on Petition for Extension of Time in Reexamination* | Application No.:<br>90/015,902<br>90/015,860 | Applicant(s):<br>**9,685,351** |
|---|---|---|
| | **Examiner**<br>CHOI, WOO | **Art Unit**<br>3992 | |

1. THIS IS A DECISION ON THE PETITION FILED: <u>July 23, 2026.</u>

2. THIS DECISION IS ISSUED PURSUANT TO:

   A. ☒ 37 CFR 1.550(c) – The time for taking any action by a patent owner in a third party requested *ex parte* reexamination proceeding will be extended only for sufficient cause and for a reasonable time specified.

   B. ☐ 37 CFR 1.550(c) – The time for taking action by a patent owner in a patent owner requested *ex parte* reexamination proceeding will only be extended for more than two months for sufficient cause and for a reasonable time specified.

   C. ☐ 37 CFR 1.956 – The time for taking any action by a patent owner in an *inter partes* reexamination proceeding will be extended only for sufficient cause and for a reasonable time specified.

   The petition is before the Central Reexamination Unit for consideration.

3. FORMAL MATTERS Patent Owner requests that the time period for filing a response to the non-final Office action mailed <u>June 8, 2026</u>, which set a two (2) month shortened statutory period for response, be extended <u>by one (1) more additional month</u>.

   A.     Petition fee per 37 CFR § 1.17(g)):

       i. ☒ Petition includes authorization to debit a deposit account.

       ii. ☐ Petition includes authorization to charge a credit card account.

       iii. ☐ Other: _____.

   B. ☒ Proper certificate of service was provided. (Not required in reexamination where patent owner is requester).

   C. ☒ Petition was timely filed.

   D. ☒ Petition properly signed.

4. DECISION (See MPEP 2265 and 2665)

   A. ☒ Granted for: <u>one (1) additional month</u> or ☐ Granted-in-part for: __. (See 37 CFR 1.550(c) and 37 CFR 1.956).

       i. ☐ Other/comment: _____.

   B. ☐ Dismissed because:

       i. ☐ Formal matters (See unchecked box(es) (A, B, C and/or D) in section 3 above).

       ii. ☐ Petitioner failed to provide a factual accounting of reasonably diligent behavior by all those responsible for preparing a response to the outstanding Office action within the statutory time period. See the following pages.

       iii. ☐ Petitioner failed to explain why, in spite of the action taken thus far, the requested additional time is needed. See the following pages.

       iv. ☐ The statements provided fail to establish sufficient cause to warrant extension of the time for taking action (See attached).

       v. ☐ The petition is moot.

       vi. ☐ Other/comment: _____.

5. CONCLUSION:

| Direct telephone inquiries to either <u>QAS Stephen J. Stein</u> at 571-272-1544 or <u>SPRS Andrew J. Fischer</u> at <u>571-272-6779</u>. | /Andrew J. Fischer/, Supervisory Patent Reexamination Specialist, Central Reexamination Unit |
|---|---|

Copied from 90015902 on 07/27/2026