**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Defendant. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT STMICROELECTRONICS, INC.'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendant STMicroelectronics, Inc. ("ST") hereby notifies the Court of supplemental authority in support of ST's motion to stay this case pending the final resolution of the reexamination proceedings of all five of the asserted patents in this case. ECF No. 39. ST hereby provides notice that, on August 17, 2026, the Patent Office ordered reexamination on U.S. Patent No. 10,151,658 ("'658 Patent"). A copy of the reexamination order is attached as Exhibit A.

The '658 Patent was the last of the five asserted patents for which a reexamination decision was pending. The Patent Office has now ordered reexamination of all five asserted patents, satisfying the all-claims/all-patents predicate ST discussed in its motion and reply. *See* ECF No. 39 at 8; ECF No. 41 at 2; *AGIS Software Dev. LLC v. Google LLC*, No. 2:19-CV-00359-JRG, 2021 WL 465424, at *2 (E.D. Tex. Feb. 9, 2021) (stating that where "the PTO has granted EPR's as to all claims of all asserted patents, this Court has likewise routinely stayed cases.").

Dated: August 17, 2026

Respectfully submitted,

*/s/ Jeffery S. Becker*

Jeffery S. Becker
Texas State Bar No. 24069354
Nolan McQueen
Texas State Bar No. 24125322
Spencer Nayar
Texas State Bar No. 24149241
**BAKER BOTTS L.L.P.**
2001 Ross Ave, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
Email: Jeff.Becker@BakerBotts.com
Email: Nolan.McQueen@BakerBotts.com
Email: Spencer.Nayar@BakerBotts.com
**ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 17, 2026.

*/s/ Jeffery S. Becker*
Jeffery S. Becker