**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Defendant. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT**
**OF DEFENDANT STMICROELECTRONICS, INC.'S**
**MOTION TO STAY PENDING *EX PARTE* REEXAMINATION**

Defendant STMicroelectronics, Inc. ("ST") hereby notifies the Court of supplemental authority in support of ST's motion to stay this case pending the final resolution of the reexamination proceedings of all five of the asserted patents in this case. ECF No. 39. ST hereby provides notice that, on August 18, 2026, the Patent Office issued a non-final office action in the *ex parte* reexamination of U.S. Patent No. 9,299,646 (the "'646 Patent"), rejecting all claims (claims 1–11) (the "Office Action"). The Office Action follows the June 8, 2026 office action rejecting all claims of U.S. Patent No. 9,685,351, which was discussed in ST's reply brief in support of its motion to stay. *See* ECF No. 41 at 1–3. A copy of the Office Action is attached as Exhibit A.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Jeffery S. Becker*

Jeffery S. Becker
Texas State Bar No. 24069354
Nolan McQueen
Texas State Bar No. 24125322
Spencer Nayar
Texas State Bar No. 24149241
**BAKER BOTTS L.L.P.**
2001 Ross Ave, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
Email: Jeff.Becker@BakerBotts.com
Email: Nolan.McQueen@BakerBotts.com
Email: Spencer.Nayar@BakerBotts.com
**ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 19, 2026.

*/s/ Jeffery S. Becker*
Jeffery S. Becker