**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **CHIP PACKAGING TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**STMICROELECTRONICS, INC.,**<br><br>Defendant. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT CLAIM CONSTRUCTION STATEMENT</u>**

Pursuant to the Court's Scheduling Order (Dkt. 38) and the Standing Order Governing Proceedings (OGP)—Patent Cases, Plaintiff Chip Packaging Technologies, LLC ("Chip Packaging") and Defendant STMicroelectronics, Inc. ("ST") submit this Joint Claim Construction Statement with respect to U.S. Patent Nos. 9,685,351 (the "'351 Patent"); 9,299,646 (the "'646 Patent"); 9,263,299 (the "'299 Patent"); 8,643,189 (the "'189 Patent"); and 10,151,658 (the "'658 Patent"). The parties have no disputed claim terms for the '658 Patent.

## I. AGREED CLAIM TERMS

The parties have agreed to the following constructions:

| Claim Term | Patent/Claims | Agreed Construction |
|---|---|---|
| "the ground bar having a first portion . . . and a second portion" | '646 Patent, claims 1, 5–7, 11 | Plain and ordinary meaning which refers to two portions of the same ground bar |
| "diaphragm" | '658 Patent, claim 1 | "a separate element that is disposed over the gel and between the gel and the lid" |

## II. DISPUTED CLAIM TERMS

| Claim Term | Proposed By | Plaintiff Chip Packaging's Construction | Defendant ST's Construction |
|---|---|---|---|
| "positive mold lock structure"<br><br>'351 Patent, claims 1–3 | ST | "raised mechanical locking features" | "raised (not etched, stamped, or recessed) mechanical locking features" |
| "laterally protrude above the top surface"<br><br>'351 Patent, claims 1–3 | ST | Plain and ordinary meaning, i.e., protrude to the side of and above the top surface | Plain and ordinary meaning which means "protrude along and above the top surface" |
| "said area"<br><br>'646 Patent, claims 1, 5–7, 11 | ST | No construction necessary | Plain and ordinary meaning which refers to the same area referred to earlier in the claim (the area between the [embedded portions of the] plurality of signal leads and the semiconductor die) |
| "disposed between [the embedded portions of] the plurality of signal leads and the first side of the power bar"<br><br>'646 Patent, claims 1, 5–7, 11 | ST | No construction necessary | Plain and ordinary meaning which refers to "disposed in an area between the ends [of the embedded portions] of the signal leads and the first side of the power bar" |
| "temporary carrier"<br><br>'299 Patent, claims 1, 3, and 4 | ST | Plain and ordinary meaning | "tape" |

| Claim Term | Proposed By | Plaintiff Chip Packaging's Construction | Defendant ST's Construction |
|---|---|---|---|
| "each of said active device die having a solderable conductive surface on its underside"<br><br>'299 Patent, claims 1, 3, and 4 | ST | No construction necessary | Plain meaning; this describes the packaged active device die |
| "mounting . . . dispensing . . . attaching . . . and reflowing . . ."<br><br>'299 Patent, claims 1, 3, and 4 | ST | No construction necessary | "(1) mounting . . . (2) dispensing . . . (3) attaching . . . and (4) reflowing" (The claimed method requires the recited steps to be performed in the order stated) |
| "power rail pad"<br><br>'189 Patent, claims 1, 13, 14, and 19 | ST | "A conductive pad on the die connection pad surface" | "A conductive pad not integrated with the die circuitry that supplies power to circuit nodes of the die." |
| "opposite die connection pad surface"<br><br>'189 Patent, claims 1, 13, 14, and 19 | ST | No construction necessary | "the top active surface of the die (opposite to the mounting surface)" |

Dated: August 20, 2026

Respectfully Submitted,

*/s/ Ameet Modi*
Garland Stephens (Texas Bar No. 24053910)
garland@bluepeak.law
Robert Magee (*pro hac vice*)
robert@bluepeak.law
Justin Constant (*pro hac vice*)
justin@bluepeak.law
Richard Koehl (Texas Bar No. 24115754)
richard@bluepeak.law
Kate Falkenstien (*pro hac vice*)
kate@bluepeak.law
Natalie Lieber (*pro hac vice*)
lieber@bluepeak.law
Ameet Modi (*pro hac vice*)
modi@bluepeak.law
**BLUE PEAK LAW GROUP LLP**
3139 West Holcombe Blvd.
PMB 8160
Houston, TX 77025
Telephone: (281) 972-3036

Of Counsel:

Mark D. Siegmund (Texas Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PC**
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Fax: (866) 627-3509

William D. Ellerman (Texas Bar No. 24007151)
wellerman@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PC**
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 105
Dallas, TX 75231

**ATTORNEYS FOR PLAINTIFF CHIP PACKAGING TECHNOLOGIES, LLC**

*/s/ Jeffery S. Becker*, by permission
Jeffery S. Becker
jeff.becker@bakerbotts.com
Tel: (214) 953-6526
Fax: (214) 661-4526
Nolan Edward Sullivan McQueen
nolan.mcqueen@bakerbotts.com
Tel: (469) 236-5024
Spencer Nayar
spencer.nayar@bakerbotts.com
Tel: (214) 600-3719
**BAKER BOTTS LLP**
2001 Ross Avenue, Suite 900
Dallas, TX 75201

**ATTORNEYS FOR DEFENDANT STMICROELECTRONICS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ameet Modi*
Ameet Modi