UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC, | § | |
| | § | |
| vs. | § | NO: MO:25-CV-00505-DC-DTG |
| | § | |
| STMICROELECTRONICS, INC. | § | |

**ORDER SETTING MOTIONS HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MOTIONS HEARING VIA ZOOM on Thursday, September 03, 2026 at 09:00 AM (1 hour time block) before the Honorable Derek T. Gilliland. The Court will hear argument on the following: ECF 39 - Defendant's Motion to Stay Pending Ex Parte Reexamination. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 31st day of August, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE