**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| CHIP PACKAGING TECHNOLOGIES, LLC,<br><br>Plaintiff,<br>v.<br><br>STMICROELECTRONICS, INC.,<br><br>Defendant. | Civil Action No. 7:25-cv-00505-DC-DTG<br><br>JURY TRIAL DEMANDED |

# ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include analyzing the parties' claim construction positions. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be made within 21 days as follows:

Plaintiff: $9540.00
Defendant: $9540.00

Mr. Adams' contact information has changed to the following:

Darryl J. Adams
12600 Hill Country Blvd.
Suite R130-235
Austin, TX 78738
E-mail: adamsiplawyers.com
Phone: 512-296-3198

**SIGNED** this 8th day of September, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE